**Stephen L. Simonton**
**Stephen L. Simonton, PC**
**1222 Eleventh Street**
**Cody, WY 82414**
**Phone: 307-587-7010**
**Telefax: 307-587-2746**
**simonton@wavecom.net**
**Wyo. State Bar # 4-1063**
**Attorney for Plaintiffs**

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF WYOMING**

| | |
|---|---|
| **MARTIN CHAPARRO, and** ) | |
| **JAMES GOULD and ERIN GOULD,** ) | |
| **and ERIN GOULD as natural guardian** ) | **Civil Action No.  08 CV - 049B** |
| **for FRANK GOULD and** ) | |
| **JASMINE GOULD,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| **vs.** ) | |
| ) | |
| **COLORADO CASUALTY INSURANCE** ) | |
| **COMPANY,** ) | |
| ) | |
| **Defendant.** ) | |

*PLAINTIFFS' DESIGNATION OF ERIN D. BIGLER, Ph.D., ABPP/CN*
*AS AN EXPERT WITNESS*

The Plaintiff James Gould herewith designates Erin D. Bigler, Ph.D., ABPP/CN, supervising clinical neuropsychologist, at the Intermountain Utah Valley Regional Medical Center, Neurorehabilitation Unit, 1034 North 500 West, Provo, Utah 84605, as an expert witness in the above entitled matter.

Dr. Bigler will testify as to his knowledge, education, professional background, and board certification as a Diplomat American Board of Professional Psychology (Clinical Neuropsychology). Plaintiffs' Exhibit 136 hereto is his curriculum vitae, which includes an extensive list of his publications. Plaintiffs' Exhibit 137 is a list of recent cases in which Dr. Bigler has testified in deposition as an expert witness, and Plaintiffs' Exhibit 138 is a list of recent cases in which Dr. Bigler has testified in court as an expert witness. Plaintiffs' Exhibit 139 is Dr. Bigler's list of charges and fees for deposition and record review. Plaintiff's Exhibit 140 hereto is a report on Dr. Bigler's opinions and the bases for them. Plaintiffs' Exhibits 141 and 142 are summaries of the results of Dr. Bigler's testing which are referenced in the Report.

Dated: this 16th day of July, 2008.

/s/Stephen L. Simonton
Stephen L. Simonton
Wyo. Bar No. 4-1063
Stephen L. Simonton, PC
simonton@wavecom.net
1222 - 11th Street
Cody, Wyoming 82414
(307) 587-7010
Attorney for Plaintiffs

CERTIFICATE OF SERVICE

I, Stephen L. Simonton, hereby certify that on this 16th day of July, 2008, I served a true and correct copy of the foregoing Designation by filing it with the Clerk of Court using the CM/ECF system which will send notification to counsel for the Defendant at the

following e-mail address and also mailed by U.S. Mail:

John A. Coppede, Hickey and Evans
jcoppede@HickeyEvans.com
John M. Walker
jwalker@hickeyevans.com
Howard Victor Scotland, III
hscotland@hickeyevans.com
HICKEY & EVANS, LLP
1800 Carey Ave, Ste 700
PO Box 467
Cheyenne, WY 82003-0467
Ph: (307) 634-1525

                                      /s/Stephen L. Simonton
                                      Stephen L. Simonton
                                      *simonton@wavecom.net*

Z:\GOULD\EXPERTS\BIGLER\045-Bigler Expert Designation.wpd

3