April 2008

# <u>VITA</u>

NAME:                          **Erin D. Bigler Ph.D.**

OFFICE ADDRESS:                Psychology Department
                               1001 SWKT
                               Post Office Box 25543
                               Brigham Young University
                               Provo, Utah  84602

                               Phone:  (801) 422-4287
                               Fax:     (801) 422-0602
                               E-mail:  erin_bigler@byu.edu

DATE OF BIRTH:                 July 9, 1949

MARITAL STATUS:                Married
                               Two children / Two Grandchildren


## <u>EDUCATION</u>:

Diploma                        Vista High School
                               Vista, California
                               June 1967

B.S.                           Psychology
                               Brigham Young University
                               May 1971

Ph.D.                          Experimental-Physiological Psychology
                               Brigham Young University
                               December 1974

Post-Doctorate                 National Institute of Health
                               Post-Doctoral Fellow in Neurophysiology-Neuropsychology
                               Barrow Neurological Institute
                               St. Joseph's Hospital and Medical Center
                               Phoenix, Arizona
                               January 1975 to June 1977

Major Areas of
Training and Expertise         Neuropsychology-Neurophysiology
                               Neuropsychological Diagnostics and Consultation
                               Neuroimaging

1

**EXPERIENCE:**

| | |
|---|---|
| 2006-Present | Faculty<br>The Brain Institute of Utah<br>University of Utah<br>Salt Lake City, Utah |
| 2006 -Present | Visiting Scholar<br>Department of Psychiatry<br>University of California at San Diego<br>San Diego, California |
| 2003-Present | Susa Young Gates Professorship<br>Brigham Young University<br>Provo, Utah |
| 2000-Present | Adjunct Professor of Psychiatry<br>Department of Psychiatry<br>University of Utah<br>Salt Lake City, Utah |
| 2000-2006 | Adjunct Professor of Radiology<br>Department of Radiology<br>University of Utah<br>Salt Lake City, Utah |
| 1996-August 2002 | Department Chair<br>Psychology Department<br>Brigham Young University<br>Provo, Utah |
| 1990-Present | Professor of Psychology and Neuroscience<br>Department of Psychology<br>Brigham Young University<br>Provo, Utah |
| 1991-2003 | Steven V. and Georgia A. White<br>Professor of Psychology<br>Brigham Young University |
| 1989-1990 | Adjunct Professor of Psychology<br>Department of Psychology<br>University of Texas at Austin<br>Austin, Texas |
| 1977-1990 | Private Practice/Full Partner<br>Austin Neurological Clinic & EEG Laboratory<br>Austin, Texas |
| 1988-1990 | Adjunct Professor of Psychiatry<br>Department of Psychiatry<br>University of Texas Health Science Center at San Antonio<br>San Antonio, Texas |

| | |
|---|---|
| 1981-1989 | Adjunct Associate Professor of Psychology<br>Department of Psychology<br>University of Texas at Austin<br>Austin, Texas |
| 1985-1989 | Adjunct Associate Professor of Psychiatry<br>Department of Psychiatry<br>University of Texas Health Science Center at San Antonio<br><br>Director of Neuropsychology Service at Austin State Hospital<br>Austin, Texas |
| 1977-1982 | Adjunct Assistant Professor of Psychology<br>Department of Psychology<br>University of Texas at Austin<br>Austin, Texas |
| 1977-1978 | Chief Psychologist-Program Director<br>Adolescent Unit<br>Austin State Hospital<br>Austin, Texas |
| 1975-1977 | Research Associate and NIH Post-Doctoral Fellow<br>Division of Neurobiology<br>Barrow Neurological Institute<br>St. Joseph's Hospital and Medical Center<br>Phoenix, Arizona |
| 1975-1977 | Consulting Psychologist, Outreach Services<br>Diagnostic and Evaluation Center<br>Mesa, Arizona |
| 1976-1977 | Visiting Instructor<br>Department of Psychology<br>Glendale College<br>Glendale, Arizona |
| 1972-1974 | Student Instructor<br>Department of Psychology<br>Brigham Young University<br>Provo, Utah |
| 1972-1974 | Research Assistant<br>Department of Psychology<br>Brigham Young University<br>Provo, Utah |

**PSYCHOLOGY LICENSURE:**

State of Utah, License 64625010 (1990 – Present)
State of Texas, License 21600 (1977 – Present)
State of Arizona, License 453 (1975 – Present)
National Register of Health Service
Providers in Psychology, Certificate 20639

Bigler, E. D.     3

**BOARD CERTIFICATION:**

Diplomate, American Board of Professional Psychology
(Clinical Neuropsychology), Diploma 3722

## NEUROPSYCHOLOGICAL TESTS AUTHORED:

Reynolds, C.R.,   & **Bigler, E.D.** (2001).  Test de Memoria y Aprendizaje. Adaptación española:
(Edurne Goikoetxea). Madrid, Spain:  Publicaciones de Psicología Aplicada,
(TEA Ediciones).

Reynolds, C.R.,   & **Bigler, E.D.** (2001). Clinical assessment scales for the elderly (CASE).
Florida: Psychological Assessment Resources (PAR).

Reynolds, C.R.,   & **Bigler, E.D.** (1994). Test of memory and learning. Austin, Texas: PRO-ED.

Stanton, H.C.,   Smith, E.C., Reynolds, C.R. & **Bigler, E.D.** (1994).  Test of memory and
learning: Computer scoring program (IBM Version 1.0).  Austin, Texas: PRO-
ED.

## BOOKS:

**Bigler, E.D.**   (1996).  Neuroimaging I. Basic science.  New York: Plenum Press.

**Bigler, E.D.**   (1996).  Neuroimaging II.  Clinical applications.  New York:  Plenum Press.

**Bigler, E.D.**   (1990). Traumatic brain injury: Mechanisms of damage, assessment,
intervention, & outcome. Austin, Texas: PRO-ED.

**Bigler, E.D.**   (1988). Diagnostic clinical neuropsychology, (2nd edition). Austin, Texas:
University of Texas Press.

**Bigler, E.D.**   (1984). Diagnostic clinical neuropsychology. Austin, Texas: University of Texas
Press.

**Bigler, E.D.**,   Clark, E. & Farmer, J.E. (1997).  Childhood traumatic brain injury: Diagnosis,
assessment and intervention.  Austin, TX: Pro-ED.

**Bigler, E.D.**   & Clement, P. (1997).  Diagnostic clinical neuropsychology (3rd ed.).  Austin,
Texas:  University of Texas Press.

**Bigler, E.D.**,   Yeo, R. & Turkheimer, E. (1989). Neuropsychological function and brain
imaging. New York: Plenum Press.

Naugle, R.,   Cullum, C.M. & **Bigler, E.D.** (1998).  Introduction to Clinical Neuropsychology.
Austin, TX: PRO-ED.

Nussbaum, N.L.   & **Bigler, E.D.** (1990).  Identification and treatment of ADD: Child guidance
mental health series. Austin, Texas: PRO-ED.

**BOOK CHAPTERS:**

**Bigler, E.D.,**        (2008). Anoxic Brain Injury:  Daubert Challenge, Fixed versus Flexible Battery.
In Robert L. Heilbronner (Ed) (pp.149-169) Neuropsychology in the Courtroom:
Expert Analysis of Reports and Testimony (273 pp). New York:  The Guilford Press.

**Bigler, E.D.,**        (in press).  Neuroimaging. (pp.   )  In R.G. Frank, B. Caplan & M. Rosenthal
(Eds) Handbook of Rehabilitation Psychology – 2nd Edition.(   pp.).

**Bigler, E.D.,**        (2007). Neuroimaging and Its Role in Developing Interventions.  In S.J. Hunter
& J. Donders (Eds) (pp.415-443) Pediatric Neuropsychological Intervention.(508
pp.). New York: Cambridge University Press.

**Bigler, E.D.**        (2007). Brain Imaging and Function. In S. Ayers, A. Baum, C. Mc Manus, S.
Newman, K. Wallston, J. Weinmand & R. West (Eds)(pp.239-241). Cambridge
Handbook of Psychology, Health and Medicine (2nd Edition)(968 pp.).
Cambridge, U.K.:  Cambridge University Press.

**Bigler, E.D.**        (2007). Head Injury. In S. Ayers, A. Baum, C. Mc Manus, S. Newman, K.
Wallston, J. Weinmand & R. West (Eds)(pp.720-724). Cambridge Handbook of
Psychology, Health and Medicine (2nd Edition)(968 pp.). Cambridge, U.K.:
Cambridge University Press.

**Bigler, E.D.**        (2007). Traumatic brain injury and cognitive reserve (pp. 85-116). In Y. Stern
(Ed) Cognitive Reserve Theory and Applications (344 pp). New York: Taylor
and Francis Group.

**Bigler, E.D.**        (2006). Mild Traumatic Brain Injury (mTBI):  Causality Considerations from a
Neuroimaging and Neuropathology Perspective (pp.302-334). In Young, G.,
Kane, A., & Nicholson, K. (Eds) Psychological Knowledge in Court:  PTSD,
Pain, and TBI (pp.391). Springer Science+Business Media, Inc., New York, NY.

**Bigler, E.D.**        (2006). Neuroimaging correlates in functional outcome (pp.201-224). In Zasler,
N.D., Katz, D.I., and Zafonte, R.D. (Eds.), Brain Injury Medicine:  Principles and
Practice (pp.1275). Demos Medical Publishing, Inc. New York, NY.

**Bigler, E.D.**        (2005). Structural imaging. (pp. 79-105).  In J.M. Silver, T.W. McAllister and
S.C. Yudofsky, (Eds) Textbook of Traumatic Brain Injury, (pp.771 Washington,
D.C.: American Psychiatric Publishing, Inc.

**Bigler, E.D.**        (2004). Neuroimaging and the ROCF. In Knight, J.A. and Kaplan, E. (Eds.). The
Handbook of Rey-Osterrieth Complex Figure Usage: Clinical and Research
Applications. (Ch. 10; pp.323-334) Lutz, Fl: Psychological Assessment
Resources Inc. (P.A.R.).

**Bigler, E.D.**        (2003). Neuroimaging in forensic neuropsychology. In Horton, A.M. Jr., and
Hartlage, L.C. (Eds.). Handbook of Forensic Neuropsychology (pp.195-213).
New York, NY: Springer Publishing Co.

**Bigler, E. D.**        (2002). Neuroimaging and neuropsychologic studies in reading disabilities. In  I.
Arcolini & G. Zardini (Eds.), I disturbi di apprendimento della lettura e della
scrittura (pp. 36-64`). Milano, Italy: FrancoAngeli.

**Bigler, E.D.,**        (2002) Neuroimaging and the ROCF. In, Rey-Osterrieth Handbook.  Edited by Jeffery Knight and Edith Kaplan. (Chapter 10, pp.67-78) Lutz, Fl:  Psychological Assessment Resources, Inc. (PAR).

**Bigler, E.D.**        (2001).  Structural and functional neuroimaging of traumatic brain injury.  In J.T. McDeavitt (Ed.), Physical Medicine and Rehabilitation: State of the Art Reviews, 15(2) (pp. 349-361). Philadelphia:  Hanley & Belfus, Inc.

**Bigler, E.D.**        (2000). Neuroimaging and rehabilitation outcome. In R.G. Frank & T.R. Elliott (Eds.), Handbook of Rehabilitation Psychology, Washington, D.C.: American Psychological Association.

**Bigler, E.D.**        (1999).  Neuroimaging in mild TBI.  In N.R. Varney & R.J. Roberts (Eds.), The Evaluation and Treatment of Mild Traumatic Brain Injury.  Mahwah, New Jersey: Lawrence Erlbaum Associates.

**Bigler, E.D.**        (1999).  Neuroimaging in mild traumatic brain injury.  In M.J. Raymond, T.L. Bennet, L.C. Hartlage & C.M. Cullum (Eds.), Mild Traumatic Brain Injury.  A Clinician's Guide (pp. 11-29).   Austin, TX: Pro-ED.

**Bigler, E.D.**        (1997).  Brain injury and behavioral outcome in traumatic brain injury.  In **Bigler, E.D.**, Clark, E., & Farmer, J.E. (Eds.), Childhood traumatic brain injury:  Diagnosis, assessment, and intervention. Austin, TX: Pro-ED.

**Bigler, E.D.**        (1997). Neuroimaging in aging and dementia.  In P.D. Nussbaum (Ed.), Handbook of Neuropsychology and Aging  (pp. 409-421).   New York:  Plenum Press.

**Bigler, E.D.**        (1996).  Introduction.  In E.D. Bigler, (Ed.), Neuroimaging I: Basic science, and Neuroimaging II: Clinical applications.   New York and London: Plenum Press.

**Bigler, E.D.**        (1996). Bridging the gap between psychology and neurology: Future trends in pediatric neuropsychology.  In Batchelor, E.S. & Dean R.S. (Eds.), Pediatric neuropsychology (pp. 27-54).   Boston: Allyn & Bacon.

**Bigler, E.D.**        (1996)  Neuroimaging and traumatic brain injury.  In E.D. Bigler (Ed.), Neuroimaging II: Clinical applications. N.Y.:  Plenum Press.

**Bigler, E.D.**        (1995). Advances in brain imaging with children and adolescents.  In Tramontana, M.G. & S.R. Hooper (Eds.), Advances in child neuropsychology. New York: Springer-Verlag.

**Bigler, E.D.**        (1995). The neurobiology and neuropsychology of adult learning disorders.  In Patton, J.R. & Polloway, E.A. (Eds.), Learning disabilities: The challenge of adulthood (pp. 205-233).  Austin, Texas: PRO-ED.

**Bigler, E.D.**        (1994). Neuroimaging in neuropsychology.  In R.E. Kelly (Ed.), Functional neuroimaging. (ch.7, pp.121-137)  Armonk, NY:  Futura Publishing Company, Inc.

**Bigler, E.D.**        (1994). Brain structure and cognitive function.  In C.R. Reynolds (Ed.), Cognitive assessment: A multidisciplinary perspective. New York: Plenum Press.

**Bigler, E.D.**        (1994). Neuroimaging and neuropsychological assessment.  In C.R. Reynolds (Ed.), Cognitive assessment: A multidisciplinary perspective. New York: Plenum Press.

**Bigler, E.D.**        (1992). Neuroimaging and neuropsychological assessment. In C.R. Reynolds (Ed.), Cognitive assessment. New York: Plenum Press.

**Bigler, E.D.**        (1992). Utilization of brain imaging techniques in neuropsychology. In D. Tucker (Ed.), Physical medicine and rehabilitation: State of the art reviews. Philadelphia: Hanley & Belfus.

**Bigler, E.D.**        (1990). Conclusion/Synthesis to traumatic brain injury. In E.D. Bigler (Ed.), Traumatic brain injury: Mechanisms of damage, assessment, intervention and outcome. Austin, Texas: PRO-ED.

**Bigler, E.D.**        (1990). Introduction to traumatic brain injury. In E.D. Bigler (Ed.), Traumatic brain injury: Mechanisms of damage, assessment, intervention and outcome. Austin, Texas: PRO-ED.

**Bigler, E.D.**        (1990). Neuropathology of traumatic brain injury. In E.D. Bigler (Ed.), Traumatic brain injury: Mechanisms of damage, assessment, intervention and outcome. Austin, Texas: PRO-ED.

**Bigler, E.D.**        (1990). Preface to traumatic brain injury. In E.D. Bigler (Ed.), Traumatic brain injury: Mechanisms of damage, assessment, intervention and outcome. Austin, Texas: PRO-ED.

**Bigler, E.D.**        (1989). Radiologic techniques in neuropsychological assessment. In C.R. Reynolds & E. Fletcher-Janzen (Eds.), Child neuropsychology: Techniques of assessment and treatment  (pp. 247-264). New York: Plenum Press.

**Bigler, E.D.**        (1989). Remediating nonverbal problems associated with learning disabilities. In P.I. Myers & D.D. Hammill (Eds.), Learning disabilities. Austin, Texas: PRO-ED.

**Bigler, E.D.**        (1988). Neuropsychological and CT identification in dementia. In H.A. Whitaker (Ed.), Neuropsychological studies of non-focal brain damage: Dementia and trauma (pp. 61-85). New York: Springer-Verlag.

**Bigler, E.D.**        (1988). The role of neuropsychological assessment in relation to other types of assessment with children. In M.G. Trammatoma & S.F. Hooper (Eds.), Assessment issues in child neuropsychology (pp. 67-91). New York: Plenum Press.

**Bigler, E.D.**        (1987). Assessment of cortical function. In L.C. Hartlage, M.J. Asken, & J.L. Horsby (Eds.), Essentials of neuropsychological assessment (pp. 46-70). New York: Springer.

**Bigler, E.D.**        (1987). CAT scan. In C.R. Reynolds & L. Mann (Eds.), Encyclopedia of Special Education (Vol. 1, pp. 279-280). New York: John Wiley & Sons Publishers.

**Bigler, E.D.**        (1987). Dendrites. In C.R. Reynolds & L. Mann (Eds.), Encyclopedia of special education (Vol. 1, pp. 471-473). New York: John Wiley & Sons Publishers.

**Bigler, E.D.**     (1987). Glial cells. In C.R. Reynolds & L. Mann (Eds.), <u>Encyclopedia of special education</u> (Vol. 2, pp. 724-725). New York: John Wiley & Sons Publishers.

**Bigler, E.D.**     (1987). Nuclear magnetic resonance (NMR) or magnetic resonance imaging MRI). In C.R. Reynolds & L. Mann (Eds.), <u>Encyclopedia of special education</u> (Vol. 2, pp. 1110-1111). New York: John Wiley & Sons Publishers.

**Bigler, E.D.**     (1987). Putamen. In C.R. Reynolds & L. Mann (Eds.), <u>Encyclopedia of special education</u> (Vol. 3, p. 1288). New York: John Wiley & Sons Publishers.

**Bigler, E.D.**     (1987). Substantia nigra. In C.R. Reynolds & L. Mann (Eds.), <u>Encyclopedia of special education</u> (Vol. 3, p. 1515). New York: John Wiley & Sons Publishers.

**Bigler, E.D.**     (1987). X-ray scanning techniques. In C.R. Reynolds & L. Mann (Eds.), <u>Encyclopedia of special education</u> (Vol. 3, p. 1685). John Wiley & Sons Publishers.

**Bigler, E.D.**     (1986). Forensic neuropsychology. In D. Wedding, A.M. Horton, & J. Webster (Eds.), <u>The Neuropsychology Handbook</u> (pp. 526-547). New York: Springer.

**Bigler, E.D.**     (1982). Clinical assessment of cognitive deficit in traumatic and degenerative disorders: Brain scan and neuropsychologic findings. In R.N. Malathesa & L. Hartlage (Eds.), <u>Neuropsychology and Cognition</u> (Vol. 2, pp. 165-182). The Hague: Martinus Nijhoff Publishers.

**Bigler, E.D.**     (1980). Child and adolescent neuropsychology. In J.E. Gilliam (Ed.), <u>Emotional Disturbance</u> (pp. 63-82). University of Texas: Austin, Texas.

**Bigler, E.D**.     & Kurth, S., (in press). Neuroimaging Part I: Structural Neuroimaging: History & Current Status (Chapter 45). In Morgan, J.E. and Ricker, J.H., Editors, In <u>Handbook of Clinical Neuropsychology.</u> Lisse, The Netherlands: Swets & Zeitlinger Publishers.

**Bigler, E.D.,**     & Orrison, Jr., W. W. (2004). Neuroimaging in sports-related brain injury. In Lovell, M.R., Echemendia, R.J., Barth, J.T. and Collins, M.W.(Eds.), <u>Traumatic Brain Injury in Sports: An International and Neuropsychological Perspective.</u> (pp.71-93). Lisse, The Netherlands:  Swets & Zeitlinger Publishers.

**Bigler, E.D.**     & Adams, W.V. (2001).  Clinical neuropsychological assessment of child and adolescent memory with the Wide Range Assessment of Memory and Learning, the Test of Memory and Learning, and the California Verbal Learning Test–Children's Version.  In A. Kaufman & N. Kaufman (Eds.), <u>Specific Learning Disabilities and Difficulties in Children and Adolescents: Psychological Assessment and Evaluation.</u>(pp. 387-429). Cambridge, UK:  Cambridge University Press.

**Bigler, E.D.,**     Nielsen, D., Wilde, E., Bartholomew, J., Brooks, M. & Bradford, L.W. (1999). Neuroimaging and genetic disorders.  In S. Goldstein & C.R. Reynolds (Eds.), <u>Handbook of Neurodevelopmental and Genetic Disorders in Children</u> (pp. 61-83).  N.Y.: Guilford Press.

**Bigler, E.D.,**     Clark, E., & Farmer, J.E. (1997).  Traumatic brain injury: 1990's update.  In **Bigler, E.D.**, Clark, E., & Farmer, J.E. (Eds.,  <u>Childhood Traumatic Brain Injury:  Diagnosis, Assessment, and Intervention</u>.  Austin, TX: Pro-ED.

**Bigler, E.D.,**          Lowry, C.M., & Porter, S.S. (1997).  Neuroimaging in clinical neuropsychology. In Horton A.M. Jr., Wedding, D., & Webster, J.  (Eds.) The Neuro-psychological Handbook (Vol.  2, 2nd ed.).  New York, NY: Springer Publishing Co.

**Bigler, E.D.,**          Nilsson, D.E., Burr, R.B., & Boyer, R.S. (1997).  Neuroimaging in pediatric neuropsychology.  In Reynolds, C.R. & Fletcher-Janzen, E.  (Eds.), Handbook of Clinical Child Neuropsychology.  New York and London: Plenum Press.

**Bigler, E.D.,**          Nussbaum, N.L., & Foley, H.A.  (1997). Child neuropsychology in the private medical practice.  In Reynolds, C.R. & Fletcher-Janzen, E.  (Eds.), Handbook of Clinical Child Neuropsychology.  New York and London: Plenum Press.

**Bigler, E.D.,**          Blatter, D.D. & Ryser, D.  (1996).  Neuroimaging and traumatic brain injury.  In J. Ponsford, P. Snow & V. Anderson (Eds.),  International Perspective in Traumatic Brain Injury (pp. 84-89). Bowen Hills: Australian Academic Press.

**Bigler, E.D.,**          Porter, S.S., & Lowry, C.M.  (1996).  Neuroimaging:  Interface with clinical neuropsychology.  In M.E. Maruish & J.A. Moses (Eds.), Clinical Neuropsychology: Theoretical Foundations for Practitioners.  N.Y.:  Lawrence Erlbaum Associates.

**Bigler, E.D.,**          Lowe, J., & Yeo, R. (1989). Structural anomalies and neuropsychological function. In E.D. Bigler, et al. (Eds.), Neuropsychological Functions and Brain Imaging. New York: Plenum Press.

**Bigler, E.D.,**          & Nussbaum, N.L. (1989). The child neuropsychology in the private medical practice. In C.R. Reynolds & E. Fletcher-Janzen (Eds.), Handbook of Child Clinical Neuropsychology (pp. 557-572). New York: Plenum Press.

**Bigler, E.D.,**          Yeo, R., & Turkheimer, E. (1989). Neuropsychological function and brain imaging: Introduction and overview.  In E.D. Bigler, et al. (Eds.), Neuropsychological functions and brain imaging. New York: Plenum Press.

**Bigler, E.D.,**          Yeo, R., & Turkheimer, E. (1988). Neuropsychological function and brain imaging: Synthesis and future directions. In E.D. Bigler, et al. (Eds.), Neuropsychological functions and brain imaging. New York: Plenum Press.

Hopkins, R.O.          & **Bigler, E.D.** (2001).  Pulmonary disorders. In R. Tarter et al. (Eds.), Medical Neuropsychology (2nd ed.) (pp.25-50). New York: Plenum Publishers.

Lainhart, J.E.,          Lazar, M., Alexander, A., Bigler, E.D. (2005).  The brain during life in Autism: Advances in neuroimaging research (pp. 57-107). In Casanova, M.F. (ed.). Recent Developments in Autism Research. Hauppauge, NY:  NOVA Science Publishers, Inc.

Lilliquist, M.W.          & **Bigler, E.D.** (1992). Neurological and neuropsychological consequences of drug abuse. In L. Hartlage, D. Templer, & W.G. Cannon (Eds.), Preventable Brain Damage: Brain Vulnerability and Brain Health. New York: Springer.

Miller, M.J.,          Petrie, J., **Bigler, E.D.,** & Adams, W.V. (2003). Neuropsychological assessment of child and adolescent memory:  The Wide Range Assessment of Memory and Learning, the Test of Memory and Learning, and the California Verbal learning

|  |  |
|---|---|
|  | Test – Children's Version. In Hersen, M., Goldstein, G., and Beers, S.R. (Eds.) <u>The Comprehensive Handbook of Psychological Assessment, Volume I: Intellectual and Neuropsychological Assessment.</u> (ch. 15, pp. 237-261). Hoboken, NJ: John Wiley & Sons, Inc. |
| Miller, M.J., | **Bigler, E.D.,** & Adams, W.V. (2003). Comprehensive assessment of child and adolescent memory: The Wide Range Assessment of Memory and Learning, the Test of Memory and Learning, and the California Verbal learning Test – Children's Version. In Reynolds, G., & Kamphaus, R. (Eds.) <u>Handbook of Psychological and Educational Assessment of Children 2nd Edition, Volume 1: Intelligence, Aptitude and Achievement.</u> (Ch. 12, pp. 275-304). New York: Guilford Press, Inc. |
| Naugle, R.I. | & **Bigler, E.D.** (1989). Brain imaging and neuropsychological identification in dementia. In E.D. Bigler, et al. (Eds.), <u>Neuropsychological functions and brain imaging.</u> New York: Plenum Press. |
| Nussbaum, N.L. | & **Bigler, E.D.**(1997). Halstead-Reitan neuropsychological test batteries for children. In Reynolds, C.R. & Fletcher-Janzen, E. <u>Handbook of clinical child neuropsychology.</u> New York and London: Plenum Press. |
| Nussbaum, N.L. | & **Bigler, E.D.** (1989). Halstead-Reitan neuropsychological test batteries for children. In C.R. Reynolds & E. Fletcher (Eds.), <u>Handbook of child clinical neuropsychology</u> (pp. 181-191). New York: Plenum Press. |
| Provencal, S., | & **Bigler, E.D.** (2005). Behavioral neuroimaging: What is it and what does it tell us? (pp. 327-361). In D'Amato, R. C., Fletcher-Janzen, E., & Reynolds, C.R. (Eds.) <u>The Handbook of School Neuropsychology.</u> John Wiley & Sons, Inc., Hoboken: New Jersey. |
| Provencal, S., | & **Bigler, E.D.** (2005). Neuroimaging and genetic disorders in adults. (pp.58-88). In Reynolds, C.R. and Goldstein, S. (Eds.), <u>Handbook of Neurodevelopmental and Genetic Disorders in Adults.</u> Guildford Publications, Inc. New York, NY. |
| Reynolds, C.R. | & **Bigler, E.D.**(1997). Clinical neuropsychological assessment of child and adolescent memory with the test of memory and learning. In C.R. Reynolds, & E. Fletcher-Janzen (Eds.), <u>Handbook of clinical child neuropsychology.</u> New York and London: Plenum Press. |
| Ryser, D.K., | **Bigler, E.D.** & Blatter, D. (1996). Clinical and neuroimaging predictors of post TBI outcome. In J. Ponsford, P. Snow & V. Anderson (Eds.), <u>International Perspectives in Traumatic Brain Injury</u> (pp. 79-83). Bowen Hills QLD: Australian Academic Press. |
| Steed, M. | & **Bigler, E.D.** (1996). Appendix MRI brain atlas. In E.D. Bigler (Ed.), <u>Neuroimaging I: Basic science.</u> New York and London: Plenum Press. |
| Weight, D.G. | & **Bigler, E.D.** (1998). Neuroimaging in psychiatry. In D.A. Tomb (Guest Ed.), <u>The Psychiatric Clinics of North America. Diagnostic Dilemmas, Part II.</u> Philadelphia, London, Toronto, Montreal, Sydney & Tokyo: W.B. Saunders Company. |

| | |
|---|---|
| Blatter, D.D., | **Bigler, E.D.**, Johnson, C.S., Anderson, C., Gale, S.D. (1996). A normative database from magnetic resonance imaging. In E.D. Bigler, <u>Neuroimaging I: Basic science</u>. New York and London: Plenum Press. |
| Willerman, L., | Schultz, R., Rutledge, J.N., & **Bigler, E.D.** (1992). Brain structure and cognitive function. In C.R. Reynolds (Ed.), <u>Cognitive assessment</u>. New York: Plenum Press. |
| Wolkowitz, O.M., | Lupien, S.J., **Bigler, E.D.**, Reus. V.L. (in press). Steroid encephalopathy: Steroid psychosis and dementia. In G.P. Sechi (Ed) <u>Drug Related Encephalopathy's</u>. New York: Nova Science Publishers, Inc. |

## PUBLICATIONS:

| | |
|---|---|
| **Bigler, E.D.**, | (2008) Neuropsychology and clinical neuroscience of persistent post-concussive syndrome. <u>Journal of the International Neuropsychological Society, 14</u>, 1-22. |
| **Bigler, E.D.**, | (2007). Anterior and middle cranial fossa in traumatic brain injury (TBI): Relevant neuroanatomy and neuropathology in the study of neuropsychological outcome. <u>Neuropsychology, 21</u>(5), 515-531. |
| **Bigler, E. D.** | (2007). A motion to exclude and the 'fixed' versus 'flexible' battery in 'forensic' neuropsychology: Challenges to the practice of clinical neuropsychology. <u>Archives of Clinical Neuropsychology</u>, <i>22</i>(1), 45-51. |
| **Bigler, E.D.**, | (2007) Neuropsychology and clinical neuroscience of persistent post-concussive syndrome (in review). |
| **Bigler, E.D.**, | (2006). Letter to the Editor: Can author bias be determined in forensic neuropsychology research published in Archives of Clinical Neuropsychology? <u>Archives of Clinical Neuropsychology, 21</u>(5); 503-508. |
| **Bigler, E.D.**, | (2006) An Open Letter to the Editors of Brain Injury Professional, <u>Brain Injury Professional, 3</u>(4), 8-9. |
| **Bigler, E.D.**, | (2004). Neuropsychological results and neuropathological findings at autopsy in a case of mild traumatic brain injury. <u>Journal of the International Neuropsychological Society, 10</u>, 794-806. |
| **Bigler, E.D.**, | (2003). <u>Neurobiology and neuropathology underlie the neuropsychological deficits associated with traumatic brain injury</u>. <u>Archives of Clinical Neuropsychology, 18</u>, 595-621. |
| **Bigler, E.D.** | (2001). Frontal lobe pathology and antisocial personality disorder. <u>Archives of General Psychiatry, 58</u>, 609-611. |
| **Bigler, E.D.** | (2001). <u>Premorbid brain volume and dementia</u>. <u>Archives of Neurology, 58</u> (May), 831-833. |
| **Bigler, E.D.** | (2001). <u>Neuropsychological testing defines the neurobehavioral significance of neuroimaging-identified abnormalities</u>. <u>Archives of Clinical Neuropsychology, 16</u>, (3), 227-236 |

**Bigler, E.D.**     (2001). The lesion(s) in traumatic brain injury: Implications for clinical neuropsychology.  Archives of Clinical Neuropsychology, 16, (2), 95-131.

**Bigler, E.D.**     (2001). Quantitative magnetic resonance imaging in traumatic brain injury. Journal of Head Trauma Rehabilitation, 16, (2), 117-134.

**Bigler, E.D.**     (2001). Neuropsychological testing defines the neurobehavioral significance of neuroimaging-identified abnormalities. Archives of Clinical Neuropsychology, 16, 227-236.

**Bigler, E.D.**     (2001). Structural and Functional Neuroimaging of Traumatic Brain Injury. Physical Medicine and Rehabilitation. 15, (2), 349-361.

**Bigler, E.D.**     (1999). Neuroimaging in pediatric traumatic head injury: Diagnostic considerations and relationships to neurobehavioral outcome.  Journal of Head Trauma Rehabilitation, 14(4), 70-87.

**Bigler, E.D.**     (1998). Brain anomaly and plasticity: Hydrocephalus.  In F. J. Vattano, T.C. Bennett & M. Butler (Eds.), The Brain: Teaching Modules (2nd Edition).  From The Annenberg/CPB Multimedia Collection.  NY, NY:  Worth Publishers. (Videotape).

**Bigler, E.D.**     (1998). Living with amnesia: the hippocampus and memory.  In F. J. Vattano, T.C. Bennett & M. Butler (Eds.), The Brain: Teaching Modules (2nd Edition). From The Annenberg/CPB Multimedia Collection.  NY, NY:  Worth Publishers. (Videotape).

**Bigler, E.D.**     (1998).  Neuroimaging: Revealing the brain.  Recovery, 9 (3), 17-21.

**Bigler, E.D.**     (1998). Magnetic resonance imaging of the brain:  Relationship between structure and function.  Medical and Pediatric Oncology, 31, 17-24.

**Bigler, E.D.**     (1996). Brain imaging and behavioral outcome in traumatic brain injury.  Journal of Learning Disabilities, 29 (5), 515-530.

**Bigler, E.D.**     (1995).  Brain morphology and intelligence.  Developmental Neuropsychology, 11 (4), 377-403.

**Bigler, E.D.**     (1995). Design fluency in dementia of Alzheimer's type, multi-infarct dementia and dementia associated with alcoholism.  Applied Neuropsychology, 2, 7-14.

**Bigler, E.D.**     (1992). Neurobiology and neuropsychology of adult learning disorder. Journal of Learning Disabilities, 25, 488-506.

**Bigler, E.D.**     (1992). Three-dimensional image analysis of trauma induced degenerative changes: An aid to neuropsychological assessment. Archives of Clinical Neuropsychology, 7, 449-456.

**Bigler, E.D.**     (1991). Neuropsychological assessment, neuroimaging and clinical neuropsychology: A synthesis. Archives of Clinical Neuropsychology, 6, 113-132.

**Bigler, E.D.**     (1991). Theophylline neurotoxicity resulting in diffuse brain damage. Developmental Medicine and Child Neurology, 31, 191-195.

Bigler, E.D.        (1990). Neuropsychology and malingering: Comment on Faust, Hart, and Guilmette (1988). Journal of Consulting and Clinical Psychology, 58(2), 244-247.

Bigler, E.D.        (1989). On the neuropsychology of suicide. Journal of Learning Disabilities, 22, 180-185.

Bigler, E.D.        (1989). Behavioral and cognitive changes in traumatic brain injury: A spouse's perspective. Brain Injury, 3, 73-78.

Bigler, E.D.        (1988). Acquired cerebral trauma: Attention, memory and language disorders. Journal of Learning Disabilities, 21, 325-326.

Bigler, E.D.        (1988). Acquired cerebral trauma: Epilogue. Journal of Learning Disabilities, 21, 476-485.

Bigler, E.D.        (1988). Frontal lobe damage and neuropsychological assessment. Archives of Clinical Neuropsychology, 3, 279-297.

Bigler, E.D.        (1988). Good outcome associated with cerebral reconstitution in hydrocephalus. Journal of Child Neurology, 3, 297-298.

Bigler, E.D.        (1988). The neuropsychology of hydrocephalus. Archives of Clinical Neuropsychology, 3, 81-100.

Bigler, E.D.        (1987). Acquired cerebral trauma: Behavioral, neuropsychiatric, psycho-educational assessment and cognitive retraining issues. Journal of Learning Disabilities, 20, 579-580.

Bigler, E.D.        (1987). Acquired cerebral trauma: Epidemiology, neuropsychological assessment and academic/educational deficits. Journal of Learning Disabilities, 20, 516-517.

Bigler, E.D.        (1987). Acquired cerebral trauma: Introduction to a special series. Journal of Learning Disabilities, 20, 454-456.

Bigler, E.D.        (1987). The clinical significance of cerebral atrophy in dementia. Archives of Clinical Neuropsychology, 2, 177-190.

Bigler, E.D.        (1987). The clinical significance of cortical atrophy and ventricular enlargement in schizophrenia. Archives of Clinical Neuropsychology, 2, 385-392.

Bigler, E.D.        (1987). Grand Rounds. Archives of Clinical Neuropsychology, 2, 175-176.

Bigler, E.D.        (1987). Neuropathology of acquired cerebral atrophy in traumatic brain injury. Archives of Clinical Neuropsychology, 2, 293-304.

Bigler, E.D.        (1987). Neuropathology of acquired cerebral trauma. Journal of Learning Disabilities, 20, 458-473.

Bigler, E.D.        (1983).  Workshops in neuropsychological assessment. Professional Psychology, 14, 155.

Bigler, E.D.          (1980). Forensic neuropsychology: A case example. Texas Psychologist, 32, 7-9.

Bigler, E.D.          (1980). Neuropsychological assessment and brain scan results: A case study approach. Clinical Neuropsychology, 2, 13-24.

Bigler, E.D.          (1979). Neuropsychological evaluation of adolescent patients hospitalized with chronic inhalant abuse. Clinical Neuropsychology, 1, 8-12.

Bigler, E.D.          (1979). Visually evoked potentials: Neuropharmacologic interactions. Gesellschaft fur Pharmakologie and Toxikologie der DDR, 20, 12.

Bigler, E.D.          (1978). Limitations of neuropsychological interpretations based on Bender-Gestalt and WAIS results. Texas Psychologist, 30, 5-8.

Bigler, E.D.          (1977). Bicuculline potentiation of the photically evoked after-discharges. Proceedings of the Western Pharmacology Society, 20, 191-214.

Bigler, E.D.          (1977). Comparison of the effects of bicuculline, strychnine and picrotoxin with pentylenetetrazol on photically evoked after-discharges. Epilepsia, 18, 465-470.

Bigler, E.D.          (1977). Neurophysiology, neuropharmacology and behavioral relations of visual system evoked after-discharges: A review. Biobehavioral Review, 1, 95-112.

Bigler, E.D.          (1976). Diazepam modification of evoked and spontaneous lateral geniculate activity. Electroencephalography and Clinical Neurophysiology, 41, 428-433.

Bigler, E.D.          (1976). Childhood and adolescent inhalant abuse: Where's the behavioral research? Behavioral Disorders, 2, 250-251.

Bigler, E.D.          (1975). Lateral geniculate multiple-unit activity related to Metrazol potentiated after-discharges. Electroencephalography and Clinical Neurophysiology, 39, 491-497.

Bigler, E.D.          & Tate, D.F. (2001).  Brain volume, intracranial volume and dementia. Investigative Radiology, 36(9), 539-546.

Bigler, E.D.          & Dodrill, C.B.  (1997).  Assessment of neuropsychological testing.  Neurology, 49, 1180-1182.

Bigler, E.D.,         & Snyder, J.L. (1995).  Neuropsychological outcome and quantitative neuroimaging in mild head injury.  Archives of Clinical Neuropsychology, 10 (2), 159-174.

Bigler, E.D.          & Alfano, M. (1988). Anoxic encephalopathy: Neuroradiological and neuropsychological findings. Archives of Clinical Neuropsychology, 3, 383-396.

Bigler, E.D.          & Naugle, R.I. (1985).  Case studies in cerebral plasticity.  The International Journal of Clinical Neuropsychology, 8,  12-23.

Bigler, E.D.          & Ehrfurth, J.W. (1981). The continued inappropriate singular use of the Bender Visual Motor Gestalt Test. Professional Psychology, 12 (5), 562-569.

**Bigler, E.D.** & Steinman, D.R. (1981). Neuropsychology and computerized axial tomography: Further comments. Professional Psychology, 12, 195-197.

**Bigler, E.D.** & Tucker, D.M. (1981). Comparison of verbal IQ, tactual performance, seashore rhythm, and finger oscillation tests in the blind and brain damaged. Journal of Clinical Psychology, 37, 849-851.

**Bigler, E.D.** & Ehrfurth, J.W. (1980). Critical limitations of the Bender-Gestalt test in clinical neuropsychology: Response to lacks. Clinical Neuropsychology, 2, 88-90.

**Bigler, E.D.** & Tucker, D.M. (1979). The Quality Extinction Test: Results with psychiatric patients. Clinical Neuropsychology, 1(4), 8-12.

**Bigler, E.D.** & Fleming, D.E. (1977). Food-deprivation induced arousal: Evidence against "behavioral inhibition" in electrocortical hypersynchrony. Psychological Reports, 40, 527-531.

**Bigler, E.D.** & Eidelberg, E. (1976). Diazepam suppression of evoked after-discharges in rat lateral geniculate nucleus and visual cortex. Proceedings of the Western Pharmacology Society, 19, 435-438.

**Bigler, E.D.** & Eidelberg, E. (1976). Nigrostriatal effects of morphine in two mouse strains. Life Sciences, 19, 1399-1406.

**Bigler, E.D.** & Eidelberg, E. (1976). Principal cells in lateral geniculate: Effects of Metrazol on capacity to after-discharge. Brain Research Bulletin, 1, 485-487.

**Bigler, E.D.** & Fleming, D.E. (1976). Effects of shock induced arousal on the elicitation and waveform elaboration of photically evoked after-discharges. Physiological Psychology, 4, 86-90.

**Bigler, E.D.** & Fleming, D.E. (1976). Frequency of intermittent photic stimulation: Effect on photic after-discharges, photic driving and behavioral activity. Bulletin of the Psychonomic Society, 8, 596-597.

**Bigler, E.D.** & Fleming, D.E. (1976). Pharmacological suppression of photically evoked after-discharges in rats: Incremental dose, hippocampal EEG and behavioral activity correlates. Psychopharmacologia, 46, 73-82.

**Bigler, E.D.** & Fleming, D.E. (1974). Habituation and occurrence of photically evoked after-discharges in the albino rat. Bulletin of the Psychonomic Society, 4 (4A), 275-277.

**Bigler, E.D.,** Ryser, D. K., Gandhi, P., Kimball, J., Wilde, E.A., (2006) Day-of-injury computerized tomography, rehabilitation status, and development of cerebral atrophy in traumatic brain injury. American Journal of Physical Medicine and Rehabilitation, 85(10), 793-806.

**Bigler, E.D.,** Neeley, E.S., Miller, M.J., Tate, D.F., Rice, S.A., Cleavinger, H., Wolfson, L., Tschanz, J., and Welsh-Bohmer, K.(2004). Cerebral volume loss, cognitive deficit and neuropsychological performance: Comparative measures of brain atrophy: I. Dementia. Journal of the International Neuropsychological Society, 10, 442-452.

**Bigler, E.D.,**   Mortensen, S., Neeley, E.S., Ozonoff, S., Krasny, L., Johnson, M., Lu, J., Provencal, S.L., McMahon, W., & Lainhart, J.E . (2007). Superior temporal gyrus, language function, and autism. Developmental Psychology, 31(2), 217-238.

**Bigler, E.D.**   Blahus, P., Tate, D.F., Hessell, C., Tschanz, J.T., Welsh-Bohmer, K.A., Plassman, B., Norton, M.C., & Victoroff, J.I. (2003). Linking structure to function:  MR neuroimaging findings related to performance on the MMSE and an expanded CERAD battery of neuropsychological tests:  The Cache County Study.  (Submitted.)

**Bigler, E.D.,**   Lowry, C. M., Kerr, B., Tate, D. F., Hessel, C. D., Earl, H. D., Miller, M. J., Rice, S. A., Smith, K. H., Tschanz, J. T., Welsh-Bohmer, K., Plassman, B., Victoroff, J. (2003). Role of white matter lesions, cerebral atrophy, and APOE on cognition in older persons with and without dementia: the Cache County, Utah, study of memory and aging, Neuropsychology 17(3), 339-352.

**Bigler, E.D.,**   Tate, D.F.,  Neeley, E.S., Wolfson, L.J.,  Miller, M.J., Rice, S.A., Cleavinger, H., Anderson, C., Coon, H., Ozonoff, S., Johnson, M., Dinh, E., Lu, J., Mc Mahon, W., Lainhart, J.E. (2003) Temporal lobe, autism and macrocephaly, American Journal of Neuroradiology, 24, 2066-2076.

**Bigler, E.D.,**   Tate, D.F., Miller, M.J., Rice, S.A., Hessel, C.D., Earl, H.D., Tschanz, J.T., Plassman, B., & Welsh-Bohmer, K.A. (2002). Dementia, asymmetry of temporal lobe structures, and Apolipoprotein E genotype:  Relationships to cerebral atrophy and neuropsychological impairment.  Journal of the International Neuropsychological Society, 8, 925-933.

**Bigler, E.D.,**   Kerr, B., Victoroff, J., Tate, D.F., Breitner, J.C. (2002)  White matter lesions, quantitative magnetic resonance imaging, and dementia.  Alzheimer Disease and Associated Disorders, 16(3), 161-170.

**Bigler, E.D.**   Anderson, C.V., & Blatter, D.D. (2002). Temporal lobe morphology in normal aging and traumatic brain injury.  American Journal of Neuroradiology, 23 (2), 255-266.

**Bigler, E.D.**   Lowry, S.M., Anderson, C.V., Johnson, S.C., Terry, J. & Steed, M.  (2000). Dementia, quantitative neuroimaging, and apolipoprotein E genotype.  American Journal of Neuroradiology, 21, 1857-1868.

**Bigler, E.D.**   Johnson, S.C. & Blatter, D.D. (1999).  Head trauma and intellectual status: Relation to quantitative magnetic resonance imaging findings.  Applied Neuropsychology, 6(4), 217-225.

**Bigler, E.D.**   Lajiness-O'Neill, R. & Howes, N.L. (1998).  Technology in the assessment of learning disability.  Journal of Learning Disabilities, 31 (1), 67-82.

**Bigler, E.D.,**   Blatter, D.D., Anderson, C.V., Johnson, S.C., Gale, S.D., Hopkins, R.O., & Burnett, B.  (1997). Hippocampal Volume in Normal Aging and Traumatic Brain Injury.  AJNR American Journal of  Neuroradiology 18, 11-23.

**Bigler, E.D.**,     Blatter, D.D., Johnson, S.C., Anderson, C.V., Russo, A.A., Gale, S.D., Ryser, D.K., Macnamara, S.E., & Bailey, B.J. (1996).  Traumatic brain injury, alcohol and quantitative neuroimaging: preliminary findings.  Brain Injury, 10 (3), 197-206.

**Bigler, E.D.**,     Clark, E., & Farmer, J.  (1996). Traumatic Brain Injury:  1990s Update-Introduction to the Special Series.  Journal of Learning Disabilities, 29 (5), 512-513.

**Bigler, E.D.**,     Johnson, S.C., Anderson, C.V., Blatter, D.D., Gale, S.D., Russo, A.A., Ryser D.K., Macnamara, S.E., Bailey, B.J., Hopkins, R.O.& Abildskov, T.J. (1996). Traumatic brain injury and memory: The role of hippocampal atrophy. Neuropsychology 10, 333-342.

**Bigler, E.D.**,     Johnson, S.C., Jackson, C., Blatter, D.D. (1995).  Aging, brain size, and IQ.  Intelligence, 21, (1) 109-119.

**Bigler, E.D.**,     Burr, R., Gale, S., Norman, M., Kurth, S., Blatter, D. & Abildskov, T. (1994). Day of injury CT scan as an index to pre-injury brain morphology. Brain Injury, 8 (3), 231-238.

**Bigler, E.D.**,     Kurth, S., Blatter, D., & Abildskov, T.J. (1992). Degenerative changes in traumatic brain injury: Post-injury magnetic resonance identified ventricular expansion compared to pre-injury levels. Brain Research Bulletin, 28, 651-653.

**Bigler, E.D.**,     Kurth, S., Blatter, D., & Abildskov, T.J. (1992). Day of injury CT as an index to pre-injury brain morphology: Degree of post-injury degenerative changes identified by CT and MR neuroimaging. Brain Injury, 7 (2), 125-134.

**Bigler, E.D.**,     Nelson, J.E., & Schmidt, R.D. (1989). Identification of mamillary body atrophy in Korsakoff's syndrome using magnetic resonance imaging. The Journal of Neuropsychiatry and Clinical Neurosciences, 1, 341-342.

**Bigler, E.D.**,     Nelson, J.E., & Schmidt, R.D. (1989). Mamillary body atrophy identified by magnetic resonance imaging in alcoholic amnestic (Korsakoff's) syndrome: Neuropsychological Correlates. Neuropsychiatry, Neuropsychology and Behavioral Neurology, 2, 189-201.

**Bigler, E.D.**,     Rosa, L., Schultz, F., Hall, S., & Harris, J. (1989). Rey-Auditory verbal learning and Rey-Osterrieth complex figure design test for performance in Alzheimer's Disease and closed head injury. Journal of clinical Psychology, 45, 277-280.

**Bigler, E.D.**,     Schultz, F., Hall, S., Rosa, L., & Harns, J. (1989). Performance on the Raven Colored Progressive Matrices in patients with closed head injury and dementia of the Alzheimer's type: Clinical considerations. Archives of Clinical Neuropsychology, 4, 111-112.

**Bigler, E.D.**,     Rosenstein, L.D., Roman, M., & Nussbaum, N.L. (1988). The clinical significance of congenital agenesis of the corpus callosum. Archives of Clinical Neuropsychology, 3, 189-200.

**Bigler, E.D.,**     Schultz, R., Grant, M., Knight, G., Lucas, J., Roman, M., Hall, S., & Sullivan, M. (1988). Design fluency in dementia of the Alzheimer's type. <u>Neuropsychology</u>, <u>2</u>, 127-133.

**Bigler, E.D.,**     Hubler, D.W., Cullum, C.M., & Turkheimer, E. (1985). Intellectual and memory impairment in dementia: CT volume correlations. <u>Journal of Nervous and Mental Disease</u>, <u>173</u>, 347-352.

**Bigler, E.D.**     & Naugle, R.I. (1985). Case studies in cerebral plasticity. <u>Clinical Neuropsychology</u>, <u>7</u>, 12-23.

**Bigler, E.D.,**     Cullum, M.C., Paver, S., Turkheimer, E., & Yeo, R. (1984). Neuropsychological and computerized tomographic correlates in post traumatic head injury. <u>The International Journal of Clinical Neuropsychology</u>, <u>6</u>, 83.

**Bigler, E.D.,**     Hubler, D.W., Cullum, C.M., Turkheimer, E., & Yeo, R. (1984). Neuropsychological performance and volumetric CT scan measures in degenerative diseases. <u>The International Journal of Clinical Neuropsychology</u>, <u>6</u>, 77.

**Bigler, E.D.,**     Hubler, D.W., Turkheimer, E., Cullum, C.M., Paver, S., & Yeo, R. (1984). Volumetric CAT measures and neuropsychological performance in Alzheimer's disease. <u>International Journal of Neuroscience</u>, <u>24</u>, 291-294.

**Bigler, E.D.,**     Paver, S., Cullum, C.M., Turkheimer, E., Hubler, D.W., & Yeo, R. (1984). Ventricular enlargement, cortical atrophy and neuropsychological performance following head injury. <u>International Journal of Neuroscience</u>, <u>24</u>, 295-298.

**Bigler, E.D.,**     Bennet, J., & Newton, J.S. (1983). The hyperlexic syndrome: A case study. <u>Clinical Neuropsychology</u>, <u>5</u>, 95-96.

**Bigler, E.D.,**     Steinman, D.R., & Newton, J.S. (1981). Clinical assessment of cognitive deficit in neurologic disorder, I: Effects of age and degenerative disease. <u>Clinical Neuropsychology</u>, <u>3</u>, 5-13.

**Bigler, E.D.,**     Steinman, D.R., & Newton, J.S. (1981). Clinical assessment of cognitive deficit in neurologic disorder, II: Cerebral trauma. <u>Clinical Neuropsychology</u>, <u>3</u>, 13-18.

**Bigler, E.D.,**     Tucker, D.M., & Piran, N. (1979). Neuropsychological differentiation in a psychiatric late adolescent-young adult population: Preliminary report. <u>Clinical Neuropsychology</u>, <u>1</u>, 9-14.

**Bigler, E.D.,**     Shearer, D.E., Dustman, R.E., & Fleming, D.E. (1978). Differential effects of convulsants on visually evoked responses in the albino rat. <u>Pharmacology, Biochemistry, and Behavior</u>, <u>8</u>, 727-733.

**Bigler, E.D.,**     Fleming, D.E., & Shearer, D.E. (1977). Comparison of ethanol consumption by methods of schedule-induced polydipsia and water deprivation. <u>Psychological Record</u>, <u>3</u>, 577-580.

**Bigler, E.D.,**     Fleming, D.E., & Shearer, D.E. (1976). Metrazol potentiated after-discharges: Dose-response relationships and effects of selective lesions. <u>Pharmacology, Biochemistry, and Behavior</u>, <u>5</u>, 423-429.

**Bigler, E.D.,**        Fleming, D.E., & Shearer, D.E. (1976). Stabilization of photically evoked after-discharge activity: Control procedures and effects of classical trace conditioning. Behavioral Biology, 16, 425-437.

**Bigler, E.D.,**        Fleming, D.E., & Shearer, D.E. (1974). Pharmacological modulation of photically evoked after-discharge patterns in hooded Long-Evans rats. Bulletin of the Psychonomic Society, 4, 179-181.

**Bigler, E.D.,**        Fleming, D.E., & Shearer, D.E. (1974). Schedule-induced polydipsia and neocortic lesions in the rat. Psychological Reports, 35.935-941.

Alexander, A.L.,        Lee, J.E., Lazar, M., Boudos, R.M., Dubray, M.B., Oakes, T.R., Miller, J.N., Lu, J., Jeong, E-K., McMahon, W.M., **Bigler, E.D.,** Lainhart, J.E. (2007) Diffusion tensor imaging of the corpus callosum in Autism. Neuroimage, 34(1), 61-73. (2006 Epub Oct 4).

Alexander, A.L.,        Lee, J.E., Lazar, M., Chung, M.K., Dubray, M., **Bigler, E.D.,** Lainhart, J.E. (2007).Diffusion tensor imaging of white matter in the superior temporal gyrus and temporal stem in autism. Neuroscience Letters, 424(2):127-132. (Epub 2007 Aug 6).

Allen, M.D.,            Bigler ED, Larsen J, Goodrich-Hunsaker NJ, Hopkins RO. (2007). Functional magnetic resonance imaging (fMRI) evidence for high cognitive effort on the Word Memory Test in the absence of external incentives. Brain Injury, 21, 1425
-                       1428).

Anderson, C.V.,         Woods, D.M., **Bigler, E.D.,** & Blatter, D.D. (1996). Lesion volume, injury severity, and thalamic integrity following head injury. Journal of Neurotrauma, 13(1), 35-40.

Anderson, C.V.          & **Bigler, E.D.** (1995). Ventricular dilation, cortical atrophy, and neuropsychological outcome following traumatic brain injury. Journal of Neuropsychiatry and Clinical Neurosciences, 7(1), 42-48.

Anderson, C.V.,         **Bigler, E.D.,** & Blatter, D.D. (1995). Frontal lobe lesions, diffuse damage, and neuropsychological functioning in traumatic brain-injured patients. Journal of Clinical and Experimental Neuropsychology 17, 900-908.

Anderson, C.V.          & **Bigler, E.D.** (1994). The role of caudate nucleus and corpus callosum atrophy in trauma-induced anterior horn dilation. Brain Injury, 8, 565-569.

Barker, L.H.,           **Bigler, E.D.,** Johnson, S.C., Anderson, C.V., Russo, A.A., Boineau, B. & Blatter, D.D. (1999). Polysubstance abuse and traumatic brain injury: Quantitative magnetic resonance imaging and neuropsychological outcome in older adolescents and young adults. Journal of the International Neuropsychological Society, 5(7), 593-608.

Bergeson, A.G.,         Lundin, R., Parkinson, R.B., Tate, D.F., Victoroff, J., Hopkins, R.O., **Bigler, E.D.** (2004). Clinical rating of cortical atrophy and cognitive correlates following traumatic brain injury. The Clinical Neuropsychologist, 18 (3), 1-12.

Blatter, D.D.,        **Bigler, E.D.**, Gale, S.D., Johnson, S.C., Anderson, C.V., Burnett, B.M., Ryser, D., Macnamara, S.E., & Bailey, B.J. (1997).  MR-based brain and cerebrospinal fluid measurement after traumatic brain injury: Correlation with neuropsychological outcome.  American Journal of Neuroradiology, 18, 1-10.

Blatter, D.D.,        **Bigler, E.D.**, Gale, S.D., Johnson, S.C., Anderson, C., Burnett, B.M., Parker, N., Kurth, S. & Horn, S. (1995).  Quantitative volumetric analysis of brain MRI: Normative database spanning five decades (16-65).  American Journal of Neuroradiology, 16, 241-251.

Bowen, J. M.,         Clark, E., **Bigler, E.D.**, Gardner, M., Nilsson, D., Gooch, J., Pompa, J. (1997). Childhood traumatic brain injury: neuropsychological status at the time of hospital discharge.   Developmental Medicine and Child Neurology, 39,17-25.

Cato, M.,             Delis, D., Abildskov, T.J., & **Bigler, E.D.** (2004). Assessing the elusive cognitive deficits associated with ventromedial prefrontal damage:  A Case study of a modern-day Phineas Gage.  Journal of the International Neuropsychological Society, 10, 453-465.

Cleavinger, H. B.,    **Bigler, E. D.**, Johnson, J.L., Lu, J., Lainhart, J. E. (in press) Quantitative magnetic resonance image analysis of the cerebellum in macrocephalic and normocephalic children and adults with autism. Journal of the International Neuropsychological Society

Craft, S.,            Willerman, L., & **Bigler, E.D.** (1987). Callosal dysfunction in schizophrenia and schizoaffective disorder. Journal of Abnormal Psychology, 96, 205-213.

Cullum, C.M.,         & **Bigler, E.D.** (1991). Short and long term psychological status following cerebrovascular accidents: Short-form MMPI findings. Journal of Nervous and Mental Disease, 179, 274-278.

Cullum, C.M.,         & **Bigler, E.D.** (1988). Short form MMPI findings in patients with predominately lateralized cerebral dysfunction: Neuropsychological and CT-derived parameters. Journal of Nervous and Mental Diseases, 176, 332-342.

Cullum, C.M.,         **Bigler, E.D.** (1986). Ventricle size, cortical atrophy and the relationship with neuropsychological status in closed head injury: A quantitative analysis. Journal of Clinical and Experimental Neuropsychology, 8, 437-452.

Cullum, C.M.,         **Bigler, E.D.** (1985). Late effects of hematoma on brain morphology and memory in closed head injury. International Journal of Neuroscience, 28, 279-283.

Cullum, C.M.,         Steinman, D.R., & **Bigler, E.D.** (1984). Relationship between fluid and crystallized cognitive function using Category Test and WAIS test scores. The International Journal of Clinical Neuropsychology, 6, 172-174.

Ehrfurth, J.W.,       Phelan, C., & **Bigler, E.D.** (1981). The utility of a short, modified WAIS with a neurological patient population. Clinical Neuropsychology, 3, 42-43.

Fearing, M.A.,        **Bigler, E.D.,** Norton, M., Tschanz, J., Hulette, C., Leslie, C., Welsh-Bohmer, K., and the Cache County Investigators. (2007). Autopsy-confirmed Alzheimer's

disease versus clinically-diagnosed Alzheimer's disease in the Cache County Study on Memory and Aging: A comparison of quantitative MRI and neuropsychological findings.  Journal of Clinical and Experimental Neuropsychology, 29(5); 553-560.

Fleming, D.E.,    & Bigler, E.D. (1974). Relationship between photically evoked after-discharge occurrence and hippocampal EEG rhythms in restrained and unrestrained albino rats. Physiology and Behavior, 13, 757-761.

Gale, S.D.,    Hopkins, R.O., Weaver, L.K., Bigler, E.D., Booth, E.J., & Blatter, D.D. (1999). MRI, Quantitative MRI, SPECT, and neuropsychological findings following carbon monoxide poisoning.  Brain Injury, 13(4), 229-243.

Gale, S.D.,    Johnson, S.J., Bigler, E.D. & Blatter, D.  (1995).  Trauma induced temporal horn dilation: Neuropsychologic correlates.  Journal of the International Neuropsychological Society, 1 (4), 369-370.

Gale, S.D.,    Johnson, S.C., Bigler, E.D. & Blatter, D. (1995).  Nonspecific white matter degeneration following traumatic brain injury.  Journal of the International Neuropsychological Society, 1, 17-28.

Gale, S.D.,    Johnson, S.C., Bigler, E.D. & Blatter, D. (1995).  Trauma-induced degenerative changes in brain injury: A morphometric analysis of three patients with pre-injury and post-injury MR scans.  Journal of Neurotrauma, 12(2), 151-158.

Gale, S.D.,    Johnson, S.C., Bigler, E.D. & Blatter, D.D. (1994).  Traumatic brain injury and temporal horn enlargement correlates with tests of intelligence and memory. Neuropsychiatry, Neuropsychology, and Behavioral Neurology, 7(3), 160-165.

Gale, S.D.,    Burr, R.B., Bigler, E.D., & Blatter, D. (1993).  Fornix degeneration and memory in traumatic brain injury.  Brain Research Bulletin, 32, 345-349.

Grant, M.L.,    Ilai, D., Nussbaum, N.L., & Bigler, E.D. (1990). The relationship between continuous performance tasks and neuropsychological tests in children with attention-deficit hyperactivity disorder. Perceptual and Motor Skills, 70, 435-445.

Hall, S.,    Bigler, E.D., & Rutledge, J.N. (1989). Depression preceding choreiform movements in Huntington's Disease: A case study. Archives of Clinical Neuropsychology, 4, 79-92.

Hallam, B.J.    Brown, W.S., Ross C., Buckwalter, J.G., Bigler, E.D., Tschanz, J.T., Norton, M.C., Welsh-Bohmer, K.A., Breitner, J.C.S. (2006) Morphology of the Corpus Callosum in Dementia: I. Regional Atrophy and Dementia (submitted)

Heilbronner, R.L.,    Taylor, G.T., Lamberty, G., Schmidt, M., Wills, K.E., Artiola y Fortuny, L., Bigler, E.D., Boone, K.B., Kaplan, R.F., Pliskin, N.H. (2007).  American Academy of Clinical Neuropsychology (AACN) Practice Guidelines for Neuropsychological Assessment.  The Clinical Neuropsychologist, 21, 209-231.

Heaton, T.B.    & Bigler, E.D. (1993). Neuroimaging techniques in neuropsychological research. Bulletin of the National Academy of Neuropsychology, 9, 14-17.

Hedges, D.W.,    Thatcher,G.W., Bennett, P. J., Sood, S., Paulson, D.,  Creem-Regehr,  S., Brown, B.L., Allen, S., Johnson, J., Froelich B., Bigler, E.D. (in press).

|  | Brain integrity and cerebral atrophy in Vietnam combat veterans with and without Posttraumatic Stress Disorder. Neurocase. |
|---|---|

Hedges, D.W.,     Allen, S., Tate, D.F., Thatcher, G.W., Miller, M.J., Rice, S.A., Cleavinger, H.B., Sood, S., **Bigler, E.D.** (2003).  Reduced hippocampal volume in alcohol and substance naïve Vietnam combat veterans with posttraumatic stress disorder. Cognitive & Behavioral Neurology, 16(4), 219-224.

Hobbs, K.,     Kennedy, A., Dubray, M., **Bigler, E.D.,** Petersen, B., McMahon, W., Lainhart, J.E. (2007).  A retrospective fetal ultrasound study of brain size in autism. Biological Psychiatry, 62(9), 1048-4055.

Hopkins, R.O.,     Beck, C.J., Burnett, D.L., Weaver, L.K., Victoroff, J., **Bigler, E.D.,** (2006). Prevalence of white matter hyperintensities in a young healthy population. Journal of Neuroimaging, 16(3), 243-251.

Hopkins, R.O.,     Tate, D.F., **Bigler, E.D.** (2005).  Anoxia versus traumatic brain injury:  Amount of tissue loss, not etiology, alters cognitive and emotional function. Neuropsychology, 19(2), 233-242.

Hopkins, R.O.,     **Bigler, E.D.**, (2001).  Pulmonary Disorders. In R. Tarter et al. (Eds.), Medical Neuropsychology (2nd ed.) p. 25-50.

Hopkins, R.O.,     Weaver, L.K., Pope, D., Orme, J.F. Jr., **Bigler, E.D.**, & Larson-Lohr, V.  (1999). Neuropsychological sequelae and impaired health status in survivors of severe acute respiratory distress syndrome.  American Journal of Respiratory Critical Care Medicine, 160(11), 50-56.

Hopkins, R.O.,     Larson-Lohr, V., Weaver, L.K., & **Bigler, E.D.**  (1998). Neuropsychological impairments following hantavirus pulmonary syndrome.  Journal of the International Neuropsychological Society, 4 (2), 190-196.

Hopkins, R.O.,     Abildskov, T.J., **Bigler, E.D.**, & Weaver, L.K.  (1997). Three dimensional image reconstruction of neuroanatomical structures: Methods for isolation of the cortex, ventricular system, hippocampus, and fornix.  Neuropsychology Review, 7, 87-104.

Hopkins, R.O.,     Gale, S.D., Johnson, S.C., Anderson, C.V., **Bigler, E.D.**, Blatter, D.D. & Weaver, L.K. (1995).  A case study in review: Severe anoxia with and without concomitant brain atrophy and neuropsychological impairments.  Journal of the International Neuropsychological Society, 1, 501-509.

Howes, N.L.,     **Bigler, E.D.**, Burlingame, G.M., & Lawson, J.S. (2003).  Memory performance of children with dyslexia:  A comparative analysis of theoretical perspectives. Journal of Learning Disabilities, 36 (3), 230-246.

Howes, N.L,     **Bigler, E.D.**, Lawson, J.S. & Burlingame, G.M. (1999).  Reading disability subtypes and the Test of Memory and Learning.  Archives of Clinical Neuropsychology, 14(3), 317-339.

Hughes, S.K.,    Nilsson, D.E., Boyer, R.S., Bolte, R.G., Hoffman, R.O., Lewine, J.D., & **Bigler, E.D.** (2002). Neurodevelopmental outcome for extended cold water drowning: A longitudinal case study. JINS Journal of the International Neuropsychological Society, 8, 588-596.

Hurley, R.A.,    Hopkins, R.O., **Bigler, E.D.**, & Taber, K.H. (2001). Applications of functional imaging to carbon monoxide poisoning. Journal of Neuropsychiatry and Clinical Neuroscience, 13(2), 157-161.

Johnson, S.C.,    Pinkston, J.B., **Bigler, E.D.** & Blatter, D.D. (1996). Corpus callosum morphology in normal controls and traumatic brain injury. Sex differences, mechanisms of injury, and neuropsychological correlates. Neuropsychology, 10, 408-415.

Johnson, S.C.,    **Bigler, E.D.**, Burr, R.B., & Blatter, D.D. (1994). White matter atrophy, ventricular dilation, and intellectual functioning following traumatic brain injury. Neuropsychology, 8, 307-315.

Johnson, S.C.,    Farnsworth, T., Pinkston, J.B., **Bigler, E.D.**, & Blatter, D. (1994). Corpus callosum surface area across the human adult life span: Effect of age and gender. Brain Research Bulletin, 35(4), 373-377.

Johnstone, B.,    Frank, R.G., Belar, C., Belk, S., Bieliauskas, L.A., **Bigler, E.D.**, Caplan, B., Elliott, T.R., Glueckauf, R.L., Kaplan, R.M., Kreutzer, J.S., Mateer, C.A., Patterson, D., Puente, A.E., Richards, J.S., Rosenthal, M., Sherer, M., Shewchuk, R., Sigel, L.J., Sweet, J.J. (1995). Psychology in health care: Future directions. Professional Psychology: Research and Practice, 26(4), 341-365.

Kesler, S.R.,    Adams, H.F., Blasey, C.M., **Bigler, E.D.** (2003). Premorbid intellectual functioning, education, and brain size in traumatic brain injury: an investigation of the cognitive reserve hypothesis. Applied Neuropsychology, 10(3), 153-62.

Kesler, S.R.,    Hopkins, R.O., Weaver, L.K., Blatter, D.D., Edge-Booth, H., & **Bigler, E.D.** (2001). Verbal memory deficits associated with fornix atrophy in carbon monoxide poisoning. Journal of the International Neuropsychological Society, 7(5), 640-646.

Kesler, S.R.,    Adams, H.F., **Bigler, E.D.** (2000). SPECT, MR and quantitative MR Imaging: Correlates with Neuropsychological and Psychological Outcome in Traumatic Brain Injury. Brain Injury, 14(10), 851-857.

Kozora, E.,    West, S.G., Kotzin, B.L., Julian, L., Porter, S. & **Bigler, E.D.** (1998). MRI abnormalities and cognitive deficits in Systemic Lupus Erythematosus patients without Overt Central Nervous System Disease. Arthritis & Rheumatism, 41 (1), 41-47.

Kurth, S.M.,    **Bigler, E.D.** & Blatter, D.D. (1994). Neuropsychological outcome and quantitative image analysis of acute hemorrhage in traumatic brain injury: preliminary findings. Brain Injury, 8, 489-500.

Lainhart, J.E.,    **Bigler, E.D.**, Bocian, M., Coon, H., Dinh, E., Dawson, G., Deutsch, C.K., Dunn, M., Estes, A., Tager-Flusberg, H., Folstein, S., Hepburn, S., Hyman, S., McMahon, W., Minshew, N., Munson, J., Osan, K., Ozonoff, S., Rodier, P.,

Rogers, S., Sigman, M., Spence, M.A., Stodgell, C.J., Volkmar, F. (2006).  Head circumference and height in autism: A study by the Collaborative Program of Excellence in Autism. American Journal of the American Genetics, Nov 140(21), 2257-2274.

Lajiness-O'Neill, R.R.,   Beaulieu, I., Titus, J.B., Asamoah, A., **Bigler, E.D.**, Bawle, E.V., Pollack, R. (2005).  Memory and learning in children with 22q11.2 Deletion Syndrome: Evidence for ventral and dorsal stream disruption. Child Neuropsychology 11(1), 55-71).

Lewine, J.D.,   Davis, J.T., **Bigler, E.D.**, Hartshorne, M., Thoma, R., Hill, D., Funke, M., Sloan, J.H., Hall, S., and Orrison, W.E. (2007).  Objective documentation of traumatic brain injury subsequent to mild head trauma:  Multimodal brain imaging with MEG, SPECT, and MRI.  The Journal of Head Trauma Rehabilitation, 22(3), 141-155.

Lewine, J.D.,   Davis, J.T., Toma, R., **Bigler, E.D.**, Sloan, J.H., Funke, M., Moore, K.R., Orrison, W.W. (in press).  Long-term psychological consequences of mild and moderate head trauma:  A magnetoencephalographic investigation.  Brain Injury.

Lyketsos, C.G.,   Toone, L., Tschanz, J., Rabins, P.V., Steinberg, M., Onyike, C.U., Corcoran, C., Norton, M., Zandi, P., Breitner, J.C., Welsh-Bohmer, K., Anthony, J., Ostbye, T., **Bigler, E.,** Pieper, C., Burke, J., Plassman, B., Green, R.C., Steffens, D.C., Klein, L., Leslie, C., Townsend, J.J., Wyse, B.W., Munger, R., Williams, M.; Cache County Study Group. (2005). Population-based study of medical comorbidity in early dementia and "cognitive impairment, no dementia (CIND)": association with functional and cognitive impairment: The Cache County Study. American Journal of Geriatric Psychiatry, 13, 656-664.

Lu, L.,   **Bigler, E.D.** (2002).  Normative data on Trail Making test for neurologically normal, Chinese-speaking adults. Applied Neuropsychology, 9, 219-225.

Lu, L.,   **Bigler, E.D.** (2000).  Performance on original and a Chinese version of Trail Making Test Part B: A normative bilingual sample. Applied Neuropsychology, 7, 243-246.

Lucas, J.A.   Telch, M.J., & **Bigler, E.D.** (1991). Memory functioning in panic disorder: A neuropsychological perspective. Journal of Anxiety Disorders, 5, 1-20.

Lucas, J.A.   Rosenstein, L.D., & **Bigler, E.D.** (1989). Handedness and language in the mentally retarded: Implications for sex differences in hemispheric specialization and the model of pathological left-handedness. Neuropsychologia, 27, 713-723.

Macnamara, S.E.,   **Bigler, E.D.**, Blatter, D., Pompa, J., Ryser, D., & Kurth, S. (1992). Magnetic resonance identified ventricular dilation in traumatic brain injury: Comparison of pre- and post-injury scan results. Archives of Clinical Neuropsychology, 7, 275-284.

Massman, P.J.   & **Bigler, E.D.** (1993). A quantitative review of the diagnostic utility of the WAIS-R field profile. Archives of Clinical Neuropsychology, 8(6), 417-428.

Massman, P.J.,   Nussbaum, N.L., & **Bigler, E.D.** (1988). The mediating effect of age on the relationship between Child Behavior Checklist hyperactivity scores and

neuropsychological test performance. <u>Journal of Abnormal Child Psychology</u>, <u>16</u>, 89-95.

Massman, P.J.,     **Bigler, E.D.**, Cullum, C.M., & Naugle, R.I. (1986). The relationship between cortical atrophy and ventricular volume in Alzheimer's disease and closed head injury. <u>International Journal of Neuroscience</u>, <u>30</u>, 87-99.

Mathias, J.L.,     Bowden, S.C., **Bigler, E.D.** (in press).  Is performance on the Wechsler Test of Adult Reading affected by traumatic brain injury? (British Journal of Clinical Psychology).BIGLER VITA September 2007.doc

Mathias, J. L.,    Beall, J. A., **Bigler, E. D.** (2004).   <u>Neuropsychological and information processing deficits following mild traumatic brain injury</u>. <u>Journal of the International Neuropsychological Society, JINS, 10</u> (2), 286-297.

Mathias, J.L.,     **Bigler, E.D.**, Jones, N.R., Bowden, S.C., Barrett-Woodbridge, M., Brown, G. C., Taylor, D.J. (2004). Neuropsychological and information processing performance and its relationship to white matter changes following moderate and severe traumatic brain injury: A preliminary study. <u>Applied Neuropsychology,</u> 11 (3), 135-152.

Miller, V.S.,     & **Bigler, E.D.** (1982). Neuropsychological aspects of tuberous sclerosis. <u>Clinical Neuropsychology</u>, <u>4</u> (1), 26-34.

Morris, J.M.,     & **Bigler, E.D.** (1987). Hemispheric functioning and the K-ABC: Results in neurologically impaired children. <u>Developmental Neuropsychology</u>, <u>3</u>, 67-69.

Naugle, R.I.,     Cullum, C.M. & **Bigler, E.D.** (1990). Evaluation of intellectual and memory function among dementia patients who were intellectually superior.  <u>The Clinical Neuropsychologist</u>, <u>4</u>, 355-374.

Naugle, R.I.,     **Bigler, E.D.**, Cullum, C.M., & Massman, P.J. (1987). Handedness and dementia. <u>Perceptual and Motor Skills</u>, <u>65</u>, 207-210.

Naugle, R.I.,     Cullum, C.M., **Bigler, E.D.**, & Massman, P. (1986). <u>Neuropsychological characteristics and atrophic brain changes in senile and presenile dementia.</u> <u>Archives of Clinical Neuropsychology</u>, <u>1</u>, 219-230.

Naugle, R.I.,     Cullum, C.M., **Bigler, E.D.**, & Massman, P.J. (1985). Neuropsychological and CT volume characteristics of empirically derived dementia subgroups. <u>Journal of Nervous and Mental Disease</u>, <u>173</u> (10), 596-604.

Neeley, E. S.,     **Bigler, E.D.**, Krasny, L, Ozanoff, S., McMahon, W., & Lainhart, J.E. (2007). Quantitative temporal lobe differences: Autism distinguished from controls using Classification and Regression Tree Analysis. <u>Brain & Development. 29, 389-399.</u>

Norton, M.C.,     Skoog, I., Franklin, L.M., Corcoran, C., Tschanz, J.T., Zandi, P.P., Breitner, J.C., Welsh-Bohmer, K,A., Steffens, D.C.; **Cache County Investigators.** (2006). Gender differences in the association between religious involvement and depression: the Cache County (Utah) study. <u>The Journals of Gerontology. Series B, Psychological Sciences and Social Sciences</u>, <u>61</u> (3), 129-136.

Norton, M.C.,        Skoog, I., Toone, L., Corcoran, C., Tschanz, J.T., Lisota, R.D., Hart, A.D., Zandi, P.P., Breitner, J.C., Welsh-Bohmer, K,A., Steffens, D.C.; **Cache County Investigators.** (2006). Three-year incidence of first-onset depressive syndrome in a population sample of older adults: the Cache County study. Amercian Journal of Geriatric Psychiatry, 14, 237-245.

Norman, M.A.,        & **Bigler, E.D.** (1992). Grand Rounds: Neuropsychological assessment and neuroimaging in traumatic brain injury. Bulletin of The National Academy of Neuropsychology, 9, 11-16.

Nussbaum, N.L.,        Grant, M.L., Roman, M.J., Poole, J.H., & **Bigler, E.D.** (1990). Attention deficit disorder and the mediating effect of age on academic and behavioral variables. Journal of Developmental and Behavioral Pediatrics, 11, 22-26.

Nussbaum, N.L.,        **Bigler, E.D.**, Ingram, J.W., Rosa, L., & Massman, P. (1988). Anterior/Posterior functional cerebral asymmetry and personality/behavioral characteristics in children. Archives of Clinical Neurology, 3, 127-135.

Nussbaum, N.L.,        & **Bigler, E.D.** (1986).  Neuropsychological & behavioral profiles of empirically derived subgroups of learning disabled children. International Journal of Clinical Neuropsychology, 8 (2), 82-89.

Nussbaum, N.L.,        **Bigler, E.D.**, & Kich, W. (1986). Neuropsychologically derived subgroups of learning disabled children: Personality/behavioral dimensions. Journal of Research and Development in Education, 19, 57-67.

Parkinson, R.B.,        Hopkins, R.O., Cleavinger, H.B., Weaver, L.K., Victoroff, J., Foley, J.F., & **Bigler, E.D.** (2002).  White matter hyperintensities and neuropsychological outcome following carbon monoxide poisoning.  Neurology, 58, 1525-1532.

Piran, N.,        & **Bigler, E.D.** (1982). A neuropsychological contribution to the theory of schizophrenia. Technical Report, Hogg Foundation, 83.

Plassman, B.L.,        Welsh, K.A., **Bigler, E.D.**, Johnson, S.C., Anderson, C.V., Helms, M.J., Saunders, A.M., Breitner, J.C.S.  (1997).  Apolipoprotein E  4 allele and hippocampal volume in twins with normal cognition.  Neurology, 48,  985-989.

Porter, S.S.,        Hopkins, R.O., Weaver, L.K., **Bigler, E.D.**, & Blatter, D.D. (2002).  Corpus callosum atrophy and neuropsychological outcome following carbon monoxide poisoning.  Archives of Clinical Neuropsychology, 17, (2), 195-204.

Porter, C.        Lawson, J., & **Bigler, E.D.** (2005). Neurobehavioral sequelae of child sexual abuse. Child Neuropsychology, 11, 1-18.

Primus, E.A.,        **Bigler, E.D.**, Anderson, C.V., Johnson, S.C., Mueller, R.M. & Blatter, D. (1997). Corpus striatum and traumatic brain injury.  Brain Injury, 11(8), 577-586.

Pugh, M.,        & **Bigler, E.D.** (1986). Schizophrenia and prior history of "MBD": Neuropsychological findings. The International Journal of Clinical Neuropsychology, 8, 22-26.

Raz, N.,            Raz, S., & **Bigler, E.D.** (1988). Ventriculomegaly in schizophrenia, the role of control groups and the perils of dichotomous thinking: A reply to Smith and Iacono. Psychiatry Research, 26, 245-248.

Raz, N.,            Raz, S., Yeo, R.A., Turkheimer, E.N., **Bigler, E.D.**, & Cullum, C.M. (1987). Relationship between cognitive and morphological asymmetry in dementia of the Alzheimers type: A CT scan study. International Journal of Neuroscience, 35, 225-232.

Raz, S.,            Raz, N., & **Bigler, E.D.** (1988). Ventriculomegaly in schizophrenia: Is the choice of controls important? Psychiatry Research, 24, 71-77.

Raz, S.,            Raz, N., Weinberger, D.R., Boronow, J., Pickar, D., **Bigler, E.D.**, & Turkheimer, E. (1987). Morphological brain abnormalities in schizophrenia determined by computerized tomography: A problem of measurement? Psychiatry Research, 22, 91-98.

Reynolds, C.R.      Hopkins, R.O. & **Bigler, E.D.** (1999). Continuing decline of memory skills with significant recovery of intellectual function following severe carbon monoxide exposure: Clinical, psychometric, and neuroimaging findings. Archives of Clinical Neuropsychology, 14 (2), 235-249.

Reynolds, C.R.,     & **Bigler, E.D.** (1996). Factor structure, factor indexes, and other useful statistics for interpretation of the Test of Memory and Learning (TOMAL). Archives of Clinical Neuropsychology, 11, 29-43.

Rosenstein, L.D.,   & **Bigler, E.D.** (1987). No relationship between handedness and sexual preference. Psychological Reports, 60, 704-706.

Rice, S.A.,         **Bigler, E.D.,** Cleavinger, H.B., Tate, D.F., Sayer, J., McMahon, W., Ozonoff, S., Lu, J., Lainhart, J.E. (2005). Macrocephaly, corpus callosum and autism. Journal of Child Neurology, 20(1), 34-41.

Ryser, D.K.,        Egger, M.J., Horn, S., Handrahan, D., Gandhi, P., & **Bigler, E.D.** (2005). Measuring medical complexity during inpatient rehabilitation following traumatic brain injury. Archives of Physical Medicine & Rehabilitation, 86, 1108-1117.

Sands, D.,          McCary, R.C., **Bigler, E.D.**, Becker, H.A., & Walker, P.R. (1987). Understanding ETC. Journal of Psychosocial Nursing, 25, 27-30.

Shearer, D.E.,      Fleming, D.E., & **Bigler, E.D.** (1976). The photically evoked after-discharge: A model for the study of drugs useful in the treatment of petit mal epilepsy. Epilepsia, 17, 429-435.

Shearer, D.E.,      Fleming, D.E., **Bigler, E.D.**, & Wilson, C.E. (1976). Suppression of photically evoked after-discharge bursting following administration of anticonvulsants in waking rats. Pharmacology, Biochemistry and Behavior, 2, 839-842.

Skenazy, J.A.,      & **Bigler, E.D.** (1985). Psychological adjustment and neuropsychological performance in diabetic patients. Journal of Clinical Psychology, 41 (3), 391-396.

Skenazy, J.A.,     & **Bigler, E.D.** (1984). Neuropsychological findings in Diabetes Mellitus. Journal of Clinical Psychology, 40 (1), 246-258.

Spanos, G.K.,     Wilde, E.A., **Bigler, E.D.,** Cleavinger, H.B., Fearing, M.A., Levin, H.S., Li.,X., Hunter, J.V. (2007). Cerebellar atrophy after moderate to severe pediatric traumatic brain injury. AJNR, American Journal of Neuroradiology. 28, 537-42.

Standage, C.P.,     Fleming, D.E., & **Bigler, E.D.** (1981). Thalamocortical coupling and component properties of visually evoked after-discharges. Brain Research Bulletin, 7, 89-92.

Steinman, D.R.,     & **Bigler, E.D.** (1986). Neuropsychological sequelae of ruptured anterior communicating artery aneurysm. International Journal of Clinical Neuropsychology, 8, 135-140.

Sumner, J.M.,     Carpenter, B.N., Bigler, E.D., (2007). Subsyndromal posttraumatic stress disorder and cognitive functioning in war-exposed school teachers. (in review).

Tate, D.F.,     & **Bigler, E.D.** (2000). Fornix and hippocampal atrophy in traumatic brain injury. Learning and Memory, 7(6), 442-446.

Tate, D. F.,     **Bigler, E.D.,** McMahon, W. Lainhart, J. (2007).   The relative contributions of brain, cerebrospinal fluid-filled structures and non-neural tissue volumes to occipital-frontal head circumference in subjects with autism. Neuropediatrics, 38(1); 18-24.

Tucker, D.M.,     & **Bigler, E.D.** (1989). Clinical assessment of tactile extinction: Traditional double simultaneous stimulation versus quality extinction test. Archives of Clinical Neuropsychology, 4, 283-296.

Tucker, D.M.,     **Bigler, E.D.**, & Chelune, G.J. (1981). Reliability of the Halstead-Reitan Battery in individuals displaying acutely psychotic behavior. Journal of Behavioral Assessment, 3 (4), 311-319.

Turkheimer, E.,     Farace, E., Yeo, R.A., & **Bigler, E.D.** (1993).  Quantitative analysis of gender differences in the effects of lateralized lesions on verbal and performance IQ. Intelligence, 17, 461-474.

Turkheimer, E.,     Yeo, R.A., & **Bigler, E.D.** (1990). Basic relations among lesion location, lesion volume and neuropsychological performance. Neuropsychologia, 28, 1011-1019.

Turkheimer, E.,     Yeo, R.A., Jones, C.L., & **Bigler, E.D.** (1990). Quantitative assessment of covariation between neuropsychological function and location of naturally occurring lesions in humans. Journal of Clinical and Experimental Neuropsychology, 12, 549-565.

Turkheimer, E.,     Cullum, C.M., Hubler, D., Paver, S., Yeo, R.A., & **Bigler, E.D.** (1984). Quantifying cortical atrophy. Journal of Neurology, Neurosurgery, & Psychiatry, 47, 1314-1318.

Turkheimer, E.,     Yeo, R.A., & **Bigler, E.D.** (1983). Digital planimetry in APLSF. Behavior Research Methods & Instrumentation, 15 (4), 471-473.

Weight, D.G.,          & **Bigler, E.D.** (1998). Diagnostic dilemmas, Part I.  The Psychiatric Clinics of North America, September.

Weight, D.G.           & **Bigler, E.D.** (1998). Neuroimaging in psychiatry.  Psychiatric Clinics of North America, 21(4), 725-759.

Wilde, E.A.,           **Bigler, E.D.,** Haider, J.M., Chu, Z., Levin, H.S., Li, X.., Hunter, J.V. (2006).  Vulnerability of the anterior commissure in moderate to severe pediatric traumatic brain injury. Journal of Child Neurology, 21 (9), 769-776.

Wilde, E.S.           **Bigler, E.D.,** Hunter, J. V., Fearing, M.A., Scheibel, R.S., Newsome, M.R., Johnson, J.L., Bachevalier, j., Li, X., Levin, H.S. (2007).  Hippocampal, amygdala and basal ganglia morphometrics in children after moderate to severe traumatic brain injury. Developmental Medicine and Child Neurology, 49(4), 294-299.

Wilde, E.A.,           **Bigler, E.D.,** Pedroza, C., & Ryser, D.K. (2006). Post traumatic amnesia predicts long-term cerebral atrophy in traumatic brain injury. Brain Injury, 20(7), 695-699.

Wilde, E.A.,           **Bigler, E.D.,** Gandhi, P.V., Lowry, C.M., Ryser, D.K., Blatter, D.D., Brooks, J. (2004).  Alcohol abuse and traumatic brain injury:  Quantitative magnetic resonance imaging and neuropsychological outcome, Journal of Neurotrauma, 21(2), 137-147.

Wilde, E.A.,           Chu, Z., & **Bigler, E.D.** (2006).  Diffusion tensor imaging in the corpus callosum in children after moderate to severe traumatic brain injury (Journal of Neurotrauma, 23(10), 1412-1426.

Wilde, E.A.,           Hunter, J.V., Newsome, M.R., Scheibel, R.S., Bigler, E.D., Johnson, J.L., Fearing, M.A., Cleavinger, H.B., Li, X., Swank, P.R., Pedroza, C., Roberson, G.S., Bachevalier, J., Levin, H.S.. (2005).Frontal and temporal morphometric findings on MRI in children after moderate to severe traumatic brain injury. Journal of Neurotrauma, 22, 333-344.

Wilde, E.,A.,          McCauley, S.R., Hunter, J.V., Bigler, E.D>, Chu, Z., Wang, Z.I., Hanten, G.R., Troyanskaya, M., Yallampalli, R., Li, X., Chia, J., Levin, H.S. (2008).  Diffusion tensor imaging of acute mild traumatic brain injury in adolescents. Neurology, 70(12): 948-955.

Willerman, L.,         Schultz, R., Rutledge, J.N., & **Bigler, E.D.** (1992). Hemisphere size asymmetry predicts relative verbal and non-verbal intelligence differently in the sexes: An MRI study of structure-function relations. Intelligence, 16, 315-328.

Willerman, L.,         Schultz, R., Rutledge, J.N., & **Bigler, E.D.** (1991). In vivo brain size and intelligence. Intelligence, 15, 223-228.  Reviewed in Science, 254, 1584, 1991.

Wolkowitz, O.M.,    Lupien, S.J., & **Bigler, E.D.** (2007).  The "Steroid Dementia Syndrome": a possible model of human glucocorticoid neurotoxicity. Neurocase, 13(3), 189-200.

Wolkowitz, O.M.,    Lupien, S.J., **Bigler, E.D.,** Levin, R.B., & Canick, J. (2004). The "Steroid Dementia Syndrome": An unrecognized complication of glucocorticoid treatment.  Annals of the New York Academy of Sciences, 1032:191-194.

Wood, D.G.,          & **Bigler, E.D.** (1995).  Diencephalic changes in traumatic brain injury: Relationship to sensory perceptual function.  Brain Research Bulletin, 38(6), 545-549.

Yeates, K.O.,       **Bigler, E.D**., Dennis, M., Gerhardt, C.A., Rubin, K.H., Stancin, T., Taylor, H.G., Vannatta, K. (2007). Social outcomes in childhood brain disorder:  A heuristic integration of social neuroscience and developmental psychology. Psychology Bulletin, 133(3), 535-556.

Yeates, K.O.,       Luria, J., Bartkowski, H., Rusin, J., Martin, L., **Bigler, E.D.**, Johnson, S.C. & Anderson, C.  (1999).  Postconcussive symptoms in children with mild closed-head injuries.  Journal of Head Trauma Rehabilitation, 14(4), 337-350.

Yeo, R.A.,          Turkheimer, E., & **Bigler, E.D.** (1990). Neuropsychological methods of localizing brain dysfunctions: Clinical versus empirical approaches. Neuropsychiatry, Neuropsychology, and Behavioral Neurology, 3, 290-303.

Yeo, R.A.,          Turkheimer, E., Raz, N., & **Bigler, E.D.** (1987). Volumetric asymmetries of the human brain: Intellectual correlates. Brain and Cognition, 6, 15-23.

Yeo, R.A.,          Turkheimer, E., & **Bigler, E.D.** (1984). The influence of sex and age on unilateral cerebral lesion sequelae. International Journal of Neuroscience, 24, 299-301.

Yount, R.,          Raschke, K.A., Biru, M., Tate, D.F., Miller, M. J., Abildskov, T., Gandhi P., Ryser, D., Hopkins, R.O. & **Bigler, E.D.** (2002).  Traumatic brain injury and atrophy of the cingulate gyrus, The Journal of Neuropsychiatry and Clinical Neurosciences, 14,(4), 416-423.


**PUBLISHED BOOK REVIEWS:**

**Bigler, E.D.**     (1997). A practical neuropsychology primer. [Review of R.E. Cytowic's The neurological side of neuropsychology, Cambridge, MA: MIT Press, 1996] Contemporary Psychology Journal of Review, 8, 529.

**Bigler, E.D.**     (1997).  Neuroimaging from two different angles. [Review of A. Kertesz Localization and neuroimaging in neuropsychology.  New York: Academic Press, 1994 and review of R. Thatcher, M. Hallett, T. Zeffiro, E. R. John, and M. Heurta. Functional neuroimaging: Technical foundations.  New York: Academic Press, 1994.] Journal of International Neuropsychological Society, 3, 201-202.

**Bigler, E.D.**     (1996).  [Review of L. Cermak.  Neuropsychology explorations of memory and cognition:  Essays in honor of Nelson Butters.  New York: Plenum Press, 1994.] Archives of Clinical Neuropsychology, 11 (4), 355-356.

**Bigler, E.D.**     (1993).  Brain and behavior. [Review of A. Ardila and F. Ostrosky-Solis Brain organization of language and cognitive processes, New York: Plenum Press, 1989.] Contemporary Psychology, 38 (4), 356-357.

**Bigler, E.D.**     (1992). Suicide intervention in the schools. [Review of S. Poland. Suicide intervention in the schools. New York: Guilford Press.] Journal of Psychoeducational Assessment, 3, 302-304.

| | |
|---|---|
| **Bigler, E.D.** | (1992). Premorbid factors are critical in brain injury research. [Review of J. Schulkin (Ed.) Preoperative events: Their effects on behavior following brain damage. New York: Lawrence Erlbaum, 1989.] Contemporary Psychology, 37, 370-371. |
| **Bigler, E.D.** | (1991). Neurobiology of higher cognitive function. [Review of A.B. Scheibel & A.F. Wechsler (Eds.), Neurobiology of higher cognitive function. New York: Guilford Press, 1990.] Bulletin of The National Academy of Neuropsychology, 8, 14-15. |
| **Bigler, E.D.** | [Review of Neurobehavioral recovery from head injury. H.S. Levin, J. Grafman, & H.M. Eisenberg (Eds.), New York: Oxford University Press, 1989.] Archives of Clinical Neuropsychology, 4, 93-99. |
| **Bigler, E.D.** | (1984). The loss of a mind. [Review of R. Mayeux & W.G. Rosen (Eds.), Advances in neurology: The dementias. New York: Raven Press, 1982.] Contemporary Psychology, 29, 420-421. |
| **Bigler, E.D.** | (1984). The silent epidemic: Cerebral trauma. [Review of M. Rosenthal, E.R. Griffith, M.R. Bond, & J.D. Miller (1983). Rehabilitation of the head injured adult. Philadelphia: F.A. Davis.] Contemporary Psychology, 29, 643-644. |
| **Bigler, E.D.** | (1982). [Review of M.L. Albert, H. Goodglass, N.A. Helm, A.B. Rubens, & M.P. Alexander (Eds.), Clinical aspects of dysphasia. New York: Springer-Verlag, 1981.] Clinical Neuropsychology, 4, 94. |
| **Bigler, E.D.** | (1981). Functional disorders of memory. [Review of J.F. Kihlstrom & F.J. Evans (Eds.) Functional disorders of memory. Lawrence Erlbaum Associates, Hillside, NJ, 1979.] Clinical Neuropsychology, 3, 39-40. |
| **Bigler, E.D.** | Brain organization of language and cognitive processes. [Review of A. Ardilg & F. Ostrosky-Solix (Eds.), Brain organization of language and cognitive processes. New York: Plenum Press.] |
| Russo, A.A., | & **Bigler, E.D.** (1996). [Review of D.C. Delis, J.H. Kramer, E. Kaplan, & B.A. Ober, The California Verbal Learning Test--Children's version (CVLT-C). San Antonio, CA: The Psychological Corporation, 1994 and T. Boll, Children's Category Test (CCT). San Antonio, CA: The Psychological Corporation, 1993.] Archives of Clinical Neuropsychology, 11(2), 171-173. |

**PUBLISHED ABSTRACTS/POSTERS:**

| | |
|---|---|
| **Bigler, E.D.,** | (2006, December) Traumatic Brain Injury Model [Report]. The Utah Addiction Center Report, 2(2), p.5. |
| **Bigler, E.D.,** | (2005, June 16-18). Fine structural MRI analysis in traumatic brain injury: Relationship to neuropsychological outcome [Abstract]. The Clinical Neuropsychologist, 19(2), 146. Abstract and Poster presented at the 2005 Annual Meeting of the American Academy of Clinical Neuropsychology (AACN) Scientific Program at the Minneapolis Marriott Center in Minneapolis, MN. |

Bigler, E.D.,          (2005, May 5-8).  Neuroimaging and neurocognitive outcome in traumatic brain injury – status report 2005 [Abstract]. Brain Injury, Abstracts of the 6th World Congress on Brain Injury, Melbourne, 19 (Suppl.1) p.28.

Bigler, E.D.,          (2004, February 4-7).  Volumetric analysis of the basal ganglia in autism with macrocephaly [Abstract]. Symposium at the 32nd Annual Meeting of the International Neuropsychological Society in Baltimore, Maryland.

Bigler, E.D.,          (2004, February 4-7).  Morphology of the Corpus Callosum in Autism and Macrocephaly [Abstract]. Symposium at the 32nd Annual Meeting of the International Neuropsychological Society in Baltimore, Maryland, USA February 4-7, 2004.

Bigler, E.D.,          (2004, February 4-7).  Neuropsychological assessment in less common medical disorders [Abstract]. Symposium at the 32nd Annual Meeting of the International Neuropsychological Society in Baltimore, Maryland, USA February 4-7, 2004.

Bigler, E.D.,          (2003, July 16-20).  Neuropsychological findings in a case of autopsy confirmed neuropathology in mild traumatic brain injury. [Abstract]. Journal of the International Neuropsychological Society, 9 (4), p. 541.  Poster presented at the twenty-sixth annual mid-year international Neuropsychological Society, July 16-20, 2003, Berlin, Germany.

Bigler, E.D.,          (2003). Traumatic brain injury, normal aging, and dementia: hippocampal atrophy as the putative basis for a relationship [Abstract]. Journal of the International Neuropsychological Society, 9 (4), p. 565.  Poster presented at the twenty-sixth annual mid-year international Neuropsychological Society, July 16-20, 2003, Berlin, Germany.

Bigler, E.D.,          (2003). Functional brain imaging after acquired brain injury (ABI) [Abstract]. Brain Injury, 17 (Supplement 1), p.16.

Bigler, E.D.          (2001). 3-D and quantitative neuroimaging and neuropsychological outcome in traumatic brain injury [Abstract]. Journal of the International Neuropsychological Society, 7 (2), 259.

Bigler, E.D.          (1998). Quantitative neuroimaging in neuropsychology [Abstract].  The Clinical Neuropsychologist, 12 (2), 284.

Bigler, E.D.          (1997).  Neuroimaging correlates of APOE $\epsilon$4 [Abstract].  Journal of the International Neuropsychological Society,  3 (1), 138.

Bigler, E.D.          (1994). Day-of-injury CT as an index to pre-injury brain morphology [Abstract]. Journal of Neurotrauma, 11, (2), 219.

Bigler, E.D.          & Snyder, J.L. (1993). Pre- and Post-injury neuroimaging: Comparison with neuropsychological outcome in mild head injury [Abstract]. Archives of Clinical Neuropsychology, 8, 214.

Bigler, E.D.          & Naugle, R.I. (1985). Neuropsychological consequences of chloride deficiency during infancy [Abstract]. International Journal of Neuropsychology, 7, 68.

**Bigler, E.D.,**     Abildskov, T.J., Wilde, E.A., Hunter, J.V., Scheibel, R., Newsome, M.R., Hanten, G.R., Li, X., Levin, H.S., (2007). How diffuse is brain damage in moderate-to-severe pediatric traumatic brain injury? [Abstract]. Developmental Rehabilitation, 10(4), 271-310(P35).

**Bigler, E.D.,**     Provencal, S., Mortensen, S., Fearing M.A., McMahon, W., & Lainhart, J.E. (2005 February 2-5). Relationship between superior temporal gyrus and IQ in autism. [Poster] 33rd Annual Meeting of International Neuropsychological Society, Adam's Mark Hotel, St. Louis, MI, USA, p.16.

**Bigler, E.D.,**     McMahon, W., Lainhart, J.E. (2004). Regional brain morphometry in autism [Abstract]. Proceedings of CPEA/STAART Annual Meeting, May 17-20, 2004. Bethesda, MD.

**Bigler, E.D.,**     Neeley, E.S., Ozonoff, S., Coon, H., McMahon, W, Lainhart, J.E. (2004). Superior temporal gyrus and autism [Abstract]. Brain Impairment, 5, 105-106.

**Bigler, E.D.,**     Provencal, S.L., McMahon, W., Lainhart, J.E. (2004). White and gray matter differences in autism using voxel-based morphometry [Abstract]. Proceedings of International meeting for Autism Research. May 7-8, 2004; Sacramento, California. IMFAR Abstracts P1.1.13 and P2.3.9.

**Bigler, E.D.,**     Ryser, D.K., Gandhi, P., Kimball, J., Wilde, E.A. (2004). Day-of-injury computerized tomography, rehabilitation status, and long-term outcome as they relate to magnetic resonance imaging findings after traumatic brain injury [Abstract]. Brain Impairment, 5, 122-123.

**Bigler, E.D.,**     Blatter, D.D., Johnson, S.C., & Pinkston, J.B. (1997). Effects of handedness and gender of the surface area of the human corpus callosum: A preliminary study using magnetic resonance imaging [Abstract]. Archives of Clinical Neuropsychology, 12(4), 386.

**Bigler, E.D.,**     Lowry, C.M., Anderson, C.V., Johnson, S.C., Plassman, B.L., Tschantz, T., Welsh-Bohmer, K.A., Saunders, A.M., & Breitner, J.C.S. (1997). A population-based study of APOE, Alzheimer's disease and quantitative magnetic resonance imaging [Abstract]. Journal of the International Neuropsychological Society. 3 (3), 214.

**Bigler, E.D.,**     Johnson, S.C., Anderson, C.V., Gale, S.D., & Blatter, D.D. (1996). Brain morphology and neuropsychological relationships: Time post injury [Abstract]. Journal of the International Neuropsychological Society, 2(1), 16.

**Bigler, E.D.,**     Burr, R.B., Abildskov, T.J., Norman, M.A., Gale, S.D., Kurth, S.M., & Blatter, D. (1993). Quantitative day of injury CT scan analysis in traumatic brain injury: A method for a within subjects design to estimate pre-injury brain morphology [Abstract]. Journal of Clinical and Experimental Neuropsychology, 15, 71.

**Bigler, E.D.,**     Snyder, J.L., & Abildskov, T.J. (1992). PC-based three dimensional neuroimaging of MRI in cerebral trauma: An aid to neuropsychological assessment [Abstract]. Journal of Clinical and Experimental Neuropsychology, 14, 78.

**Bigler, E.D.**,      Rosa, L., Schultz, F., Hall, S., & Harris, J. (1989). Rey-Auditory verbal learning and Rey-Osterrieth complex figure design test for performance in Alzheimer's disease and closed head injury. [Abstract] Clinical Digest Series, 1990.

**Bigler, E.D.**,      Paver, S., Cullum, C.M., Turkheimer, E., Hubler, D., & Yeo, R. (1984). Ventricular enlargement, cortical atrophy, and neuropsychological performance following head injury. [Abstract] INS Bulletin, October, 1983, p. 36.

**Bigler, E.D.**,      Hubler, D., Turkheimer, E.A., Cullum, C.M., Paver, S., & Yeo, R. (1983). Volumetric CT Measures and Neuropsychological Performance in Alzheimer's Disease. [Abstract] INS Bulletin, October 1983, pp. 40-41.

Allen M.D.,      **Bigler E.D.,** Larsen J., Goodrich-Hunsaker N.J., Hopkins R.O. (November 9, 2007). Functional magnetic resonance imaging (fMRI) evidence for high cognitive effort on the Word Memory Test in the absence of external incentives. [Abstract ] Developmental Neurorehabilitation, 10(4), 2007, 271 - 310.

Alexander, A.L.,      Lee, J.E. Ardekani, B, Chung, M., Bigler, E.D., Lainhart, J.E., (May 15 – 17, 2008) Evaluation of DTI image analysis using nonlinear spatial normalization and tissue-specific, smoothing-compensated voxel based analysis application in autism. [Abstract]. Proceedings of the International Meeting For Autism Research (IMFAR), London, England.

Alexander, A.L.,      Lee, J.E., Lazar, M., Boudos, R., DuBray, M., Oakes, T.R., Miller, J.N., Lu, J., Jeong, E-K., McMahon, W.M., **Bigler, E.D.,** Lainhart, J.E. (2006). A diffuse tensor study of the corpus callosum in autism.[Poster].  12th Annual Meeting of the Organization for Human Brain Mapping, Florence, Italy, June 11- 15, 2006.

Alexander, A.L.,      Lazar, M., **Bigler, E.D.**, Jeong, E.K., Coon, H., McMahon, W., Lainhart, J.E. (2004).  Diffusion tensor imaging of white matter in autism [Abstract]. Proceedings of CPEA/STAART Annual Meeting, May 17-20, 2004.  Bethesda, MD.

Alexander, A.L.      Lee, J.E., Lazar, M., Boudos, R., DuBray, M., Lu, J., Jeong, E.K., **Bigler, E.D.,** Lainhart, J.E. (2006) Diffusion Tensor Study of Corpus Callosum in Autism [Abstract]. Human Brain Mapping, January 6, 2006.

Anderson, C.V.,      Wood, D.M. & **Bigler, E.D.** (1995).  Lesion localization and executive functioning in traumatic brain injured patients [Abstract].  Archives of Clinical Neuropsychology , 10, 290.

Anderson, C.V.      & **Bigler, E.D.** (1994).  Ventricular dilation as a predictor of cognitive outcome [Abstract].  Archives of Clinical Neuropsychology, 9, 106-107.

Barker, L.H.,      **Bigler, E.D.**, Blatter, D.D., Boineau, B., & Johnson, S. (1997).  Polysubstance abuse and traumatic brain injury: A quantitative study of magnetic resonance imaging and neuropsychological assessment [Abstract].  Archives of Clinical Neuropsychology, 12 (4), 284-285.

Barker, L.H.,      **Bigler, E.D.**, Gale, S.D., Russo, A.A., & Stenroos, J.F. (1997).  Affective disturbance following traumatic brain injury: Severity of injury and the

symptom-checklist-90-R [Abstract].  <u>Archives of Clinical Neuropsychology</u>, <u>12</u>(4), 399.

Barker, L.H.,    Mueller, R.M., Russo, A.A., Lajiness-O'Neill, R., Johnson, S., Anderson, C., Norman, M.A., Sephton, S., Primus, E., **Bigler, E.D.**, & Reynolds, C.R. (1995). The word selective reminding subtest of the Test of Memory and Learning (TOMAL): A concurrent and construct validity study using the Rey Auditory Verbal Learning Test (RAVLT) and the Wechsler Memory Scale-Revised (WMS-R) [Abstract].  <u>Archives of Clinical Neuropsychology</u>, <u>10</u>, 295-296.

Beck, C.J.    Hopkins, R.O., Weaver, L.K., & **Bigler, E.D.** (February 1-4, 2006). Prevalence of white matter hyperintensities in a healthy normal population. [Poster]. 34th Annual Meeting of the International Neuropsychological Society, Boston Marriott Copley Place Hotel, Boston, MA, USA.

Bergeson, A.G.,    Lundin, R., Parkinson, R. B., Tate, D.F., Victoroff, J., Hopkins, R.O., Bigler, E.D. (spring 2003). Clinical rating of cortical atrophy and cognitive correlates following traumatic brain injury [Abstract]. <u>Journal of Neuropsychiatry and Clinical Neuroscience 15</u>(2), 276-277.  Poster presented at the 14th annual meeting of the American Neuropsychiatric Association, Honolulu, Hawaii, February 1-4, 2003.

Blatter, D.D.,    Kurth, S.M., **Bigler, E.D.**, Pompa, J., & Ryser, D.K. (1992, August). <u>MRI and CT in traumatic brain injury (TBI): Correlations with quantitative measures of cognitive outcomes</u> [Abstract].  <u>Proceedings of the 11th Annual Scientific Meeting</u>, 1992, Abstract No. 738, p.71.

Burr, R.,    Gale, S., Johnson, S., & **Bigler, E.D.**, (1993). Corpus Callosum morphology and neuropsychological function following traumatic brain injury [Abstract]. <u>Archives of Clinical Neuropsychology</u>, <u>8</u>, 217.

Cato, M.,    Delis, D., Abildskov, T., & **Bigler, E.D.** (2003). Assessing the elusive cognitive deficits associated with orbitofrontal cortex damage:  Case study of a modern-day Phineas Gage [Abstract]. <u>Journal of the International Neuropsychological Society, 9(2), 183.</u>

Cleavinger, H.B.,    **Bigler, E.D.,** Wilde, E.A., Hunter, J.V., Li, X., Levin, H. S. (2007).  Traumatic brain injury, atrophy of the entorhinal cortex and neuropsychological outcome in children [Abstract].  Archives of Clinical Neuropsychology, 22(7), 898.

Cleavinger, H.,    Sayer, J., Rice, S.A., McMahon, W., Lainhart, J., **Bigler, E.D.** (2003). Volumetric analysis of the mesencephalon and metencephalon in autism with macrocephaly [Abstract]. <u>Journal of the International Neuropsychological Society</u>, 9 (4), p. 549. Poster presented at the Twenty-Sixth Annual Mid-year International Neuropsychological Society, July 16-20, 2003, Berlin, Germany.

Connor, P.D.,    Gale, S.D., Johnson, S.C., Anderson, C.V., **Bigler, E.D.** & Blatter, D.D. (1995). Cingulate degeneration following traumatic brain injury: Quantitative neuroimaging, memory and executive functions [Abstract]. <u>Journal of the International Neuropsychological Society</u>, <u>1</u> (2), 174.

Cramond, A.,     Woon, F.M., Wu, C., Cannon, P.C., **Bigler, E.D**., Cleavinger, H.B., Johnson, J.L., Lainhart, J.E. (2007). Intellectual function and thalamic volume in autism {Abstract}. Archives of Clinical Neuropsychology 22(7), 828.

Cullum, C.M.,     & **Bigler, E.D.** (1987). Lateralized cerebral dysfunction and the MMPI revisited [Abstract]. Journal of Clinical and Experimental Neuropsychology, 9, 61.

Cullum, C.M.,     & **Bigler, E.D.** (1988). Psychological adjustment following stroke: The effects of time and lesion size [Abstract]. Journal of Clinical and Experimental Neuropsychology, 10, 31.

Cullum, C.M.,     **Bigler, E.D.** (1984). The effects of prior hematoma on brain morphology and neuropsychological functioning following closed head injury [Abstract]. The INS Bulletin, 1, 1-12.

Earl, H.D.,     Olsen, J., & **Bigler, E.D.** (1999).  Neuropsychological and anatomical correlates of $e4$ in Alzheimer's disease [Abstract].  Archives of Clinical Neuropsychology, 14(8), 619-620.

Elison, J. T.,     **Bigler, E.D.,** Miller, J., Lu, J., McMahon, W.M., Lainhart, J.E. (July 1-3 2006). A Case-Control 3.0 Tesla MRI Morphometric Analysis of Autism with and without Attention-Deficit/Hyperactivity Disorder [Poster]. 5th International Meeting For Autism Research (IMFAR) Montreal, Canada

Fearing, M.A.     Hopkins, R.O., & **Bigler, E.D.** (February 1-4, 2006). Variability in basal ganglia lesions following anoxic brain injury. [Poster]. 34th Annual Meeting of the International Neuropsychological Society, Boston Marriott Copley Place, Boston, Mass, USA, February 1-4, 2006.

Fearing, M.,     Hopkins, R.O., Weaver, L.K., & **Bigler, E.D.,** (February 1-4, 2006). Neuropsychological and Neuroimaging Outcomes Following Group Carbon Monoxide Poisoning. [Abstract]. 34th Annual Meeting of the International Neuropsychological Society, Boston Marriott Copley Place, Boston, MA, USA.

Fearing, M.A.     **Bigler, E.D.,** Wilde, E.A., Hunter, J.V., & Levin, H.S. (February 1-4, 2006). Morphometric findings in the thalamus and brainstem in children after moderate to severe traumatic brain injury. [Poster]. 34th Annual Meeting of the International Neuropsychological Society, Boston Marriott Copley Place, Boston, MA,USA.

Fearing, M.     Hopkins, R.O., Weaver, L.K., & **Bigler, E.D.** (February 2-5, 2005). Basal ganglia lesions following carbon monoxide (CO) Poisoning. [Poster]. 33rd Annual Meeting of the International Neuropsychological Society, Adam's Mark Hotel, St. Louis, Missouri, USA, p.183.

Fearing, M.A.,     **Bigler, E.D.,** Garrett, K.D., Tschanz, J., Welsh-Bohmer, K.A. (spring 2003). Relationship between cerebral atrophy and informant-based ratings of dementia participants in the Cache County study [Abstract]. Journal of Neuropsychiatry and Clinical Neuroscience, 15(2), 269.

Fearing, M.,     Hannan, C.R., White, J., Mortensen, J., Rice, S., Tate, D., and **Bigler, E.D.** (2003, Feb. 5-8).  Dementia, cerebral atrophy, and neuropsychological

performance:  Relationship to APOE-ε 4 [Abstract].  Journal of the International Neuropsychological Society, 9 (2), 317.

Fearing, M. A.,    Larson, M.L., Hopkins, R.O., & **Bigler, E.D.** (2004, February 4-7).  Generalized vs. focal atrophy in dementia:  Their relationship to neuropsychological function [Abstract]. 32nd Annual Meeting of International Neuropsychological Society, Journal of the International Neuropsychological Society, Programs & Abstracts, 16.

Foley, H.A.,    Kesler, S. & **Bigler, E.D.** (1998).  The relationship of SPECT and MRI to neuropsychological outcome, intelligence quotients, and traumatic brain injury [Abstract].  Archives of Clinical Neuropsychology, 13 (1), 132

Gale, S.,    Hopkins, R., Weaver, L., Walker, J., **Bigler, E.D**., & Cloward, T.  (2000). Hippocampal atrophy following sleep apnea and carbon monoxide poisoning: Similarities and differences [Abstract].  Journal of the International Neuropsychological Society, 6 (2), 154.

Gale, S.D.,    Hopkins, R.O., Weaver, L.K., **Bigler, E.D.**, Booth, E.J., & Blatter, D.D. (1997). Brain Perfusion Defects Following Carbon Monoxide Poisoning: Relationship to MRI, Quantitative MRI, and Neuropsychological Findings [Abstract].  Archives of Clinical Neuropsychology, 12 (4), 321.

Gale, S.D.,    **Bigler, E.D.**, Johnson, S.C. & Blatter, D.D. (1995).  Global degeneration following traumatic brain injury:  Anatomic and neuropsychologic correlates [Abstract]. Journal of the International Neuropsychological Society, 1 (2), 162.

Gale, S.D.,    Burr, R.B., **Bigler, E.D.**, & Blatter, D.D. (1993). Neuropsychological outcome and morphological changes in the fornix as a result of traumatic brain injury [Abstract]. Journal of Clinical and Experimental Neuropsychology, 15, 104.

Gale, S.D.,    Norman, M.A., & **Bigler, E.D.** (1992). A comparison of performance on the Raven Coloured Progressive Matrices in patients with closed head injury (CHI) and dementia of the Alzheimer's type [Abstract]. Archives of Clinical Neuropsychology, 7, 327-328.

Gale, S.D.,    Johnson, S.C., **Bigler, E.D.** & Blatter, D.D. (1995).  Trauma induced cerebral peduncle degeneration:  Correlative relationships with tests of motor function [Abstract].  Archives of Clinical Neuropsychology, 10(4), 328-329.

Gale, S.D.,    Johnson, S., **Bigler, E.D.**, & Blatter D.D. (1994). Degenerative changes secondary to traumatic brain injury:  A morphometric analysis of three patients with pre- and post-injury MR scans and neuropsychological outcome [Abstract]. Archives of Clinical Neuropsychology, 9, 129.

Gandhi, P.V.,    **Bigler, E.D.**, Wilde, E., Ryser, D.K, & Johnson, S. (2001). Quantitative lesion analysis, FIM, and neuropsychology test performance in TBI [Abstract].  Journal of the International Neuropsychological Society, 7(2), 180.

Gandhi, P.V.,    Wilde, E., **Bigler, E.D.**, Ryser, D.K., & Blatter, D.D. (1999).  QMRI correlates with neuropsychological indicators of general impairment in TBI patients [Abstract].  Archives of Clinical Neuropsychology, 14(8), 773.

Grant, M.L.,    Nussbaum, N.L., & **Bigler, E.D.** (1996).  Electrophysiological components in children with ADD or ADHD [Abstract].  Journal of the International Neuropsychological Society, 2(1), 58.

Grant, M.L.,    McNelly, M., Stavinoha, P.L., Nussbaum, N.L., & **Bigler, E.D.** (1992). A comparison of response behaviors on a continuous performance task in children with attention-deficit disorder with and without hyperactivity [Abstract]. Journal of Clinical and Experimental Neuropsychology, 14, 109-110.

Grant, M.L.,    Ilai, D., Nussbaum, N.L., & **Bigler, E.D.** (1990). The concurrent validity of continuous performance and traditional neuropsychological measures in attention deficit hyperactivity disorder and learning disabilities [Abstract]. Journal of Clinical and Experimental Neuropsychology, 12, 101.

Hallam, B.J.,    Brown, W.S., Buckwalter, J.G., Ross, C., & **Bigler, E.D.** (2002).  Functional Channels of the Corpus Callosum:  Evidence from Alzheimer's Disease Patients [Abstract]. Journal of the International Neuropsychological Society, 8(2), 266.

Hanten, G.,    Wilde, E.A., Yallampalli, R., Chu, A., Ramons, M.A., Bigler, E.D., Menefee, D., Vasquez, Li, X., Hunter, J.V., Levin, H.S. (2007).  The relation between white matter disruption measured by diffusion tensor imaging and decision-making following childhood TBI [Abstract]. Developmental Neurorehabilitation, 10(4), 271-310(P61).

Hedges, D.,    Tate, D.F., Miller, M.J., Cleavinger, H.B., Rice, S.A., Thatcher, W., Allen, S., Sood, S., **Bigler, E.D.** (2001).Brain morphology in non-substance-abusing male Vietnam veterans with Posttraumatic Stress Disorder [Abstract].  Archives of Clinical Neuropsychology, 16 (2001), 796-797.

Hopkins, R.O.,    Tate, D.F., & Bigler, E.D. (2005).  Hippocampal volume following carbon monoxide poisoning:  Predictors and neuropsychological correlates [Abstract]. International Neuropsychological Society, Division of the Neuropsychology of the British Psychological Society, British Neuropsychological Society, Joint Mid-Year Meeting, Dublin, Ireland, Program & Abstract Book, p.18.

Hopkins, R.O.,    Tate, D., **Bigler, E.D.** (spring 2003).  Acquired brain injury: amount of tissue loss, not etiology, alters cognitive and emotional function [Abstract].  Journal of Neuropsychiatry and Clinical Neuroscience, 15(2), 261-262.

Hopkins, R.O.,    McCourt, A., Cleavinger, H., Parkinson, R.B., Victoroff, J., **Bigler, E.D.** (2003). White matter hyperintensities and neuropsychological outcome following traumatic brain injury [Abstract].  Journal of the International Neuropsychological Society, 9(2), 234. Paper presented at the 31st Annual International Neuropsychological Society Conference, Feb 5-8, 2003, in Honolulu, Hawaii.

Hopkins, R.O.,    Weaver, L.K., Hessel, C., Tate, D., **Bigler, E.D.**, & Blatter, D.  (2001). Hippocampal atrophy following carbon monoxide poisoning:  Gender differences [Abstract].  Journal of the International Neuropsychological Society, 7(2), 232.

Hopkins, R.O.,    Gale, S.D., Pope, D., Weaver, L.K., & **Bigler, E.D.**  (2000). Ventricular enlargement in patients with acute respiratory distress syndrome [Abstract]. Journal of the International Neuropsychological Society, 6(2), 229.

Hopkins, R.O.,        Weaver, L.K. & **Bigler, E.D.**  (2000). Longitudinal outcome following carbon monoxide poisoning: Psychological changes [Abstract]. Journal of the International Neuropsychological Society, 6(4), 393.

Hopkins, R.O.,        Weaver, L.K., Gale, S.D. & **Bigler, E.D.**  (1998). Neuropsychological outcome, brain perfusion defects and quantitative magnetic brain resonance imaging following carbon monoxide (CO) poisoning [Abstract]. Undersea and Hyperbaric Medicine, 25, 47-48.

Hopkins, R.O.,        **Bigler, E.D.**, Weaver, L., Gale, S., & Brooth, E.  (1998). Neuropsychological outcome and brain perfusion defects following carbon monoxide poisoning [Abstract].  The Clinical Neuropsychologist, 12 (2), 284.

Hopkins, R.O.,        Weaver, L.K. & **Bigler, E.D.**  (1997). Psychological/Emotional changes following carbon monoxide poisoning [Abstract].  Undersea & Hyperbaric Medicine, 24 (20).

Hopkins, R.O.,        Abildskov, T.J., **Bigler, E.D.**, Gale, S.D., Johnson, S.C., Anderson, C.V., Blatter, D.D., & Weaver, L.K.  (1996). Three-dimensional image analysis of hippocampal atrophy and neuropathological changes following anoxia and traumatic brain injury [Abstract]. Journal of the International Neuropsychological Society, 2(1), 34.

Hopkins, R.O.,        Weaver, L.K., Pope, D., Orme, J.F., Bigler, E.D., Larson-Lohr, V. (1996).  One year quality of life (AOL) and neuropsychological outcome following adult respiratory distress syndrome (ARDS) [Abstract]. Chest, 110, 58S.

Hopkins, R.O.,        Weaver, L.K., Gale, S.D., Johnson, S.C., **Bigler, E.D.**, Blatter, D.D. & Abildskov, T.J. (1996).  Three dimensional and quantitative image analysis of neuropathological changes following carbon monoxide poisoning [Abstract]. Undersea & Hyperbaric Medicine, 23, 9.

Jackson, J.,        Hopkins, R., Gale, S. & Bigler, E. (2004).  Neuropsychological assessment in less common medical disorders [Abstract]. Journal of the International Neuropsychological Society, INS 32nd Annual Meeting Program & Abstracts, 98.

James, K.,        Pertab, J., Bigler, E.D. (2007).  Questionable generalizability for mild traumatic brain injury meta-analysis [Abstract]. Archives of Clinical Neuropsychology, 22(7), 835.

Johnson, S.C.,        Anderson, C.V., **Bigler, E.D.** & Blatter, D.D. (1997).  Logical memory *versus* verbal paired associate learning and hippocampal volume in a sample of male closed head injury patients [Abstract].  Journal of the International Neuropsychological Society, 3 (1), 54.

Johnson, S.C.,        Pinkston, J.B., **Bigler, E.D.** & Blatter, D.D. (1996).  A regional analysis of the corpus callosum in TBI patients and normal controls: Neuropsychological correlates [Abstract].  Archives of Clinical Neuropsychology, 11 (5), 404.

Johnson, S.C.,        **Bigler, E.D.**, & Burr R.B. (1994).  Magnetic resonance imaging predictors of cognitive outcome in traumatic brain injury [Abstract].  Archives of Clinical Neuropsychology, 9 (2), 144.

Kesler, S.R.,        Hopkins, R.O., Weaver, L.K., **Bigler, E.D.**, Blatter, D.D., & Edge-Booth, H. (1999). Fornix and mammillary body atrophy and verbal memory deficit in carbon monoxide (CO) poisoned humans [Abstract]. <u>Archives of Clinical Neuropsychology</u>, <u>14</u>(8), 660-661.

Kesler, S.R.,        Foley, H.A. & **Bigler, E.D.** (1998). Relationships between brain abnormalities and cognitive-neurobehavioral symptoms in traumatic brain injury (TBI) using single photon mission computed tomography (SPECT), clinical (MRI) and quantitative (QMR) magnetic resonance [Abstract]. <u>Journal of the International Neuropsychological Society</u>, <u>4</u>(1), 8.

Kurth, S.,        **Bigler, E.D.** & Blatter, D.D. (1993). The effects of petechial hemorrhages lesion volume and lesion location on clinical outcome in traumatic brain injury [Abstract]. <u>Journal of Clinical and Experimental Neuropsychology</u>, <u>15</u>(1), 104.

Lainhart, J.E.,        **Bigler, E.D.**, Coon, H., McMahon, W. (2004). Head and brain growth in autism: advances and implications for neuroimaging research [Abstract]. Proceedings of CPEA/STAART Annual Meeting, May 17-20, 2004. Bethesda, MD.

Lainhart, J.E.,        Dinh, E., Coon, H., **Bigler, E.D.**, McMahon, W. (2004). Head circumference in autism spectrum disorders: A CPEA network study [Abstract]. Proceedings of International meeting for Autism Research. May 7-8, 2004; Sacramento, California. <u>IMFAR</u> Abstracts S1.5.2.

Lazar, M.        Baxter, B., Alexander, A.L., Oakes, T., Lu, J., McMahon, W., **Bigler, E.D.**, Lainhart, J., (2006). A Diffusion Tensor Imaging Study of the Thalamus in Autism [Abstract]. Human Brain Mapping; January 8 2006.

Lee, J.N.,        Hsu, D., Alexander, A.L., Lazar, M., **Bigler, E. D.**, Lainhart, J.E. (May 3-9, 2008). A study of underconnectivity in autism using DTI: W-Matrix Tractography. [Abstract] Presented at the International Society for Magnetic Resonance in Medicine (ISMRM) 16th Scientific Meeting and Exhibition in Toronto, Ontario, Canada.

Lee, J.N.,        Alexander, A.L., Lazar, M., **Bigler, E.D.**, Lainhart, J.E. (May 3-9, 2007). Evaluation of voxel-based analysis methods for DTI studies. {abstract} Abstract presented at the International Society for Magnetic Resonance in Medicine (ISMRM) 16th Scientific Meeting and Exhibition in Toronto, Ontario, Canada.

Lee, J.N.,        **Bigler, E.D.**, Provencal, S.L., McMahon, W., Lainhart, J.E. (2004). Autism severity correlated with reduced brain activation during a face processing task [Abstract]. Proceedings of International meeting for Autism Research. May 7-8, 2004; Sacramento, California. <u>IMFAR</u> Abstracts P1.2.3.

Levin, H.S.        Moeller, G., Wilde, E., Sullivan, E.V., **Bigler, E.D.,** Ranjeva, J.P., Mori, S., & Grant, E. (2006, February 1-4). Diffusion tensor imaging: Application to neuropsychological research. [Poster]. 34th Annual Meeting of the International Neuropsychological Society, Boston Marriott Copley Place Hotel, Boston, MA, USA, February 1-4, 2006.

Lucas, J.A.        **Bigler, E.D.** & Telch, M.J. (1991). Memory functioning in panic disorder [Abstract]. <u>Journal of Clinical and Experimental Neuropsychology</u>, <u>13</u>, 31.

Lucas, J.A.          **Bigler, E.D.**, & Telch, M.J. (1990). Neuropsychological memory functioning in patients with panic disorder [Abstract]. Journal of Clinical and Experimental Neuropsychology, 12, 50.

Macnamara, S.E.,     **Bigler, E.D.**, Blatter, D., Pompa, J., Ryser, D., & Kurth, S. (1992). Structural MRI changes in traumatic brain injury: Comparison of pre- and post-injury scan results [Abstract]. Archives of Clinical Neuropsychology, 7, 346.

Massman, P.J.,       & **Bigler, E.D.** (1992). A critical appraisal of the formulation and validity of the WAIS-R "cholinergic deficit" profile [Abstract]. Archives of Clinical Neuropsychology, 7, 348-349.

Massman, P.J.,       & **Bigler, E.D.** (1991). Neuropsychological differentiation of depression pseudodementia from Alzheimer's disease [Abstract]. Archives of Clinical Neuropsychology, 6, 205-206.

Mathias, J.L.,       **Bigler, E.D.**, Jones, N.R., Barrett-Woodbridge, M.P., Brown, G.C., Taylor, D.J. (2003). Information processing speed and its relationship to quantitative neuroimaging following moderate and severe traumatic brain injury. [Abstract].Brain Injury, 17, supplement 1, p.136.  Presented in the international TBI meeting, Stockholm.

Mathias, J.L.        **Bigler, E.D**., Jones, N.R., Brown, G.C., & Taylor, D.J. (2002).Information processing deficits and their relationship to neuroimaging following moderate and severe traumatic brain injury. [Abstract]. Journal of Neurotrauma, 19(10), 1293.

Mathias, J.L.,       Bowden, S.C., **Bigler, E.D.,** (2006) Is performance on the Wechsler Test of Adult Reading affected by traumatic brain injury? [Abstract]. Proceedings of the International Neuropsychological Society (INS)/ German Neuropsychological Society (GNP) and the Swiss Neuropsychological Association (SVNP) Meeting July 26 -30, 2006, p.100.

Miller, M.,          **Bigler, E.D.,** Neeley, S.L., Provencal, S., McMahon, W., & Lainhart, J.E. (2005, February 2-5,).  Frontal lobe development in autism relative to head size. [Poster] Proceedings of the 33rd Annual Meeting of the International Neuropsychological Society, St. Lois, MI, 2005, p.111.

Morris, J.M.,        & **Bigler, E.D.** (1984). An investigation of the Kaufman Assessment Battery for Children (K-ABC) with neurologically impaired children [Abstract]. The INS Bulletin.  November, 1984, 27-28.

Mortensen, J.,       Hannan, C.R., White, J., Fearing, M., Tate, D., **Bigler, E.D.** (2003, February). The Boston Naming Test, Dementia, and Temporal Lobe Pathology. [Abstract]. Journal of the International Neuropsychological Society, 9(2), 306. Poster presented at the 31st Annual International Neuropsychological Society Conference, Feb 5-8, 2003, in Honolulu, Hawaii.

Mortensen J.,        White J., Hannan C.R., Fearing M., Tate D., **Bigler, E.D.** (2002, October). The Benton Visual Retention Test, dementia, and temporal lobe pathology. Poster accepted for presentation at the 22nd Annual Conference of the National Academy of Neuropsychology, Miami, FL.

Mueller, R.M.,          Russo, A.A., Barker, L.H., Lajiness-O'Neil, R., Johnson, S., Anderson, C.,
                        Norman, M.A., Sephton, S., Primus, E., **Bigler, E.D.**, & Reynolds, C.R. (1995).
                        Memory testing and memory for sentences: Concurrent and construct validity of
                        the Test of Memory and Learning (TOMAL) Utilizing the Wechsler Memory
                        Scale-Revised (WMS-R) [Abstract].  <u>Archives of Clinical Neuropsychology</u>, <u>10</u>,
                        369-370.

Naugle, R.I.,           Cullum, C.M., **Bigler, E.D.**, & Massman, P. (1985). Senile and presenile
                        dementia: Neuropsychological and CT brain morphology characteristics
                        [Abstract]. <u>Journal of Clinical and Experimental Neuropsychology</u>, <u>7</u>, 616.

Norman, M.A.,           Delis, D.C., Salmon, D. & **Bigler, E.D.** (1998).   Differential rates of cognitive
                        decline in subgroups of Alzheimer's patients [Abstract].  <u>Journal of the
                        International Neuropsychological Society</u>, <u>4</u> (1), 31.

Norman, M.A.,           Lajiness-O'Neill, R.R., Nilsson, D.E., Walker, M.L., Boyer, R.S., Connor, P.D.,
                        & **Bigler, E.D.** (1994).  Quantitative neuroimaging in neuropsychological
                        outcome in benign hydrocephalous [Abstract].  <u>Archives of Clinical
                        Neuropsychology</u>, <u>9</u>, 168-169.

Norman, M.A.,           Gale, S.D., & **Bigler, E.D.** (1992). A comparison of performance on the raven
                        coloured progressive matrices in patients with closed head injury (CHI), left
                        cerebrovascular accidents (LCVA), and right cerebrovascular accidents (RCVA)
                        [Abstract]. <u>Archives of Clinical Neuropsychology</u>, <u>7</u>, 352.

Nussbaum, N.L.,         & **Bigler, E.D.** (1985). Neuropsychological and Personality/Behavioral profiles
                        in learning disabled children derived from cluster analysis [Abstract].
                        <u>International Journal of Clinical Neuropsychology</u>, <u>7</u>, 67-68.

Nussbaum, N.L.,         Roman, M., Grant, M., & **Bigler, E.D.** (1988). ADD and the mediating effect of
                        age on academic and behavioral variables [Abstract]. <u>Journal of Clinical and
                        Experimental Neuropsychology</u>, <u>10</u>, 29.

Orme, S.F.,             Clark, E., **Bigler, E.D.**, Pompa, J., Kircher, J.C., & Gardner, M.K.  [1998].
                        Agreement of ratings and behavioral measures of attention and concentration
                        (Abstract).  <u>The Clinical Neuropsychologist</u>, <u>12</u> (2), 277.

Parkinson, R.B.,        Hopkins, R.O., Cleavinger, H.B., Weaver, L.K., Victoroff, J., **Bigler, E.D.**
                        (2001).  White matter hyperintensities in carbon-monoxide-poisoned subjects.
                        [Abstract].  <u>Archives of Clinical Neuropsychology</u>, <u>16</u>, 731-732.

Parish, R.V.,           Carpenter, B.N., **Bigler, E.D.**, (2003). Posttraumatic stress, mild traumatic brain
                        injury, and memory function. [Abstract]. <u>Archives of Clinical Neuropsychology</u>,
                        <u>18</u>, 687.

Parish, R.V.,           Tate, D.F., **Bigler, E.D.** (2001).  Estimation of intelligence with the Wechsler
                        Abbreviated Scale of Intelligence (WASI) in an adult neuropsychological patient
                        population:  are the two- and four-subtest forms of the WASI equivalent?
                        [Abstract].  <u>Archives of Clinical Neuropsychology, 16</u> (8), 836.

Piran, N.,          **Bigler, E.D.**, & Cohen, D. (1982). Motoric laterality and eye dominance suggest a unique pattern of cerebral organization in schizophrenia. <u>Archives of General Psychiatry</u>, <u>39</u>, 1006-1010. [Abstract] <u>Digest of Neurology and Psychiatry</u>, December 1982, 460.

Pinkston, J.B.,     Johnson, S.C., **Bigler E.D.,** & Blatter D.D. (1997).  Effects of handedness and gender on the surface area of the human corpus callosum: A preliminary study using magnetic resonance imaging [Abstract].  <u>Archives of Clinical Neuropsychology</u>, <u>12</u> (4), 386.

Plassman, B.L.,     Welsh, K.A., **Bigler, E.D.**, Johnson, S.C., Anderson, C.V., Simons, M.E., Helms, M.J., & Breitner, J.C.S.  (1997).  Similarity in brain volumes of aging monozygotic twins [Abstract].  <u>JINS</u>, <u>3</u>(1), 68-69.

Plassman, B.L.,     Welsh, K.A., Abildskov, T., Johnson, S.C., Anderson, C.V., **Bigler, E.D.**, & Breitner, J.C. (1995).  Merging methods: MRI volumetric studies in twin pairs discordant for Alzheimer's Disease [Abstract].  <u>Archives of Clinical Neuropsychology</u>, <u>10</u>, 377.

Porter, S.,        Hopkins, R.O., Weaver, L.K., **Bigler, E.D.**, & Blatter, D.D. (1999).  White matter atrophy and neuropsychological outcome following carbon monoxide exposure [Abstract].  <u>Archives of Clinical Neuropsychology</u>, <u>14 </u>(8), 659-660.

Porter, S.S.,      Kozora, E., & **Bigler, E.D.** (1997).  Corpus callosum and cognitive performance in patients with systemic Lupus Erythematosis [Abstract]. <u>Archives of Clinical Neuropsychology</u>. <u>12</u> (4), 388.

Porter, S.S.,      Anderson, C.V., & **Bigler, E.D.** (1995).  Changes in medial temporal lobe and neuropsychological outcome of thirty-five traumatically brain-injured patients [Abstract]. <u>Archives of Clinical Neuropsychology</u>, <u>10</u>, 377-378.

Primus, E.A.,      **Bigler, E.D.**, Anderson, C.V., Johnson, S.C., & Mueller, R.M.  (1997).  Subcortical dementia symptoms and corpus striatum degeneration following traumatic brain injury (TBI): a quantitative analysis of magnetic resonance imaging (MRI) and neuropsychological assessment [Abstract]. <u>JINS</u>, <u>3</u>(1), p.3.

Provencal, S.,     Fearing, M.A., Johnson, J.L., Mortensen, S., Heidelberger, C., **Bigler, E.D.,** McMahon, W., & Lainhart, J.E. (February 2-5, 2005).  Basal ganglia morphometry in autism with and without Attention Deficit/Hyperactivity Disorder. [Poster]  Proceedings of the33[rd] Annual Meeting of the International Neuropsychological Society, Adam's Mark Hotel, St. Lois, MI, Program & Abstracts, USA, p.111.

Provencal, S.      & **Bigler, E.D.** (February 4-7, 2004). The Delis-Kaplan executive function system (D-KEFS) compared to traditional tests of executive dysfunction in patients with frontal lesions. International Neuropsychological Society 32nd Annual Conference, Baltimore, Maryland. <u>Journal of the International Neuropsychological Society</u>, Program & Abstracts, p. 113.

Raz, S.,           Raz, N., **Bigler, E.D.**, & Turkheimer, E.T. (1985). Volumetric assessment of CT abnormalities in schizophrenia [Abstract]. <u>Journal of Clinical and Experimental Neuropsychology</u>, <u>7</u>, 630.

Reynolds, C.R.,          & **Bigler, E.D.** (1995).  Standardized factor scores for use with the Test of Memory and Learning (TOMAL) [Abstract].  Archives of Clinical Neuropsychology, 10, 382-383.

Reynolds, C.R.,          & **Bigler, E.D.** (1994). Factor structure of the Test of Memory and Learning (TOMAL) [Abstract]. Archives of Clinical Neuropsychology, 9, 176.

Rice, S.A.,              **Bigler, E.D.,** Lainhart, J., McMahon, W., (2003). Corpus callosal differences in autism. [Abstract]. Journal of the International Neuropsychological Society, 9(4), 551. Poster presented at the Twenty-Sixth Annual Mid-year International Neuropsychological Society, July 16-20, 2003, Berlin, Germany.

Rice, S.A,               **Bigler, E.D.,** Lainhart, J., McMahon, W., Coon, H., Ozonoff, S. (2003, February 5-8). Corpus callosum morphology in autism. [Abstract]. Journal of the International Neuropsychological Society, 9(2), 270.

Roman, M.J.,             Grant, M.L., & **Bigler, E.D.** (1992). Performance of boys with attention-deficit hyperactivity disorder and learning disabilities on the core and diagnostic subtests of the differential abilities scales [Abstract]. Journal of Clinical and Experimental Psychology, 14, 108.

Roman, M.J.,             Nussbaum, N.L., & **Bigler, E.D.** (1988). Neuropsychological findings in a case of occipital encephalocele [Abstract]. Journal of Clinical and Experimental Neuropsychology, 10, 44.

Roman, M.J.,             Nussbaum, N.L., Grant, M.L., & **Bigler, E.D.** (1990). A comparison of neuropsychological test performance in boys and girls with attention-deficit hyperactivity disorder [Abstract]. Journal of Clinical and Experimental Neuropsychology, 12, 101-102.

Ross, C.,                Hallam, B., Buckwalter, J.G., **Bigler, E.D.** (2003, Feb 5-8). Regional callosal changes in three forms of dementia. [Abstract]. Journal of the International Neuropsychological Society, 9(2), 317. Poster presented at the 31st Annual International Neuropsychological Society Conference, Feb 5-8, 2003, in Honolulu, Hawaii.

Ruger, J.,               Hopkins, R., Weaver, L., Johnson, S., Tate, D., **Bigler, E.D.,** & Blatter, D. (2001).  MR-based temporal horn enlargement following carbon monoxide poisoning [Abstract].  Journal of the International Neuropsychological Society, 7 (2), 190.

Russo, A.A.,             **Bigler, E.D.**, Gale, S.D., Barker, L.H., & Stenroos, J.F. (1997).  Affective disturbance following traumatic brain injury: Severity of injury and the symptom-checklist-90-R [Abstract].  Archives of Clinical Neuropsychology. 12 (4), 399.

Russo, A.A.,             Barker, L.H., Mueller, R.M., Lajiness-O'Neil, R., Johnson, S., Anderson, C., Norman, M.A., Sephton, S., Primus, E., **Bigler, E.D.** & Reynolds, C.R. (1995). Memory and digit span: Concurrent and construct validity of the Test of Memory and Learning (TOMAL) utilizing the Wechsler Memory Scale-Revised (WMS-R) [Abstract].  Archives of Clinical Neuropsychology, 10, 386.

Russo, A.A.,      Johnson, S.C., Ryser, D., MacNamara, S., Bailey, B., Icke, W., Blatter, D., Gale, S., Anderson, C. & **Bigler, E.D.** (1995).  Functional assessment following traumatic brain injury: Correlations of the DRS, FIM, and MRI [Abstract]. Journal of the International Neuropsychological Society, 1, 121.

Sanders, A.D.,     Neeley, E.S., **Bigler, E.D.** (2004).  Memory performance in autism [Abstract]. Brain Impairment, 5,112-113.

Sayer, J.,     Fearing, M.A., Bigler, E.D., McMahon, W.M., & Lainhart, J.E. (2004). Volumetric analysis of the basal ganglia in autism with macrocephaly [Abstract]. International Neuropsychological Society 32nd Annual Conference, Baltimore, Maryland. Journal of the International Neuropsychological Society, Program & Abstracts, 133.

Schultz, R.,     Willerman, L., Rutledge, J.N., & **Bigler, E.D.** (1992). The relationship between intelligence, gray-white matter image contrast, and brain size: An MRI study of healthy college students [Abstract]. Journal of Clinical and Experimental Neuropsychology, 14, 32.

Skoog, I.,     **Bigler, E.D.,** (2003, August 17-22). The Gothenburg Longitudinal Study on Aging: Early life risk factors for dementia. [Abstract]. Eleventh International Congress: International Psychogeriatric Association, Chicago, Illinois.

Schultz, R.,     Willerman, L., Rutledge, J.N., & **Bigler, E.D.** (1989). MRI contrast and intelligence [Abstract]. Archives of Clinical Neuropsychology, 5, 12.

Steinman, D.R.,     & **Bigler, E.D.** (1984). Neuropsychological sequelae of ruptured anterior communicating artery aneurysm [Abstract]. The International Journal of Clinical Neuropsychology, 6, 83.

Sephton, S.E.,     Bloch, G.J., Burlingame, G.M., Steffen, P.R., Johnson,   S.C., Tuttle, K.C. & **Bigler, E.D.** (1993).  A structured interview to define and measure chronic stress in humans [Abstract].  Society for Neuroscience Abstracts, 19, p.170.

Tate, D.F.,     Gilbert-Tate, J.J., & **Bigler, E.D.**  (2000).  Neurologic tests and their predictive value among children in India: Correlations between motor skills, VMI, and TONI-2 Scores [Abstract].  Journal of the International Neuropsychological Society, 6(2), 133.

Tate, D.F.,     **Bigler, E.D.**, & Wolfson, L.J. (1999).  Fornix area and hippocampal volume in traumatic brain injury: Relationships to memory function [Abstract].  Archives of Clinical Neuropsychology, 14(8), 776-777.

Tate, D.F.,      Gilbert-Tate, J.J. & **Bigler, E.D.** (1998).  Berry's Test of Visual-motor integration and the Test of Nonverbal Intelligence: A comparison among school children in India [Abstract].  Journal of the International Neuropsychological Society, 4(1), 58.

Tate, D.F.,     Tate, J.J., Johnson, S., & **Bigler, E.D.** (1997).  Ethnic and socioeconomic differences on the developmental test of visual-motor integration:  A study of South Indian school children [Abstract].  Journal of the International Neuropsychological Society, 3, 26.

Turkheimer, E.,       Farace, E., Yeo, R.A., & **Bigler, E.D.** (1992). A closer look at gender differences in verbal and performance IQ following unilateral lesions [Abstract]. <u>Journal of Clinical and Experimental Neuropsychology</u>, <u>14</u>, 88.

Weight, D.G.,         & **Bigler, E.D.** (1994).  The discrepancy between clinical history, ventricle/brain ratios and neurobehavioral test findings: Two case studies [Abstract].  <u>Archives of Clinical Neuropsychology</u>, <u>9</u>, 200.

White, J.,            Mortensen, J., Hannan, C. R., Fearing, M., Tate, D., and **Bigler, E.D.** (Feb 5-8, 2003).Performance on the logical memory measure and temporal lobe atrophy [Abstract]. <u>Journal of the International Neuropsychological Society, 9(2),</u> 317.

Wilde, E.A.,          Bartholomew, J., **Bigler, E.D.**, Nielsen, D., Brooks, M.,  Lowry, C., Foley, H.A., Ryser, D., & Blatter, D.  (1998).  PTA and QMRI outcome in TBI patients with positive blood alcohol levels at time of injury [Abstract].  <u>Journal of the International Neuropsychological Society</u>, <u>4</u> (1), 9.

Wolkowitz, O.,        Lupien, S., **Bigler, E.D.** (2007).  The "Post-Steroid Dementia Syndrome":  An unrecognized complication of glucocorticoid treatment [Abstract] <u>Annals of the New York Academy of Sciences.</u>

Wu, C.,               Cramond, S., Woon, F.m., Cannon, P.C., **Bigler, E.D.,** Cleavinger, H.B., Johnson, J.L., Lainhart, J.E. (2007) Fusiform gyral volume, intellectual ability and autism. [Abstract].  <u>Archives of Clinical Neuropsychology, 22</u>(7), 804-805.

Woon, F.M.,           Cramond, A.C., Wu, C., Cannon, P.C., **Bigler, E.D.,** Cleavinger, H.B., Johnson, J.L., Lainhart, J.E. (2007). Intelligence scores and amygdala volume in individuals with Autism.{Abstract]. <u>Archives of Clinical Neuropsychology, 22</u>(7), 805.

Yeates, K. O.,        Taylor, G., Dennis, M., Vannatta, K., Gerhardt, C., Rubin, K., **Bigler, E.D.,** (2005) Social outcomes in pediatric traumatic brain injury: Toward an integrative, multi-level model [Abstract]. <u>Brain Injury</u>, Abstracts of the 6th World Congress on Brain Injury, Melbourne, 5-8 May, 19 (Suppl.1) p.21.

Yeates, K.O.,         Luria, J., Bartkowski, H., Rusin, J., Martin, L., **Bigler, E.D**., Johnson, S.C. & Anderson, C.  (1998).  Postconcussive symptoms in children with mild closed-head injuries [Abstract].  <u>Journal of the International Neuropsychological Society</u>, <u>4</u>(1), 63.

Yeo, R.A.,            & **Bigler, E.D.** (1991). Callosal morphology in closed head injury patients [Abstract]. <u>Journal of Clinical and Experimental Neuropsychology</u>, <u>13</u>, 63.

Yeo, R.A.,            Turkheimer, E., & **Bigler, E.D.** (1983). Computer analysis of lesion volume: Reliability, utility and neuropsychological applications [Abstract]. <u>Clinical Neuropsychology</u>, <u>1,</u>  45.

Yeo, R.A.,            Turkheimer, E., & **Bigler E.D.** (1984). The influence of sex and age on unilateral cerebral lesion sequelae. [Abstract]. <u>INS Bulletin</u>, October, 1983, p. 40.

Yeo, R.A.,            Turkheimer, E., Raz, N., & **Bigler, E.D.** (1984). Volumetric parameters of the normal human brain: Intellectual correlates [Abstract]. <u>The INS Bulletin</u>, November, 1984, 45.

**ACADEMIC COURSES TAUGHT:**

                      Psychobiology/Behavioral Neurobiology
                      Human Neuropsychology
                      Clinical Neuropsychology
                      Seminar in Clinical Neuropsychology
                      Experimental Psychology: Research Design
                      Neuropsychology Case Conference

**PAPERS, SPECIAL LECTURES, ABSTRACT & POSTER PRESENTATIONS, TRAINING SEMINARS:**

**Bigler, E.D.,**          (2008, April 4-5). Neuropsychological Assessment in the Next Decade:  The Integration of Structural and Functional Neuroimaging. Invited presenter for the 18th Annual Nelson Butter's West Coast Neuropsychology Conference held at the University of California at San Diego. Hilton San Diego Resort, San Diego, CA.

**Bigler, E.D.,**          (2008, January 30) Traumatic Brain Injury:  The Role of Quantitative Neuroimaging in Identifying Structural Abnormalities for Neuropsychological Outcomes Studies.  Invited presentation given for the Neuroimaging at Utah Symposium at The Brain Institute at the University of Utah, UT.

**Bigler, E.D.,**          (2007, December 4) State-of-the-Art Neuroimaging of Traumatic Brain Injury from Acute Injury to chronic Abnormalities. Invited presenter for Visual Consequences of Acquired Brain Injury Conference presented by the Department of Veterans Affairs Employee Education system and Department of Defense and Rehabilitation Strategic Healthcare Group, Course#.08.ST.PT.VCOTBICONF.A, Crowne Plaza San Antonio, Riverwalk, San Antonio, TX.

**Bigler, E.D.,**          (2007, November 17) Useful Clinical Ratings of CT and MRI in the Clinical Practice of Neuropsychology.  Invited Speaker, 27th Annual Conference of the National Academy of Neuropsychology, Westin Kierland Resort & Spa in Scottsdale, Arizona, USA.

**Bigler, E.D.,**          (2007, November 8) Neuroimaging in Pediatric TBI.  Discussant. New Frontiers in Pediatric Traumatic Brain Injury International Conference held at the Westin San Diego at Emerald Plaza, San Diego, California, USA.

**Bigler, E.D.,**          (2007, June 2) Update on Neuroimaging and Clinical Neuropsychology in Children and Adults. Conference Speaker (CE provider) for 16th Annual conference on Neuropsychology of the Northern  California Neuropsychology Forum held at School of Nursing Auditorium, University of California San Francisco (UCSF), San Francisco, California, USA.

**Bigler, E.D,**          (2007, April 30) Neuroimaging and the Practice of Clinical Neuropsychology. Invited speaker for the Houston Neuropsychology Society, Westheimer Medical Center, Manvel, Texas, USA.

**Bigler, E.D.**          (2007, March 22)  Neuroanatomy for Health Care Professionals: BYOL (Bring Your own Laptop). Invited pre-conference workshop, 17th annual Nelson Butters' West Coast Conference: Advances in the Neuropsychological Assessment and

Treatment of School-Aged Children with Cognitive Deficits., University of California at San Diego  (UCSD). San Diego, CA, USA.

**Bigler, E.D**      (2007, March 8) <u>The Aging Brain: Implications for TBI Victims</u>. Featured Presentation. The 2007 Brain Injury Conference of The Brain Injury Association of Utah and The Utah Trial Lawyers Association, Salt Palace Convention Center, Salt Lake City, Utah, USA.

**Bigler, E.D**      (2007, March 8) <u>Proving Brain Injury Objectively:  Major Conceptual and Technological Advances.</u> Featured Presentation. The 2007 Brain Injury Conference of The Brain Injury Association of Utah and The Utah Trial Lawyers Association, Salt Palace Convention Center, Salt Lake City, Utah, USA.

**Bigler, E.D.**      (2007, March) <u>Distinguished Visiting Professor (DVP) of Psychology</u>. Invited Speaker to the Department of Psychology at Wilford Hall Medical Center, Lackland Air Force Base, San Antonio, Texas 78236, USA.

**Bigler, E.D.**      (2007, January 11) <u>Neuroimaging and Biomedical Engineering.</u> Invited Presentation given to BYU Biomedical Engineering Club, Clyde Building, Brigham Young University, Provo, Utah, USA.

**Bigler, E.D.,**      (2006, October 19) <u>Neuroimaging & Neurocognitive Outcome in TBI:  A Lifespan Perspective</u>. Keynote Speaker: 17th Annual Family & Professionals Conference, The Brain Injury Association of Utah (BIAU). Davis Conference Center, Layton, Utah, USA.

**Bigler, E.D.,**      (2006, October 17)  <u>Neuroimaging and Cognitive Neuroscience: Contemporary Methods for Studying Brain-Behavior Relationships.</u> Invited speaker:  Seminar for the Department of Statistics, Brigham Young University. Provo, Utah, USA.

**Bigler, E.D.,**      (2006, October 6) <u>Neuroimaging and Neurocognitive Outcome in Mild Traumatic Brain Injury (TBI) – Status Update 2006.</u>  Invited Speaker:  California Pacific Medical Center 5th Annual Brain Injury Conference for Health Care Professionals:  Mild Traumatic Brain Injury: Theory assessment & Practice. Cathedral Hill Hotel, San Francisco, California.

**Bigler, E.D.,**      (2006, September 29)  <u>Cognitive Neuroscience & Neuroimaging Findings in Pediatric Acquired Brain Injury & Developmental Disorders</u>. Invited Keynote presentation:  2006 Health and Wellness Forum: Developmental Disabilities: Innovations in diagnosis, Treatment & Service Delivery (September 27-29, 2006). Catamaran Resort Hotel, San Diego, California.

**Bigler, E.D.,**      (2006, September 14) <u>Recent Advances in Neuroimaging.</u>  Invited Speaker. North American Brain Injury Society (NABIS) 2006 Brain Injury Conference of the Americas (September 14-16, 2006). Eden Rock Hotel, Miami Beach, Miami, Florida.

**Bigler, E. D.,**      (2006, September 1) <u>Neuroimaging and Neurocognitive Outcome in Traumatic Brain Injury.</u>  Invited Speaker: California Brain Injury Association Conference (CALBIA) (September, 1- 3, 2006).  State of the Art Medical and Rehabilitative Care in Brain Injury:  Clinical and Legal Implications. Silverado Resort, Napa, California.

Bigler, E.D.,          (2006, July 26- 30)  <u>Emerging Neuroimaging Techniques in TBI:  Relationships to Neuropsychological Outcome</u>.  Invited Speaker:  International Neuropsychological Society Continuing Education Program:  From Plasticity to Rehabilitation, INS/SVNP/GNP Meeting, University of Zurich, Mid-Year Meeting. Zurich, Switzerland.

Bigler, E.D.,          (2006, May 22)  <u>Clinical Neuropsychology in the Era of cognitive Neuroscience and Neuroimaging</u>. Grand Rounds: University of Alabama at Birmingham, School of Medicine and Department of Psychiatry & Behavioral Neurobiology. Birmingham, Alabama.

Bigler, E.D.,          (2006, April 29 – May 5)  <u>Morphometric and Spectroscopic Imaging in Autism</u>. Invited Speaker: Neuroradiology Education and Research (NER) Foundation Symposium 2006:  Neuroimaging:  State of the Art and Beyond and American Society of Neuroradiology (ASNR) 44th Annual Meeting.  In session: The Brain – Basis of Autism:  Recent Neurobiological and Neuroimaging Research (Moderators: Gary L. Hedlund, D.O.; Santiago, Medino, M.D.). San Diego Convention Center, San Diego, California.

Bigler, E.D.,          (2006, March 23-26) <u>Integrity of the Medial Temporal Lobes in Childhood Disorders</u>. Invited Speaker: Nelson Butter's Annual Conference for Advances in Pediatric Neuropsychology: From Toddlers Through School-Aged Children. Wyndham San Diego at Emerald Plaza, San Diego, California.

Bigler, E.D.,          (2006, March 9)  <u>21st Century Technology that Demonstrates Brain Injury.</u> Invited Speaker:  2006 Utah Lawyer's Association & Brain Injury Association of Utah (UTLA/BIAU): 2006 Attorney's Brain Injury Conference Program. Little American Hotel, Salt Lake City, Utah.

Bigler, E.D.,          (2006, March 3)  <u>Advances in Neuroimaging and Traumatic Brain Injury.</u> Keynote Speaker: Leonard Diller Lecture, 8th Annual Conference of the American Board of Rehabilitation Psychology, Inc. (ABRP) and the American Psychological Association (APA) Division of Rehabilitation Psychology (Div 22). J.A. Nugget Hotel, Reno, Nevada.

Bigler, E.D.,          (2005, October 13-16) <u>Diffusion Tensor Imaging of TBI</u>.  Invited Presenter: Group II – Acute Care; International Brain Injury Association: International Symposium:  Finding a "Cure" for Brain Injury, Improving Quality of Life. Holiday Inn Downtown, Johnstown, Pennsylvania.

Bigler, E.D.,          (2005, September 30) <u>Clinical Neuroscience:  Neuroimaging and Mental Health</u>. Invited speaker at the Association of Mormon Counselors and Psychotherapists (AMCAP) Fall Convention 2005; Perspectives in Mental Health:  30 Years of AMCAP, Joseph Smith Memorial Building, Salt lake City, Utah.

Bigler, E.D.,          (2005, September 29). <u>Neuroimaging and Neurocognitive Outcome in Traumatic Brain Injury,</u> Invited Speaker, Brain Injury Association of Michigan 25th Annual Conference "Our Mission Continues", Radisson Hotel, Lansing, Michigan.

Bigler, E.D.,          (2005, September 22) <u>Structural and 3D Neuroimaging.</u> Invited Speaker, (Plenary III) 2005 North American Brain Injury Society (NABIS) Conference

Brain Injury: New Science, Best Practices and Future Innovations. Ritz Carlton Resort, Jacksonville, Amelia Island, Florida.

**Bigler, E.D.,**     (2005, August 18-21).  MRI & the future of the relevance of neuropsychology. Invited Address, 2005 American Psychological Association (APA) Division 40 Convention. Renaissance Hotel, Washington, D.C.

**Bigler, E.D.,**     (2005, June 16-18). Fine Structural MRI Analysis in Traumatic Brain Injury: Relationship to Neuropsychological Outcome.  Abstract presented at the 2005 American Academy of Clinical Neuropsychology (AACN) Scientific Program, Workshops & Second Annual Meeting, Minneapolis Marriot Center. Minneapolis, Minnesota.

**Bigler, E.D.,**     (2005, May 23-24). Invited Reviewer of Department of Clinical and Health Psychology, College of Public Health and Health Professions, University of Florida. Gainesville, Florida.

**Bigler, E.D.,**     (2005, May 6).  Neuroimaging and Neurocognitive Outcome in Traumatic Brain Injury – Status Report 2005.  International Invited Speaker: 6th World Congress on Brain Injury, Presented by the International Brain Injury Association (IBIA). Melbourne, Australia.

**Bigler, E.D.,**     (2005, May 3).  High Resolution 3T Imaging of the Fine Structure of the Ventral Striatum and Limbic System:  Relationship to Neuropsychological Outcome Following TBI.  Invited Speaker: Australian Psychological Society (APS) College of Clinical Neuropsychologists, Victorian Section & St Vincent's Hospital, Neuropsychology Unit, Education Seminar. Melbourne, Australia.

**Bigler, E.D.,**     (2005, April 22).  Traumatic Brain Injury and Postconcussion Syndrome.  Invited Presentation: 2005 American Bar Association/American Psychological Association (ABA/APA) National Institute on "Psychological and Neuropsychological Evidence in Personal Injury and Medical Malpractice Cases", ABA Center for Continuing Legal Education. Chicago, Illinois, USA.

**Bigler, E.D.,**     (2005, April 22).  Carbon Monoxide Poisoning.  Invited Presentation: 2005 American Bar Association/American Psychological Association (ABA/APA) National Institute on "Psychological and Neuropsychological Evidence in Personal Injury and Medical Malpractice Cases", ABA Center for Continuing Legal Education. Chicago, Illinois, USA.

**Bigler, E.D.,**     (2005, April 20).  Neuroimaging, Cognitive Neuroscience and Clinical Neuropsychology:  Practice Challenges of the 21st Century. Invited Speaker: Rosalind Franklin Colloquium, Rosalind Franklin University School of Medicine-formerly Finch School of Health Sciences/The Chicago Medical School. Chicago, Illinois, USA.

**Bigler, E.D.,**     (2005, April 2).  Frontotemporal Pathology:  Neuropsychological and Neuroimaging Findings Across Disorders. Invited Presentation: 15th Annual Nelson Butter's West Coast Neuropsychology Conference "Advances in Neuropsychological Assessment in the Differentiation of Neurobehavioral Syndromes." In conjunction with University of California, San Diego, School of Medicine, Department of Psychiatry. Wyndham San Diego Hotel, Emerald Plaza, San Diego California, USA.

Bigler, E.D.,        (2005, March 30). The Neuropsychology TBI and Anoxia. Presentation for
                     Wasatch Mental Healthcare Providers. Provo, Utah.

Bigler, E.D.,        (2005, March 3).  Premature Aging. Presentation given at 2005 Conference on
                     Brain Injury, Presented by Brain Injury Association of Utah and the Utah Trial
                     Lawyers Association. Red Lion Hotel, Salt Lake City, Utah.

Bigler, E.D.,        (2005, March 3).  Breakthroughs in 21st Century Neuroscience. Presentation
                     given at 2005 Conference on Brain Injury, presented by Brain Injury Association
                     of Utah and the Utah Trial Lawyers Association. Red Lion Hotel, Salt Lake City,
                     Utah.

Bigler, E.D.,        (2005, February 25) Neuroimaging as a Research Tool in Cognitive
                     Neuroscience, Visiting Professor, Class Lecture, Florida Atlantic University,
                     Davie, FL.

Bigler, E.D.         (2005, February 24) Cognitive Neuroscience and Human Behavior, Keynote
                     Lecture: Broward Psychology Fair, Florida Atlantic University. Davie, FL.

Bigler, E.D.,        (2005, February 19).  Neuropsychology and Neuroimaging in Criminal Defense
                     or Underdeveloped Brains and Damaged Brains and Why Does it Matter?
                     Presentation, CACJ/CPDA Capital Case Defense Seminar. Monterey Conference
                     Center, Monterey, CA.

Bigler, E.D.,        Rex Jung (2005 February 2-5) Biological Mechanisms Underlying General
                     Intelligence ("g"). International Neuropsychological Society 33rd Annual
                     Meeting, Discussant.  Adam's Mark Hotel, St. Louis, MI.

Bigler, E.D.,        (2005, January 27). Neuropsychology Seminar for Southern Utah University,
                     Invited Speaker:  General University Assembly, Cedar City, Utah.
Bigler, E.D.,        (2005, January 27). Brain, Behavior and Mental Health.  Guest Lecturer for
                     Southern Utah University's (SUU) Convocation Lecture Series.  Cedar City,
                     Utah.

Bigler, E.D.,        (2004, December 9).  Advances in Neuroimaging and Implications
                     for Treatment and Prognosis.  Invited Speaker for Brain Injury Association of
                     America (BIAA) Winter Symposium "Rehabilitation of Traumatic Brain Injury:
                     The State of the Art". Hotel Washington, Washington, D.C.

Bigler, E.D.         (2004, November 4-5).  Neuropsychology.  Invited Speaker for Texas
                     Association of Defense Council "2004 TADC Contemporary Issues In Personal
                     Injury Litigation Seminar."  Westin City Center, Dallas, Texas, USA.

Bigler, E.D.         (2004, October 5). Neuroimaging in Neuropsychology, Psychiatry Grand
                     Rounds, Dartmouth Medical School. Hannover, New Hampshire.

Bigler, E.D.         (2004, October 7). New Techniques in Imaging in Neuropsychology: Psychiatry
                     Grand Rounds,  Brown Medical School, Providence, Rhode Island.

Bigler, E.D.         (2004, September 20). Neuroimaging, Creative Methods of Visualizing
                     Brain Injury. New Scientific Methods. Invited Presentation: The 17th Annual
                     Conference on Medical & Legal Issues in Brain Injury, The North American
                     Brain Injury Society and the International Brain Injury Association

| | |
|---|---|
| | (NABIS/IBIA) Medical Legal Conference> Ritz Carlton, Bachelor Gulch, Beaver Creek, Colorado. |
| **Bigler, E.D.** | (2004, July 13). <u>Anoxic Brain injury: Neuroimaging and Neuropsychological Assessment.</u>  Special Seminar at the Hampstead Rehabilitation Centre, Northfield, Australia. |
| **Bigler, E.D.** | (2004, July 12).  <u>Traumatic brain injury: Neuroimaging and neuropsychological assessment.</u>  Special Seminar at the University of Adelaide, Australia. |
| **Bigler, E.D.** | (2004, May 21).  <u>Neuroimaging and neuropsychology of cognitive and emotional disorders.</u>  Presentation at 'The Neuropsychology of Emotion' Utah Psychological Association seminar, University of Utah Museum of Fine Arts, Salt Lake City, Utah. |
| **Bigler, E.D.,** | (2004, May 13). <u>Grand Rounds-Neuropsychology:</u> Invited Speaker for Charles Matthews Neuropsychology Lab Annual Lecture, Madison, Wisconsin. |
| **Bigler, E.D.** | (2004, March 25-28).  <u>The Interface of Neuroimaging with Neuropsychological Assessment in Autism and Other Neurodevelopmental Disorders.</u>  Invited Presentation: 14th annual Nelson Butters' West Coast Neuropsychology Conference.  Hilton San Diego Del Mar, Del Mar, California. |
| **Bigler, E.D.** | (2004, March 12). <u>Justifying Brain Imaging in Clinical Practice.</u> Invited presentation: The Brain Imaging in Clinical Practice-2004 conference. Ellen Eccles Conference Center, Utah State University, Logan, Utah. |
| **Bigler, E.D.,** | (2003, October 23-24).  <u>Adverse Effects of Substance Abuse on Brain Injury Outcome.</u>  Invited presentation: 10th Annual Conference Program & Errata On Behavior, Clinical Neuroscience, Substance Abuse and Culture. Radisson Hotel, Los Angeles, California. |
| **Bigler, E.D.,** | (2003, September 18-20)  <u>Structural and 3D Neuroimaging.</u> Invited presentation: Chairs:  R. D. Vogt, M.D., B. H. Stern, JD; G. O'Shanick, M.D., 16th Annual Conference on Medical & Legal Issues in Brain Injury, The North American Brain Injury Society (NABIS), The Brain Association of America, and the International Brain Injury Association. Ritz-Carlton Resort, Amelia Island, Florida. |
| **Bigler, E.D.,** | (2003, September 8-12). <u>Invited speaker</u>: The Co-Occuring Disorders Institute Conference on the Effects of Traumatic Brain Injury. Palmer, Alaska. |
| **Bigler, E.D.,** | (2003, July 10-15). <u>Invited Speaker</u>: Sixth IBRO World Congress of Neuroscience.  Prague, Czech Republic. |
| **Bigler, E.D.,** | (2003, May 25). <u>Functional Brain Imaging After Acquired Brain Injury (ABI).</u> Invited Presentation: Parallel Session – Functional Imaging and Plasticity after ABI: Chairs: M. Hallet, USA & B. Johansson, Sweden. International Brain Injury Association, 5th World Congress on Brain Injury. Stockholm, Sweden. |
| **Bigler, E.D.,** | (2003, March 27). <u>Breaking Developments in the Treatment and Trial of Brain Injury Cases.</u> Invited speaker at Utah Lawyers' Association, Annual meeting. Red Lion Hotel, Salt Lake City, Utah. |

Bigler, E.D.,          (2003, March 20-23).  Neuroimaging and Neuropsychological Correlates of
                       Neurodevelopmental Disorders.  UCSD School of Medicine, Department of
                       Psychiatry, La Jolla, California, 13th Annual Nelson Butter's West Coast
                       Neuropsychology Conference (CE accredited for APA, MCEP, AMA, BRN, and
                       MFCC/LCSW). Doubletree Hotel, San Diego, California.

Bigler, E.D.,          (2003, February 2-4). Neurodevelopmental and Neuroimaging Predictors of
                       Neuropsychiatric Outcome in Child Traumatic Brain Injury.  American
                       Neuropsychiatric Association 14th Annual Meeting. Honolulu, Hawaii.

Bigler, E.D.,          (2003, January 15). Keynote Speaker, University Forum, BYU-Idaho University,
                       Rexburg, Idaho.

Bigler, E.D.,          (2002, December 6).  Psychiatry Grand Rounds—Invited Lecture.  University of
                       Texas Southwestern Medical Center, Dallas, Texas.

Bigler, E.D.,          (2002, October 25).  Keynote Speaker.  Society for Neuroscience: Intermountain
                       Chapter Fall Meeting. Thanksgiving Point, Lehi, Utah.

Bigler, E.D.,          (2002, October 24-25). Negative Effects of Substance Abuse on Brain Injury
                       Outcome. Invited Presentation: The Ninth Annual Conference on Behavior,
                       Clinical Neuroscience, Substance Abuse and Culture. The Radisson Hotel Los
                       Angeles International Airport, Los Angeles, CA.

Bigler, E.D.,          (2002, August 22-25) Relationship of Neuroimaging and APOE Genotype to
                       Neuropsychologic Performance. Invited Symposium Presentation: Genetics,
                       Imaging, and Neuropsychologic Contributions to the Prediction of Dementia.
                       Chair: Bondi, M. & Haaland, K. Division 40 APA Annual Convention.
                       McCormick Place, Chicago, IL.

Bigler, E.D.,          (2002, April 25-28).  Forensic Neuropsychology with Adults:  Assessment and
                       Interpretation.  University of California, San Diego (UCSD) Department of
                       Psychiatry's "Nelson Butters' West Coast Neuropsychology Conference".  Hyatt
                       Hotel, La Jolla, California.

Bigler, E.D.,          (2002, March 9).  Structural, Functional, and Three-Dimensional Neuroimaging
                       In Evaluating Traumatic Brain Injury:  Relationships with Neuropsychological
                       Outcome. Pacific Northwest Neuropsychological Society, 15th Annual
                       Conference. University of Washington Faculty Center: Seattle, Washington.

Bigler, E.D.          (2002, February 1).  Structural and Developmental Neuroimaging Findings in
                       Autism. (Session III)  Annual Meeting, Psychiatric Research Society. Park City,
                       Utah.

Bigler, E.D.          (2002, January 18) Contemporary Neuroimaging in Assessment of Brain Injury.
                       Keynote Speaker, Hilltop Treatment Program--Building Dedication and
                       Presentation.  Dripping Springs, Texas

Bigler, E.D.          (2001, October 4-6).  Contemporary Neuroimaging Methods in the Evaluation of
                       Traumatic Brain Injury, (Keynote Address). 19th Annual Conference, Brain
                       Injury Association of Colorado.  Vail, Colorado.

| | |
|---|---|
| **Bigler, E.D.** | (2001, May 23). <u>Forensics and Neuroimaging</u>. 35th Semi-annual Forensic Symposium; Neurobiology in the Courtroom:  A New Frontier.  Institute of Law, Psychiatry and Public Policy, University of Virginia, Richmond, Virginia. |
| **Bigler, E.D.** | (2001, April 30-May 2). <u>Volumetric MRI Studies of Autism</u>.  Collaborative Programs of Excellence in Autism (CPEA) Annual Meeting, Yale University, New Haven, Connecticut. |
| **Bigler, E.D.** | (2000). <u>Neuropsychology and neuroimaging.</u> Distinguished Visiting Professors to Wilford Hall Medical Center.  San Antonio, Texas. |
| **Bigler, E.D.** | (2000, October 19-20). <u>Brain volumetric changes in substance abuse and traumatic brain injury.</u>  7th Annual Conference on Behavior, Clinical Neuroscience, Substance Abuse, and Culture. Los Angeles, California. |
| **Bigler, E.D.** | (2000, October 12-15). <u>Neuroimaging or neuropsychologists.</u> Frontiers in Brain-Behaviour Research and Clinical Practice:  Neuropsychology's Challenge for the 21st Century. Kirkton Park Hunter Valley NSW. |
| **Bigler, E.D.** | (2000, September 14-16). <u>Neuro-imaging:  Creative methods for visualizing brain injury</u>.  Brain Injury Association 14th Annual Conference for Attorneys. Palm Beach, Florida. |
| **Bigler, E.D.** | (2000, August 25-26). <u>Neuroimaging:  Rehabilitation Outcome in TBI.</u> Brain Injury Association of Texas 18th Annual Conference. Austin, Texas. |
| **Bigler, E.D.** | (2000, July 29-Aug 1). <u>Neuroimaging of TBI:  Correlates with Neuropsychological Outcome.</u> Brain Injury Association 19th Annual Symposium. Chicago, Illinois. |
| **Bigler, E.D.** | (2000, June 9).  <u>Neuroimaging and Neuropsychology of Traumatic Brain Injury.</u> Annual Brain Injury Symposium.  Ohio Brain Injury Association. Ohio State University, Columbus, Ohio. |
| **Bigler, E.D.** | (2000, May 15).  <u>Imaging Studies and Their Impact on Cognitive Function.</u> Hydrocephalus Conference.  Phoenix, Arizona. |
| **Bigler, E.D.** | (2000, March 22-24).  <u>Neuroimaging and neurophysiological studies in reading disabilities.</u> Rapallo, Italy. |
| **Bigler, E.D.** | (1999, November 23).  <u>The Brain, Mind and Behavior: Clinical Neuroscience in the New Millennium</u>.  Distinguished Faculty Forum. Brigham Young University, Provo, UT. |
| **Bigler, E.D.** | (1999, November 19).  <u>Functional Brain Injury–Impact and Treatment</u>.  Mild Brain Injury: The Issues and Controversies.  The Rehabilitation Institute, Kansas City, MO. |
| **Bigler, E.D.** | (1999, November 12).  <u>The Lesions in Traumatic Brain Injury: Implications for the Practice of neuropsychology</u>.  Distinguished Neuropsychologist Award for Career Contributions.  National Academy of Neuropsychology, San Antonio, TX. |

Bigler, E.D. (1999, November 4-5).  Neuroimaging of Traumatic Brain Injury: Relationship to Substance Abuse.  Sixth Annual Conference on Behavior, Clinical Neuroscience, Substance Abuse and Culture.  Crown Plaza Hotel, Los Angeles, CA.

Bigler, E.D. (1999, September 17-19).  Three Dimensional Neuroimaging of the Brain: Relationship to Cognition and Behavior.  NeuroHealth for the New Millennium. The Key to Independence.  An interactive conference focusing on brain injury, presented by Bancroft NeuroHelath.  Wyndham Franklin Plaza, Philadelphia, PA.

Bigler, E.D. (1999, September 16-18).  NeuroImaging–Creative Methods for Visualizing Brain Injury.  Winning Brain Injury Cases: Legal and Medical Issues.  13th Annual Conference for Attorneys.  Arizona Biltmore Resort and Spa, Phoenix, AZ.

Bigler, E.D. (1999, June, 23-26).  Neuropsychology and Neuroimaging: Quantitative and 3-D Analysis, Continuing Education Program.  The International Neuropsychological Society and the South African Clinical Neuropsychology Association 22nd International Conference, "Neuropsychology: Toward the Millennium". Holiday Inn, Durban, South Africa.

Bigler, E.D. (1999, June, 11).  Neuropsychology Aspects of the Mild to Sever Brain Injury. Idaho Trial Lawyer's Association Annual Meeting Seminar.  Elkhorn Resort, Sun Valley, Idaho.

Bigler, E.D. (1999, May 22).  Visualizing the Brain: Health and Disorders.  The Third Annual Claremont Conference on Applied Developmental Psychology: Issues in Development and the Neurosciences.  Claremont Graduate University, Claremont, California.

Bigler, E.D. (1999, August).  Interview with Experts:  Traumatic Brain Injury.  APA Division 16 1998 Conversation Series videotape presentation. Toronto, Canada.

Bigler, E.D. (1998, September 23-24).  Neuro-Imaging and Clinical Outcomes in Childhood Traumatic Brain Injury.  Critical Issues in Child & Adolescent Mental Health: Mood Disorders, Learning Disabilities, & Substance Abuse.  Jointly sponsored by The Center for Pediatric Continuing Education and The Children's Mental Health Institute (CMHI).  DoubleTree Hotel, Salt Lake City, Utah.

Bigler, E.D. (1998, September 18).  General Session: Traumatic Brain Injury Update.  IHC Rehabilitation Services Conference.  Salt Lake City, Utah.

Bigler, E.D. (July, 1998) Quantitative Neuroimaging and Neuropsychological Outcome in Dementia, Traumatic Brain Injury, and Anoxia. Invited Symposium; Annual Meeting of the International Neurological Society (INS). Hotel Atrium Hyatt, Budapest, Hungary.

Bigler, E.D. (1998, June 4-7).  Imaging and Brain Function.  The 22nd Annual Williamsburg Conference.  Cognitive, Neuromedical and Behavioral Aspects of Brain Injury. Williamsburg, Virginia.

**Bigler, E.D.**          (1998, June 4-7).  Brain Imaging, Quantitative Analysis, and Outcomes.  The 22nd Annual Williamsburg Conference.  Cognitive, Neuromedical and Behavioral Aspects of Brain Injury.  Williamsburg, Virginia.

**Bigler, E.D.**          (1998, May 14 & 15).  Neuroimaging and Neuropsychological Outcome.  Walter Reed Army Medical Center Neuropsychology Service Department of Psychology.  Walter Reed Army Medical Center, Washington D.C.

**Bigler, E.D.**          (1998, April 25).  What is dementia?  Neurology Section of the Texas Medical Association '98.  Austin, Texas.

**Bigler, E.D.**          (1998, April 25).  Alzheimer's disease: Epidemiology/collaborative study.  Neurology Section of the Texas Medical Association '98.  Austin, Texas.

**Bigler, E.D.**          (1997, November 10).  The interface of diagnostic neuroimaging with neuropsychological assessment: The role of quantitative MRI.  Seventeenth Annual National Academy of Neuropsychology Conference.  The Riviera Hotel and Casino, Las Vegas, Nevada.

**Bigler, E.D.**          (1997, October 26).  Neuroimaging: Quantitative analysis.  Braintree Hospital Rehabilitation Network in conjunction with HEALTHSOUTH Neurorehabilitation Conference.  Royal Sonesta Hotel, Cambridge, Massachusetts.

**Bigler, E.D.**          (1997, October 26).  Neuroimaging and outcome.  Braintree Hospital Rehabilitation Network in conjunction with HEALTHSOUTH Neurorehabilitation Conference.  Royal Sonesta Hotel, Cambridge, Massachusetts.

**Bigler, E.D.**          (1997, October 17).  Substance abuse and traumatic brain injury: Neuroimaging.  Fifth Annual Conference on Behavior, Neurobiology, Substance Abuse, and Culture.  Los Angeles, California.

**Bigler, E.D.**          (1997, October).  Brain Injury without the loss of consciousness: Fact or Fiction?  Park City, UT.

**Bigler, E.D.**          (1997, September 18).  Clinical Correlations and Neurobehavioral Profiles and Recovery.  Shepherd Center Acquired Brain Injury Conference.  Atlanta, Georgia.

**Bigler, E.D.**          (1997, September 18).  Forensic Neuropsychology: The Role of Neuroimaging.  Shepher Center Acquired Brain Injury Conference. Atlanta, Georgia.

**Bigler, E.D.**          (1997, May).  Brain Imaging.  Brain Damage Institute.  Seattle, Washington.

**Bigler, E.D.**          (1997, May).  Brain Imaging in Traumatic Brain Injury.  An Educator's Guide for Children with Acquired Brain Injury:  Creating a Collaborative Community of Care.  Buffalo, NY.

**Bigler, E.D.**          (1997, May).  Neuroimaging and Neuropsychological Correlates of Language Disorders.  Utah Speech and Hearing Association.  Salt Lake City, UT.

| | |
|---|---|
| **Bigler, E.D.** | (1997, April).  <u>Test of Memory and Learning (TOMAL) in Evaluating Child and Adolescent Memory</u>.  Nelson Butter's West Coast Neuropsychology Conference.  San Diego, CA. |
| **Bigler, E.D.** | (1996, November 16).  <u>Chair, Neuropathology of TBI</u>.  Annual Conference of the International Association for the Study of Traumatic Brain Injury, Melbourne, Australia |
| **Bigler, E.D.** | (1996, November 16).  <u>Chair</u>: Paper Session 5, Neuroimaging, Evoked Potentials and Outcome.  Annual Conference of the International Association for the Study of Traumatic Brain Injury, Melbourne, Australia. |
| **Bigler, E.D.** | (1996, October 31).  <u>Neuroimaging and Neuropsychological Assessment Update</u>.  16th Annual Meeting, National Academy of Neuropsychology, Inc., New Orleans, LA. |
| **Bigler, E.D.** | (1996, October 19).  <u>Neuroimaging and Neuropsychological Assessment</u>.  Annual Fall Symposium, Philadelphia Neuropsychology Society.  Philadelphia, PA. |
| **Bigler, E.D.** | (1996, October 18).  <u>Neuroimaging, Neuropsychology and Dementia</u>.  Grand Rounds lecture, Allegheny University of the Health Sciences, Department of Neurology.  Philadelphia, PA. |
| **Bigler, E.D.** | (1996, October 13).  <u>Meet the Expert:  Erin D. Bigler, Ph.D.</u>.  Invited address, American Academy of Physical Medicine and Rehabilitation.  Chicago, IL. |
| **Bigler, E.D.** | (1996, October 13).  <u>TBI Expert Testimony:  Neuromedical and Neuropsychological Caveats.  Invited address</u>, American Academy of Physical Medicine and Rehabilitation.  Chicago, IL. |
| **Bigler, E.D.** | (1996, October 12).  <u>Neuroimaging in TBI: Clinical Correlations with Neurobehavior Profiles and Recovery</u>.  Invited address, American Academy of Physical Medicine and Rehabilitation.  Chicago, IL. |
| **Bigler, E.D.** | (1996, September 20).  <u>Neuropsychology and Neuroimaging</u>.  Invited lecture, UND School of Medicine.  Fargo, ND. |
| **Bigler, E.D.** | (1996, August 12).  <u>Quantitative Neuroimaging Findings, Traumatic Brain Injury, and Substance Abuse</u>.  Symposium: Neurobehavioral and Neuropsychological Assessment of Drug Abuse, American Psychological Association Convention. |
| **Bigler, E.D.** | (1996, June).  <u>Magnetic Resonance Imaging of the Brain:  Relationship Between Structure and Functions</u>.  Invited lecture, 4th International Conference on Long-Term Complications of Treatment of Children and Adolescents for Cancer. |
| **Bigler, E.D.** | (1995).  <u>Kronheim Lecture</u>.  Invited lecture, Undersea and Hyperbaric Medical Society's Annual Scientific Symposium. |
| **Bigler, E.D.** | (1995, November).  <u>Current Status of Neuroimaging and Neuropsychological Assessment</u>.  Invited lecture, National Academy of Neuropsychology.  San Francisco, CA. |

| | |
|---|---|
| **Bigler, E.D.** | (1995, November).  Neuropsychological Assessment, Neuroimaging and Learning Disabilities.  Learning Disabilities Association of Utah Conference. |
| **Bigler, E.D.** | (1995, August).  New Directions in Brain Injury Diagnosis Using Imaging Technology.  Texas Head Injury Association, 14th Annual State Conference. |
| **Bigler, E.D.** | (1995, August).  Long-Term Outcomes.  Texas Head Injury Association, 14th Annual State Conference. |
| **Bigler, E.D.** | (1994, January).  Damage to Executive Function.  The Mild Brain Injury Case, The Utah Head Injury Association, Salt Lake City, UT. |
| **Bigler, E.D.** | (1993, October).  National Academy of Neuropsychology. |
| **Bigler, E.D.** | (1993, August).  Chair, Symposium:  Biological revolution-neuroimaging and neuropsychology.  American Psychological Association, Toronto, Canada. |
| **Bigler, E.D.** | (1993, August).  Quantitative magnetic resonance imaging and neuropsychological assessment.  Paper presented at the annual conference of the American Psychological Association, Toronto, Canada. |
| **Bigler, E.D.** | (1993, May).  Neuropsychological assessment and neuroimaging:  A synthesis. Psychology Grand Rands presented at the University of Missouri. |
| **Bigler, E.D.** | (1992, November). Learning disabilities in children and evaluation and behavior management of ADHD. Lectures presented at The Child's Brain Conference. Austin, TX. |
| **Bigler, E.D.** | (1992, October).  National Academy of Neuropsychology, Pittsburgh, PA. |
| **Bigler, E.D.** | (1992, September). Neuropsychological function and brainimaging invited address given at the annual Brain Function and Learning Conference at the University of North Texas, Denton, TX. |
| **Bigler, E.D.** | (1992, May). Neuropsychology of Parkinson's disease. Lecture presented at the Parkinson's Support Group, VA Medical Center, Salt Lake City, UT. |
| **Bigler, E.D.** | (1992, May). Traumatic brain injury. Invited lecture presented at the Seventh Annual Conference of the Missouri Head Injury Advisory Council, Missouri Division of Special Education, Jefferson City, MO. |
| **Bigler, E.D.** | (1992, March). Neuroimaging and Neuropsychology. Presidential Address, National Academy of Neuropsychology, November 1, 1990.  Presented again at Neurology/Psychiatry Grand Rounds, University of Texas at San Antonio, February 14, 1991; at the 1991 National Academy of Neuropsychology, Dallas, Texas, November 1, 1991; at The University of Utah Seminar Series, November 18, 1991; and at Rancho Los Amigos Medical Center, University of Southern California, March 11-13, 1992. |
| **Bigler, E.D.** | (1991, November). Neuroimaging and Electrophysical Techniques. Invited address presented at the Mild to Moderate Head Injury Conference sponsored by the Utah Head Injury Association and Utah State Bar. (1992, November). New dimensions in neuropsychology: strengths and limitations of neuropsychological assessment. |

Bigler, E. D.      58

Bigler, E.D.          (1991, October). <u>Neuroimaging and Neuropsychological Assessment</u>. Invited keynote at invitational conference, "Cognitive assessment: An interdisciplinary dialogue" sponsored by Dean Jane Stallings' Enhancing Excellence in Education Fund—Chair:  Ernie Goetz, Department of Educational Psychology, Texas A&M University, presented at College of Education, Texas A&M University, College Station, TX.

Bigler, E.D.          (1991, August). <u>Neuroimaging and Neuropsychological Assessment in Traumatic Brain Injury in School-aged Children</u>. Invited address presented at The Utah State Office of Education Conference on "Serving students with traumatic brain injury in our schools." Salt Lake City, UT.

Bigler, E.D.          (1991, July). <u>The Divine Brain</u>. Brigham Young University Forum address, Provo, UT.

Bigler, E.D.          (1989, March). <u>Memory Disorders: Neuropsychological and Anatomical Correlates</u>. Grand Rounds Lecture. University of Texas Health Science Center in San Antonio, Dept. of Psychiatry.

Bigler, E.D.          (1988, November). <u>Applications of Brain Imaging Techniques to Clinical Neuropsychology</u>. Invited address/Workshop. National Academy of Neuropsychologists, Orlando, FL.

Bigler, E.D.          (1988, October). <u>Current Status of Brain Imaging and Clinical Neuropsychology</u>. Guest lecturer/Invited address at the Eighth Julie McGee Lamberth Conference, Baylor College of Medicine.

Bigler, E.D.          (1988, September). <u>Alzheimers Assessment</u>. Texas Department of Mental Health and Mental Retardation - Nursing Education Teleseries.

Bigler, E.D.          (1988, September). Visiting Professor, Texas A&M University, Department of Psychiatry. Neuropsychology update Lecture, Scott & White Hospital, Temple, TX.

Bigler, E.D.          (1987, April). <u>Neuropsychology of Depression</u>. Fourth Annual update in Psychiatry sponsored by the Department of Psychiatry, University of Texas Health Science Center at San Antonio, November 22, 1986. Colloquium Lecture, Brigham Young University, April 2, 1987.

Bigler, E.D.          (1987, March). <u>Neuropsychology of Dementia</u>. Invited lecture series, Edmonton Hospital and University of Alberta, Alberta, Canada.

Bigler, E.D.          (1986, December). <u>Neuropsychology of Cerebral Trauma</u>. Invited address/Workshop, Florida State Psychological Association Conference, Fort Lauderdale, FL.

Bigler, E.D.          (1985, October). <u>Brain Imaging: Relationship to Clinical Neuropsychological Assessment</u>. Invited address at the National Academy of Neuropsychologists, Philadelphia, PA.

**Bigler, E.D.**      (1983, November). <u>Neuropsychological Diagnosis of Learning Disabilities</u>. Invited address at the 19th Annual Conference of the Texas Association of Children with Learning Disability, Waco, TX.

**Bigler, E.D.**      (1983, October). <u>Neuropsychology and Computerized Tomography</u>. Invited address at The National Academy of Neuropsychologists, Houston, TX.

**Bigler, E.D.**      (1983, May). <u>Neuropsychology Update</u>. Invited address at the Barrow Neurological Institute of St. Joseph's Hospital & Medical Center, Phoenix, AZ.

**Bigler, E.D.**      (1983, May). <u>Neuropsychology Workshop</u>. Brigham Young University, Provo, UT.

**Bigler, E.D.**      (1982). <u>Neuroanatomy and Neuropathology</u>. Invited address at The National Academy of Neuropsychologists Annual Meeting, Atlanta, GA.

**Bigler, E.D.**      (1981). <u>Assessment in Clinical Neuropsychology</u>. Invited address and workshop presented at the annual meeting of the National Association of School Psychologists, Houston, TX.

**Bigler, E.D.**      (1981). <u>Clinical Neuropsychology</u>. Training seminar presented to Psychology Doctoral Interns, Austin State Hospital, 1977, 1978, 1979, 1980, 1981.

**Bigler, E.D.**      (1981). <u>Neuropsychological Evaluation of the Learning Disabled Child</u>. Workshop presented to Region XIII Educational district, Austin, TX, Summer 1979, and Spring 1981.

**Bigler, E.D.**      (1980, November). <u>Current Developments in Neuropsychology of Learning Disabilities</u>. Paper presented as part of symposium on Learning Disability at the annual Texas Psychological Association Meetings, Austin, TX.

**Bigler, E.D.**      (1980, September). <u>Clinical Assessment of Cognitive Deficit in Traumatic and Degenerative Disorders: Brain Scan and Neuropsychologic Findings</u>. Paper read at the NATO conference on Neuropsychology and Cognition, Medical College of Georgia, Augusta, GA.

**Bigler, E.D.**      (1979, November). <u>Visually Evoked Potentials: Neuropharmacologic Interactions</u>. Invited address read at the 20th annual meeting of the German Democratic Republic Society for Pharmacology and Toxicology, Leipzig, East Germany.

**Bigler, E.D.**      (1977). <u>Bicuculline Potentiation of Photically Evoked After-discharges</u>. Paper read at the Western Pharmacology Society, Victoria, British Columbia, Canada.

**Bigler, E.D.**      (1977). Chairman, Section on Neuropharmacology, Western Pharmacology Society, Victoria, British Columbia, Canada.

**Bigler, E.D.**      (1977). <u>Clinical Neuropsychology</u>. Seminar presented at the Psychologist's meeting of the Texas Department of Mental Health and Mental Retardation, Houston, TX.

**Bigler, E.D.**      (1976). <u>A Reinterpretation of Lateral Geniculate Function in the Rat</u>. Paper read at the Rocky Mountain Psychological Association, Phoenix, AZ.

**Bigler, E.D.**      (1975). <u>Lateral Geniculate Multiple Unit Activity during Metrazol Potentiated Photically Evoked After-discharges in Rats</u>. Paper read at the Society for Neurosciences (Arizona Chapter), Scottsdale, AZ.

**Bigler, E.D.**      (1972). <u>Personalized System of Instruction (PSI): Two Perspectives</u>. Paper read at the Rocky Mountain Psychological Association, Albuquerque, NM.

**Bigler, E.D.**      (1971). <u>Errorless Auditory Discrimination in the Pigeon</u>. Paper read at the Rocky Mountain Psychological Association, Denver, CO.

**Bigler, E.D.**,      Adams, K.M., Stephen, B., Petrauskas, V.M. Gregg, N. (February 2007). <u>Testing Neuropsychological Models Across Patient Populations: The Advantages of Examining Measurement Equivalence</u>. Symposium Discussant : 35th Annual Meeting of the International Neuropsychological Society, Hilton Portland & Executive Tower, Portland, Oregon.

**Bigler, E.D.**,      & Robinson, D.N. (1998, September 29). <u>Mind and Brain</u>. Psychology 390R Forum. Brigham Young University, Provo, UT.

**Bigler, E.D.**,      Alexander, A.L., Lainhart, J., & Lazar, M. (February 1-4, 2006) Diffusion tensor, structural and volumetric MRI analyses in autism. [Poster]. 34th Annual Meeting of the International Neuropsychological Society, Boston Marriott Copley Place Hotel, Boston, MA, USA, February 1-4, 2006.

**Bigler, E.D.**      Neeley, E.S., Ozonoff, S., Coon, H., McMahon, W., Lainhart, J.E. (2004, July 7-10). "Superior temporal gyrus and autism". Australian Society for the Study of Brain Impairment (ASSBI) & International Neuropsychological Society (INS) Annual meeting 2004. Brisbane, Australia

**Bigler, E.D.**,      Ryser, D.K., Gandhi, P., Kimball, J., Wilde, E.A. (2004, July 7-10). <u>Day-of-Injury computerized tomography, rehabilitation status, and long-term outcome as they relate to magnetic resonance imaging findings after traumatic brain injury.</u> Australian Society for the Study of Brain Impairment (ASSBI) & International Neuropsychological Society (INS) Annual meeting 2004. Brisbane, Australia.

**Bigler, E.D.**,      Sanders, A.D., Neeley, E.S. (2004, July 7-10). <u>Memory performance in Autism.</u> Australian Society for the Study of Brain Impairment (ASSBI) & International Neuropsychological Society (INS) Annual meeting 2004. Brisbane, Australia.

**Bigler, E.D.**,      Lai, E.C., Meyer, C. & Winston, J.L. (1998, April 25). Panel discussion/Questions and answers. Neurology Section of the Texas Medical Association's Tex Med '98. Austin, Texas.

**Bigler, E.D.**,      Lowry, C.M., Anderson, C.V., Johnson, S.C., Plassman, B., Brietner, J.C.S., Tschantz, J., Welsh-Bohmer, K.A., & Saunders, A.M. (1997, August). <u>Quantitative Neuroimaging and Dementia</u>. Chicago, IL.

**Bigler, E.D.**      et al. (1997, June). <u>Dementia and aging: A population based study of APOE, Alzheimer's disease and quantitative magnetic resonance imaging</u>. International Neuropsychological Society. Bergen, Norway.

**Bigler, E.D.**,      Alexander, A.L., Lainhart, J., Lazar, M. (2006, February 1-6). <u>Diffuse Tensor, Structural and Volumetric MRI Analyses in Autism.</u> [Abstract] International

|  | Neuropsychological Society, 34th Annual Meeting Program & Abstracts, p.201. Presented at the 34th Annual meeting of the International Neuropsychological Society, Boston Marriott Copley Place Hotel, Boston, Massachusetts, USA. |
|---|---|
| **Bigler, E.D.,** | Blatter, D.D., & Ryser, D. (1996, November 16).  Clinical and neuroimaging predictors of neurobehavioral outcome following traumatic brain injury.  Paper presented at International Perspectives in Traumatic Brain Injury, Melbourne, Australia |
| **Bigler, E.D.,** | Hubler, D., Turkheimer, E.A., Cullum, C.M., Paver, S., & Yeo, R. (1984). Volumetric CT Measures and Neuropsychological Performance in Alzheimer's Disease. Paper presented at the XII Annual Meeting of the International Neuropsychological Society (INS), Houston, TX. |
| **Bigler, E.D.,** | Paver, S., Cullum, C.M., Turkheimer, E., Hubler, D., & Yeo, R. (1984). Ventricular Enlargement, Cortical Atrophy, and Neuropsychological Performance Following Head Injury. Paper presented at the XII Annual Meeting of the International Neuropsychological Society (INS), Houston, TX. |
| **Bigler, E.D.** | & Eidelberg, E. (1976). Diazepam Suppression of Evoked After-discharges in Rat Lateral Geniculate Nucleus and Visual Cortex. Paper read at the Western Pharmacology Society Meetings, San Francisco, CA. |
| **Bigler, E.D.,** | Millett, R.L. & Fleming, D.E. (1973). Dorsal Hippocampal Lesions and Unimpaired or Facilitated Conditioned Emotional Response Suppression in the Rat.  Paper read at the Western Psychological Association, Anaheim, CA. |
| Allen M.D., (November for external San Diego: November 8- 10, California. | **Bigler E.D.,** Larsen J., Goodrich-Hunsaker N.J., Hopkins R.O. 9, 2007). Functional magnetic resonance imaging (fMRI) evidence high cognitive effort on the Word Memory Test in the absence of incentives. Abstract presentation. University of California, New Frontiers in Pediatric Brain Injury Conference, Westin San Diego at Emerald Plaza, San Diego, |
| Anderson, C. | & **Bigler, E.D.** (1993, October).  Ventricular dilation, cortical atrophy in neuropsychological outcome following traumatic brain injury.  Intermountain Neuroscience Chapter Meeting of the Society for Neuroscience, University of Utah, UT. |
| Baca, L. | & **Bigler, E.D.** (1996, January).  Violent Assault Resulting in Head Injuries. Domestic Violence: Health Care's Role & Responsibility.  Salt Lake City, UT. |
| Bartholomew, J., | Wilde, E.A., Hessel, C.D., Gandhi, P.V., **Bigler, E.D.,** Lowry, C., Ryser, D.K., & Blatter, D.D. (1998, August 14-18).  Poster Session: Neuropsychology of Head Injury, Medical Disorders, and Psychiatric Disorders.  QMRI of Corpus Callosum in TBI Males: Alcohol Use and Time Postinjury.  106th Annual Convention of the American Psychological Association.  Moscone Center, San Francisco, California. |
| Blatter, D.D., | **Bigler, E.D.,** Ryser, D.K., Gale, S.D., Johnson, S.C., Anderson, C.V., Burnett, B.M., McNamara, S., & Bailey, B. (1994, May).  Correlation of The Functional |

|  | Outcome Measure (FIM) with Quantitative and Semi-quantitative Analysis of MRI Following Traumatic Brain Injury (TBI). American Society of Neuroradiology. |
|---|---|
| Blatter, D.D., | Kurth, S.M., **Bigler, E.D.**, Pompa, J., & Ryser, D.K. (1992, August). <u>MRI and CT in traumatic brain injury (TBI): Correlations with quantitative measures of cognitive outcomes.</u> Presented at the meeting of the American Society of Neuroradiology, St. Louis, MO, June, 1992. Presented at the meeting of the Society of Magnetic Resonance in Medicine, Berlin, Germany, August, 1992. |
| Brickman, A., | Sullivan, E.D., Jefferson, A., Wilde, E.A., Butters, M., **Bigler, E.D.,** (2007, February)  <u>Not all that matters is gray: The importance of white matter in neuropsychology.</u>  Symposium presentation (E.D. Bigler: Discussant)at 35th Annual Meeting of the International Neuropsychological Society, Portland, Oregon, February 7-10,  2007. |
| Cato, M., | Delis, D., Abildskov, T., & **Bigler, E.D.** (2003). Assessing the elusive cognitive deficits associated with orbitofrontal cortex damage:  Case study of a modern-day Phineas Gage. Poster presented at the 31st Annual International Neuropsychological Society Conference, Feb 5-8, 2003, Honolulu, Hawaii. |
| Cleavinger, H.B., | **Bigler, E.D.,** Wilde, E.A., Hunter, J.V., Li, X., Levin, H. S. (November 15, 2007). <u>Traumatic brain injury, atrophy of the entorhinal cortex and neuropsychological outcome in children.</u>  Poster Presentation: 27th Annual Meeting of the National Academy of Neuropsychology, Scottsdale, AZ. |
| Cramond, A., | Woon, F.M., Wu, C., Cannon, P.C., Bigler, E.D., Cleavinger, H.B., Johnson, J.L., Lainhart, J.E. (November15, 2007).  <u>Intellectual function and thalamic volume in autism.</u>  Poster Presentation: 27th Annual Meeting of the National Academy of Neuropsychology, Scottsdale, AZ. |
| Cullum, C.M., | & **Bigler, E.D.** (1987, February). <u>Cerebral Lateralization and The MMPI</u>. Paper presented at The International Neuropsychological Society Meetings, Washington D.C. |
| Delis, D.C. | & **Bigler, E.D.** (2004, March 25-28).  <u>Orbital prefrontal damage: comparison of adult and pediatric cognitive profiles.</u>  Invited Presentation: 14th annual Nelson Butters' West Coast Neuropsychology Conference.  Hilton San Diego Del Mar, Del Mar, California. |
| Dubray, M., | Alexander, A., Lee, J.E., Lazar, M.,  Lu, J., Miller, J., McMahon, W., **Bigler, E.D**., Lainhart, J.E. (2007, May) <u>White matter organization and asymmetry of the superior temporal gyrus and temporal stem in autism.</u> Invited abstract and poster presentation at 6th International Meeting for Autism Research (IMFAR 2007), University of California at Davis, USA. |
| Fearing, M.A. | **Bigler, E.D.,** Norton, M.C., Tschanz, J.T. Hulette, C.M., Leslie, C., Welsh-Bohmer, K.A. (February, 2007).  <u>Confirmed Alzheimer's Disease versus Clinically-Diagnosed Alzheimer's Disease in the Cache County Study on Memory Health and Aging: A Comparison of Quantitative MRI and Neuropsychological Findings.</u> Abstract Presentation: 35th Annual Meeting of the International Neuropsychological Society, Hilton Portland & Executive Tower, Portland, Oregon. |

| | |
|---|---|
| Fearing, M.A. | **Bigler, E.D.,** Norton, M.C., Tschanz, J.T. Hulette, C.M., . Leslie, C., Welsh-Bohmer, K.A. (February, 2007).  <u>Neuroimaging Correlates of the IQCODE in Autopsy-Confirmed Alzheimer's Disease versus Clinically-Diagnosed Alzheimer's Disease: The Cache County Study on Memory Health and Aging</u>. Abstract Presentation: 35th Annual Meeting of the International Neuropsychological Society, Hilton Portland & Executive tower, Portland, Oregon. |
| Fearing, M., | Hannan, C.R., White, J., Mortensen, J., Rice, S., Tate, D., and **Bigler, E.D.** (2003, Feb. 5-8).  Dementia, cerebral atrophy, and neuropsychological performance:  Relationship to APOE-e 4. Poster presented at the 31st Annual International Neuropsychological Society Conference, Feb 5-8, 2003, in Honolulu, Hawaii. |
| Fleming, D.E., | & **Bigler, E.D.** (1975). <u>Electroencephalographic Correlates of Sidman Avoidance Responding</u>. Paper read at the Rocky Mountain Psychological Association, Salt Lake City, UT. |
| Hannan, C.R., | Fearing M., White J., Mortensen J., Tate D.F, **Bigler, E.D.** (2002, October).<u>The Mini-Mental State Examination, Temporal Lobe Morphology and Alzheimer's Disease.</u> Poster accepted for presentation at the 22nd Annual Conference of the National Academy of Neuropsychology, Miami, FL. |
| Hanten, G., | Wilde, E.A., Yallampalli, R., Chu, A., Ramons, M.A., **Bigler, E.D**., Menefee, D., Vasquez, Li, X., Hunter, J.V., Levin, H.S. (November 7, 2007). <u>The relation between white matter disruption measured by diffusion tensor imaging and decision-making following childhood TBI.</u> Abstract Presentation: University of California, San Diego, New Frontiers in Pediatric Traumatic Brain Injury International Conference, Westin San Diego at Emerald Plaza, San Diego, California |
| Hopkins, R.O., | McCourt, A., Cleavinger, H., Parkinson, R.B., Victoroff, J., **Bigler, E.D.** (2003, February 5-8).  White matter hyperintensities and neuropsychological outcome following traumatic brain injury. Poster presented at the International Neuropsychological Society Thirty-First Annual Meeting, February 5-8, 2003, Sheraton Waikiki: Honolulu, Hawaii. |
| Hopkins, R.O., | Gale, S.D., Pope, D., Weaver, L.K. & **Bigler, E.D.**  (2000, February). <u>Ventricular Enlargement in Patients with Acute Respiratory Distress Syndrome</u>. International Neuropsychological Society Twenty-Eighth Annual Meeting. Adam's Mark Hotel, Denver, Colorado. |
| Hopkins, R.O., | Weaver, L.K., Gale, S.D. & **Bigler, E.D.** (1998, May).  <u>Neuropsychological Outcome, Brain Perfusion Defects and Quantitative Magnetic Brain Resonance Imaging Following Carbon Monoxide (CO) Poisoning</u>.  Undersea and Hyperbaric Medical Society Annual Scientific Meeting, Salt Lake City, UT. |
| Hopkins, R.O., | Weaver, L.K., Gale, S.D., Johnson, S.C., **Bigler, E.D.**, Blatter, D.D., Abildskov, T.J. (1996).  <u>Three Dimensional and Quantitative Image Analysis of Neuropathological Changes Following Carbon Monoxide Poisoning</u>. 1996 Undersea and Hyperbaric Medical Society Annual Scientific Meeting, Salt Lake City, UT. |

Hopkins, R.O.,      Weaver, L.K., Gale, S.D., Johnson, S.C., **Bigler, E.D.**, Blatter, D.D., Abildskov, T.J. (1996).  <u>Three Dimensional and Quantitative Image Analysis of Neuropathological Changes Following Carbon Monoxide Poisoning</u>.  1996 Undersea and Hyperbaric Medical Society Annual Scientific Meeting, Salt Lake City, UT.

James, K.,      Pertab, J., **Bigler, E.D** (November 6, 2007). Questionable generalizability for mild traumatic brain injury meta-analysis.  Poster Presentation: 27th Annual Meeting of the National Academy of Neuropsychology, Scottsdale, AZ

Kesler, S.R.,      Foley, H.A. & **Bigler, E.D.** (1998).  Relationships Between Brain Abnormalities and Cognitive-Neurobehavioral Symptoms in Traumatic Brain Injury (TBI) Using Single Photon Emission Computed Tomography  (SPECT), Clinical (MRI) and Quantitative (QMR) Magnetic Resonance.  Twenty-Sixth Annual International Neuropsychological Society Conference, Honolulu, HI.

Kim, J.,      Alexander, A.L., Lainhart, J., McMahon, W., Johnson, M., Lu, J., Jeong, E.K., Lazar, M., **Bigler, E.D.** (June 12 -15, 2005) <u>White matter abnormalities in autistic brain: Diffusion tensor MRI in adolescents and young adults.</u> Abstract Presentation given at Human Brain Mapping Convention, Toronto, Ontario, Canada.

Laatsch, L.K.,      Varney, N.R., Wu, J.C., Hopkins, R.O., & **Bigler, E.D.**  (1998, August 14-18). Symposium: <u>Functional Brain Imaging in Neuropsychology and Rehabilitation.</u> 106th Annual Convention of the American Psychological Association.  Moscone Center, San Francisco, CA.

Lainhart, J.E.      **Bigler, E.D.,** & Alexander, A. (2004, February 11-14).  <u>Neuroimaging in autism: advanced applications and ongoing challenges.</u>  Abstract presented at the Psychiatric Research Society, Park City, UT.

Lainhart, J.,      Johnson, M., Coon, H., McMahon, B., **Bigler, E.D.** &  Tate, D. (2001, February 14-17).  <u>Megalencephaly in autism: A quantitative magnetic resonance imaging study.</u>  Paper presented at Psychiatric Research Society, Park City, UT.

Lee, J.N.,      Alexander, A.L., Lazar, M., **Bigler, E.D.,** Lainhart, J.E. <u>Evaluation of voxel-based analysis methods for DTI studies</u>. Abstract presented at the International Society for Magnetic Resonance in Medicine (ISMRM) 16th Scientific Meeting and Exhibition, Toronto, Ontario, Canada.

Lu, L.,      **Bigler, E.D.** (December, 2000).  <u>Performance of Chinese stroke survivors on Chinese version of Trails B.</u>  Poster session presented at the annual meeting of the National Academy of Neuropsychology, Orlando, Florida.

Miller, M.J.,      Tate, D.F., Cleavinger, H.B., Rice, S.A., **Bigler, E.D.**, & Victoroff, J. (August 24, 2001).  <u>Exploratory Analyses of Neuroimaging, APOE, and Neuropsychological Performance of Dementia</u> [Abstract].  <u>The Clinical Neuropsychologist.</u>  Science poster presented at the Annual Meeting Science Program, Division of Clinical Neuropsychology (40) of the American Psychological Association, San Francisco, CA.

Mortensen, J.,      Hannan, C.R., White, J., Fearing M., Tate, D., **Bigler, E.D**. (2003, February 5-8).

The Boston Naming Test, dementia, and temporal lobe pathology.  Poster presented at the International Neuropsychological Society Thirty-First Annual Meeting, February 5-8, 2003, Sheraton Waikiki: Honolulu, Hawaii.

Orme, S.,    Clark, E., **Bigler, E.D.**, Pompa, J., & Kircher, J.  (1998, August 14-18).  Session: Neuropsychological Assessment, Methodological Consideration in Pediatric Traumatic Brain Injury Research.  106th Annual Convention of the American Psychological Association.  Moscone Center, San Francisco, CA.

Piran, N.,    & **Bigler, E.D.** (1981). A Neuropsychological Investigation of the Theory of Schizophrenia. Paper read at the American Psychological Association Meetings, Los Angeles, CA.

Porter, S.,    Anderson, C.V. & **Bigler, E.D.** (1993, October).  A serial study of hippocampal atrophy in neuropsychological outcome of 35 traumatically brain injured patients.  Intermountain Neuroscience Chapter Meeting of the Society for Neuroscience, University of Utah, UT.

Ramos, M.A.,    Yallampalli, R., **Bigler, E.D.,** Chu, Z., Hunter, J., Menefee, D., McCauley, S., Levin, H., Wilde, E. (2007, March 29-April 1).  A diffusion tensor imaging study of the cingulate gyrus following traumatic brain injury. Poster presented at the 2007 Biennial Meeting of the Society for Research in Child Development (SRCD), The Sheraton Hotel, Boston, Massachusetts.

Reichman, M.V.,    **Bigler, E.D.**, & Blatter, D.D. (1994, October).  Biomechanics of Cerebral Concussions and Radiographic Considerations.  Medicine in the Intermountain West:  Update 1994, LDS Hospital, Salt Lake City, UT.

Reynolds, C.R.,    **Bigler, E.D.** (1994).  Factor structure, factor indexes, and other useful statistics for interpretation of the Test of Memory and learning (TOMAL). Paper presented at the 1994 annual meeting of the National Academy of Neuropsychology, November, Orlando, Florida.

Rice, S.A,    **Bigler, E.D.**, Lainhart, J., McMahon, W., Coon, H., Ozonoff, S. (2003, February 5-8).  Corpus callosum morphology in autism. Poster presented at the 31st Annual International Neuropsychological Society Conference, Feb 5-8, 2003, in Honolulu, Hawaii.

Rice, S.A.,    **Bigler, E.D.**, Lainhart, J. Tate, D.F., McMahon, W., Coon, H., & Ozonoff, S. (2002, July24-27).  Corpus Callosal Differences in Macrocephalic Autism and Relationship to IQ.  Abstract presented at the International Neuropsychological Society Twenty-Fourth Mid-Year Meeting, July 24-27, 2002, Stockholm City Conference Center: Stockholm, Sweden.

Ross, C.,    Hallam, B., Buckwalter, J.G., **Bigler, E.D.**, Brown, W.S. (2003, February 5-8). Regional callosal changes in three forms of dementia.  Poster presented at the International Neuropsychological Society Thirty-First Annual Meeting, February 5-8, 2003, Sheraton Waikiki: Honolulu, Hawaii.

Ryser, D.K.,    Egger, M.J., Horn, S., Handrahan, D., Gandhi, P., & **Bigler, E.D.** (November, 2002).  Predicting changes and length of stay for inpatient rehabilitation after traumatic brain injury. Poster presented at the Annual Meeting of the Academy

of Physical Medicine and Rehabilitation in Orlando, Fl. Poster 11, Archives of Physical Medicine and Rehabilitation, 83, p.1647-1648.

Ryser, D.K.,      Johnson, S.C.., Blatter, D.D., Russo, A.A., Barker, L.H., Primus, E., **Bigler, E.D.** (1994, September 25).  Quantitative Analysis of Magnetic Resonance Imaging post TBI: Correlation with the Functional Independence Measure (FIM) on admission and discharge from Rehabilitation.  International Association for the study of Traumatic Brain Injury, St. Louis, MO.

Ryser, D.K.,      & **Bigler, E.D.** (1994, January).  Usefulness of Subjective and Semi-Quantitative Analysis of CT & MR Neuroimaging for Predicting TBI Outcome.  Sheldon Berrol, M.D. Brain Injury Symposium, Salt Lake City, UT.

Skoog, I.      **Bigler, E.D.,** (August 18, 2003). The Gothenberg Longitudinal Study on Aging. Early life risk factors for dementia. [Abstract Presentation]. 11th  Congress of the International Psychogeriatric Association (IPA), Chicago, IL.

Sweet, J.J,      Millis, S.R., Connor, D.J., Hasker, P.D., & **Bigler, E.D.**  (1998, August 14-18). Symposium: Detection of Feigned Cognitive Impairments–Current Issues and Future Approaches.  106th Annual Convention of the American Psychological Association. Moscone Center, San Francisco, California.

Tate, D.F.,      Miller, M.J., Rice, S.A., Cleavinger, H.B., & **Bigler, E.D.** (August 24, 2001). Clinical Significance of Hippocampal Asymmetry in Alzheimer's Disease [Abstract].  The Clinical Neuropsychologist.  Science poster presented at the Annual Meeting Scientific Program, Division of Clinical Neuropsychology (40) of the American Psychological Association, San Francisco, CA.

Tate, D.F.,      Gilbert-Tate, J.J., & **Bigler, E.D.** (February 1998).  Berry's Test of Visual-Motor Integration and the Test of Nonverbal Intelligence: A Comparison Among School Children in India.  Twenty-sixth Annual International Neuropsychological Society Conference, Honolulu, Hawaii.

Turkheimer, E.      Farace, E., Yeo, R.A., & **Bigler, E.D.** (February 1992). A closer look at gender differences in verbal and performance IQ following unilateral lesions [Abstract]. Journal of Clinical and Experimental Neuropsychology. Poster presented at the annual meeting of the International Neuropsychological Society, San Diego, California.

Weaver, L.K.,      Deru, K., Fearing, M.A., Hopkins, R.O., Foley, J.F., Orrison, W.W., **Bigler, E.D.** (June, 2005) Carbon Monoxide (CO) Poisoning in 12 Young, College-Educated Skiers.  Abstract presented at the Annual Undersea and Hyperbaric Society Meeting, Orlando, Florida.

White, J.,      Mortensen, J., Hannan, C. R., Fearing, M., Tate, D., and **Bigler, E.D.** (Feb 5-8, 2003).Performance on the Logical Memory Measure and Temporal Lobe Atrophy. Poster presented at the 31st Annual International Neuropsychological Society Conference, Feb 5-8, 2003, in Honolulu, Hawaii.

White J.,      Mortensen J., Hannan C.R., Fearing M., Tate D., **Bigler, E.D.** (October, 2002) The Controlled Oral Word Association Measure and Animal Fluency Test and Temporal Lobe Atrophy. Poster accepted for presentation at the 22nd Annual Conference of the National Academy of Neuropsychology, Miami, Florida.

Wilde, E.A.,          **Bigler, E.D**., (September 27-29, 2007) "Relation of a Composite Fractional Anisotropy Score Using Diffusion Tensor Imaging Tractography to Outcome in Traumatic Brain Injury" Abstract presentation given at NABIS 5th Annual Brain Injury Conference, Westin Riverwalk Hotel, San Antonio, Texas.

Wilde, E.S.,          **Bigler, E.D**., (September 27-29, 2007). "Glasgow Coma Score Predicts Long-term Cerebral Atrophy in Pediatric Traumatic Brain Injury." Abstract given as an oral presentation at North American Brain Injury Society (NABIS) 5th Annual Brain Injury Conference, Westin Riverwalk Hotel, San Antonio, Texas.

Wilde, E.A.,          Hunter, J.V., Chu, Z., **Bigler, E.D.,** Fearing, M.A., Hanten, G., Li, X., Newsome, M., Scheibel, R., & Levin, H.S., (February 1- 4, 2006) "Diffusion Tensor Imaging in Relation to Cognitive Control in Children Following Moderate to Severe Traumatic Brain Injury".[Abstract] International Neuropsychological Society, 34th Annual Meeting Program & Abstracts, p.201.  Presented at the 34th Annual meeting of the International Neuropsychological Society, Boston Marriott Copley Place Hotel, Boston, Massachusetts, USA.

Wilde, E.A.,          Bartholomew, J., Lowry, C., Ryser, D.K., **Bigler, E.D.**, Gandhi, P.V., Hessel, C.D., Brooks, M., Nielsen, D., & Blatter, D.D.  (1998, August 14-18).  OMRI Correlates With Acute Cognitive and Functional Measures in TBI.  Paper Session: Neuroimaging and Cognition in Traumatic Brain Injury.  106th Annual Convention of the American Psychological Association.  Moscone Center, San Francisco, California.

Wilde, E.A.,          Bartholomew, J., **Bigler, E.D.**, Meyer, K.J., Ryser, D.K., Blatter, D.D., Lowry, C., Brooks, M.P., & Nielsen, D.L.  (1997, August). QMRI and FIM Outcome in Substance-Abusing TBI patients.  Chicago, Illinois.

Wolkowitz, O.M.,     Lupien, S.J., **Bigler, E.D.** (September 8, 2003) The "Post-Steroid Dementia Syndrome":  An Unrecognized Complication of Glucocorticoid Treatment. Poster and Abstract Presentation to be given at the 34th annual congress meeting of The International Society of Psychoneuroendochrinology (ISPNE), Rockefeller University, New York, NY.

Woon, F.M.,          Cramond, A.C., Wu, C., Cannon, P.C., **Bigler, E.D**., Cleavinger, H.B., Johnson, J.L., Lainhart, J.E. (November 6, 2007). Intelligence scores and amygdala volume in individuals with Autism. Poster Presentation: 27th Annual Meeting of the National Academy of Neuropsychology, Scottsdale, AZ.

Wu, C.,              Cramond, S., Woon, F.M., Cannon, P.C., **Bigler, E.D**., Cleavinger, H.B., Johnson, J.L., Lainhart, J.E. (November 6, 2007).   Fusiform gyral volume, intellectual ability and autism. Poster Presentation: 27th Annual meeting of the National Academy of Neuropsychology, Scottsdale, AZ.

Yallampalli. R.,     Wilde, E.A., **Bigler, E.D.** (September 27-29, 2007). The Relation of Temporal Diffusion Tensor Imaging (DTI) to the Behavior Assessment System for Children (BASC-2) in Traumatic Brain Injury." Poster presentation given at NABIS 5th Annual Brain Injury Conference, Westin Riverwalk Hotel, San Antonio, Texas.

Yeo, R.A.,          Turkheimer, E., & **Bigler E.D.** (1984). <u>The Influence of Sex and Age on</u>
<u>Unilateral Cerebral Lesion Sequelae</u>. Paper presented at the XII annual meeting
of the International Neuropsychological Society (INS), Houston, Texas.

**PROFESSIONAL AND HONORARY SOCIETIES:**

American Psychological Association
Society for Neuroscience
New York Academy of Sciences
National Academy of Neuropsychologists
Sigma Xi, the Research Society of North America
International Brain Injury Association
International Neuropsychological Society
American Academy of Neurology

**<u>AWARDS AND SCHOLARSHIPS:</u>**

Award for Scientific Research, North American Brain Injury Society (NABIS), September 15, 2006.

Donnette Rachelle White Memorial Award, Brain Injury Association of Utah, October 19, 2006.
"for outstanding, dedicated service, and exemplary leadership to the Brain Injury
Association of Utah".

Board of Governors, International Brain Injury Association, 2004 – 2006

Anna Veneri Scientific Award, (2003). 5th World Congress, International Brain Injury
Association, May 23-26, 2003. Award given for the best scientific poster presentation.
Presented in City Hall, Stockholm, Sweden.  Awarded for the study entitled: "Information
processing speed and its relationship to quantitative neuroimaging following moderate and severe
traumatic brain injury [Abstract]." by Mathias, J.L., **Bigler, E.D.,** Jones, N.R., Barrett-
Woodbridge, M.P., Brown, G.C., Taylor, D.J. <u>Brain Injury, 17,</u> p.136.

President, Intermountain Chapter of Neuroscience, 2002 – present.

Treasurer, International Neuropsychological Society, 2001 – present.

American Psychological Association Division 40 Awards Committee Member, 1999-2002.

Karl G. Maeser Distinguished Faculty Lecturer, Brigham Young University, 1999.

Distinguished Clinical Neuropsychologist Award for Career Contributions, National Academy of
Neuropsychology, 1999.

New Zealand Neurological Foundation Panel of International Referees member, 1998.

Teacher of the Year Award, Department of Psychology, Brigham Young University, 1991-1992.

President, National Academy of Neuropsychologists, 1989-1990.

Outstanding Texas Neuropsychologist & Texas Psychological Association, Healthcare Rehabilitation
Center, 1989.

Outstanding Service Award, Texas Association for Education and Rehabilitation of the Blind and Visually Impaired, 1985.

Hogg Foundation Grant (A Neuropsychological contribution to the theory of schizophrenia), 1980-1981.

Who's Who in the Southwest, Marquis Who's Who LLC.,1980-1981.

Outstanding Young Men of America Award, 1977.

Dissertation of the Year Award, Department of Psychology, Brigham Young University, 1974-1975.

Post-Doctoral Fellowship granted by the National Institute of Neurological and Communicative Disorders and Stroke, Department of Health, Education and Welfare, Public Health Service, National Institutes of Health, 1975-1977.

Academic Scholarships:  1967, 1968, 1973, 1974.

Pre-Doctoral Research Internship awarded by the Research Division, Brigham Young University, 1972-1973.


**GRANTS:**

Federal Grant Number:  1 R01 HD04946 (subcontractor)          Effort:  15%
Sponsor Grant Amount:  $5,895,967
PI Name: Keith Yeates, Ph.D., Erin D. **Bigler, Ph.D.,** Gary Taylor, Ph.D.
Project Title:  Social Outcomes in Pediatric Traumatic Brain Injury
Start/End Date:  01/08/2006 – 07/31/2011
Institute: Children's Research Institute, Columbus, Ohio, under funding from the National Institutes of Health (NIH)
Role:  Co-investigator:  Neuroimaging of pediatric traumatic brain injury.
Goal: An integrative, multi-level study of the social outcomes of childhood traumatic brain injury.


Federal Grant Number: 1K23MH073416-01A1 (subcontractor)    Effort: 10%
Sponsor Grant Amount:  $3,700,000
PI Name: David Tate, Ph.D., **Erin D. Bigler, Ph.D.**
Project Title: Cognitive performance and diffusivity in HIV patients
Start/End Date: 8/2005 to 7/2010
Institute: National Institutes of Mental Health (NIMH).
Role:  Co-investigator:  Neuroimaging analysis of those with HIV.
Goal:  An integrative study of cognitive outcomes of persons with HIV.


Federal Grant Number:  5 U19 HD 35476-06      Effort: 20%
Grant Amount:  $1,033,771
PI Names:  William McMahon, M.D., Ph.D., Janet Lainhart, M.D., Ph.D., **Erin D. Bigler, Ph.D.**
Project Title:  Utah Autism Program: A Study of Megalencephaly in Autism
Start/End Date:  6/2002-6/2007
Institute: National Institutes of Child Health and Human Development (NIH) and the NICHD Collaborative Programs of Excellence in Autism (CPEA).
Role:  Co-investigator:  Neuroimaging analysis of individuals with and without autism.
Goal:  To perform quantitative image analysis of MRI scans of individuals with autism in an attempt to define aberrant neural development of that disorder.

Grant:  National Health & Medical Research Council project grant          Effort: 10%
Grant Amount: $401,500
PI Names:  Jane Mathias, Ph.D. **Erin D. Bigler, Ph.D**., (also Bowden, Jones & Taylor)
Project Title:  Modeling Cognitive Outcomes in Traumatic Brain Injury
Start/end Dates:  2002 - 2006
Role:  co-investigator:  Volumetric analysis of neuroimaging done on those with traumatic brain injury.
Institute:  University of Adelaide, Australia
Goal:  Modeling traumatic brain injury using neuropsychological, neurosurgical and radiological parameters.

Cache County of Memory in Aging Study, NIH Grant, AG-11380.

TBI and Rehabilitation, Deseret Foundation, 2000.

Long-Term Cognitive and Functional Outcome in ARDS Survivors, Deseret Foundation, May 1995.

Establishing Normative Neuropsychological Data for CO Trial, Deseret Foundation, May 1995.


**EDITORSHIPS, BOARD POSITIONS, ETC.:**

Chair, APA Division 40 Executive Committee, 2006-presesnt.

Editorial Board, Neuropsychology, the APA Journal, 2006 –present

Assoc. Editor, Brain Imaging and Behavior Journal, 2006-present

Treasurer, International Neuropsychological Society, 2001- present

Editor, Texas Psychologist,1978-1980.

Associate Editor, Journal of the International Neuropsychological Society, 1990-2005.

Associate Editor: Archives of Clinical Neuropsychology, 1987-1998.

Consulting Editor, Journal of Clinical and Experimental Neuropsychology, 2000 – Present.

Consulting Editor, International Journal of Clinical Neuropsychology/Clinical Neuropsychology,
        1978-1990.

Consulting Editor, Critical Issues in Neuropsychology, Plenum Press, New York, 1984-1999.

Consulting Editor, Archives of Clinical Neuropsychology, 1986-1987.

Consulting Editor, Journal of Learning Disabilities, 1986-present.

Consulting Editor, Neuropsychology Review, 1988 – Present .

Consulting Editor, Psychological Assessment, 1990-2000.

Consulting Editor: Journal of Consulting and Clinical Psychology, 1990-1993.

Consulting Editor, Neuropsychology, 1993 – Present .

Editorial Board, <u>Journal of Psychopathology and Behavioral Assessment</u>, 1998 – Present

Editorial Board, <u>Journal of Alzheimer's Disease</u>, 2006 – present

Reviewer, <u>The Gerontologist</u>, 1999.

Subcommittee Member, (2006), American Academy of Clinical Neuropsychology (AACN) Practice Guidelines for Neuropsychological Assessment and Consultation, The Clinical Neuropsychologist, (in press).


## CONFERENCE/COMMITTEE CHAIRS (2003-Present)

Bigler, E.D.,          (2003, May 23) <u>Co-Chair,</u> Invited 42 – Brain Injury and Litigation. 5th World Congress on Brain Injury, Stockholm, Sweden.

Bigler, E.D.,          (2003, May 25) <u>Chair</u>, Paper Session III – Cognition and Imaging. 5th World Congress on Brain Injury, Stockholm, Sweden.


## SPECIAL ACKNOWLEDGEMENTS

Bigler, E.D.,          (2006, Editorial Reviewer). *Rehabilitation and Treatment of Cognitive Disorders*. Jack Dosreli Chinaird Seth Warschausky (Eds). New York: The Guilford Press.

Roth, R.M.,          Isquith, P.K., Gioia, G.A. (Eds.) (2005) *BRIEF-A: Professional Manual. Acknowledgement:* **Erin Bigler**, Brigham Young University, et al. for their valuable recommendations and feedback as beta examiners. Lutz, FL: PAR Psychological Assessment Resources, Inc.

Tschanz, J.T.,          Corcoran, C., Skoog, I., Khachaturian, A.S., Herrick, J., Hayden, K.M., Welsh-Bohmer, K.A., Calvert, T., Norton, M.C., Zandi, P., Breitner, J.C.S. (2004). Dementia: The leading predictor of death in a defined elderly population. The Cache County Study., [see Appendix, Other Cache County       Study investigators involved in project: James Anthony, PhD, **Erin Bigler**,       PhD, et al.] <u>Neurology, 62,</u> 1156-1162.

Ball, Melvyn J.          (2003). White Matter Lesions in Dementia. [editorial: Alzheimer Disease and Associated Disorders, 17(1), 55. [Acknowledgment of **Bigler, E.D.**, et al. (2002) White matter lesions, quantitative magnetic resonance imaging, and dementia. <u>Alzheimer Disease and Associated  Disorders, 16(3),</u> 161-170].

Bigler, E.D.          (2003, March 13-14). Center for Scientific Review Special Emphasis Panel: Brain disorders and clinical neurosciences integrated review group (IRG).

Wiet, Susan, M.D.          (2002) recipient of  NIH Mentored Clinical Scientist Award, K08, CA. [Entitled Pilot Research, October 21-25, 2002 in San Francisco.] Mentors: William M. McMahon, M.D. The University of Utah, and **Erin D. Bigler**, Ph.D., Brigham Young University. Proposal title: "Tourette-Disorder vs. OCD: A VBM Anatomic-Clinical Correlate." [CANDA-Structural-Volumetric-Clinical of the.]