**TRIAL TESTIMONIES OF ERIN D. BIGLER, Ph.D. (As of March 14, 2008)**

| Date Testified | Name of Case | Case # | Attorney Name & Law Firm | Court Location |
|---|---|---|---|---|
| February 25, 2008 | Lane vs. Honda, et al. | C3252 | George J. Hanko III<br>Sico, White & Braugh, L.L.P. | Kingsport, Tennessee |
| September 13, 2007 | Charles M. Dyer v. Kings Inn, Inc., et al | CV 2005-051257 | Robert P. Schuster<br>Robert P. Schuster, P.C. | Phoenix, Arizona |
| September 4, 2007 | Ryan Traughber v. Melanie D. Welker | 020905597 | Kelly MacFarlane<br>Christensen & Jensen | Salt Lake City, UT |
| June 28, 2007 | Taelor Wickham, a minor child, by and through her natural mother, and legal guardian Judy L. Kern, and Judy L. Kern, an individual v. Thad Kern, an individual and Judy A. Kern, an individual | CV 06-922 | Douglas W. Crandall<br>Crandall Law Office | Twin Falls, ID |
| June 21, 2007 | Roy G. Lester; and Nadine Lester vs, Ryan Robertson, individually; and Robertson Trucking | CV-06-1 | Mel C. Orchard, III<br>The Spence Law Firm, LLC | Evanston, WY |
| May 7, 2007 | Brock Higham et al vs. Eastern Idaho Regional Medical Center, et al. | CV-03-5554 | R. Bruce Owens<br>Owens James Vernon & Weeks PA | Idaho Falls, ID |
| March 1, 2007 | Matey v. Ford | CV-2005-4000 | Robyn M. Brody<br>Hepworth, Lezamiz & Janis, Chtd. | Hailey, ID |
| January 26, 2007 | Vacarro v. Johnson | 03-018 | Kenneth B. Goldblatt<br>Goldblatt & Associates P.C. | White Plains, NY |
| January 18, 2007 | Froehlich v. MBC, Incorporated | 040927623 | Gregory P. Hawkins<br>Hawkins & Sorensen L.C. | Salt Lake, UT |
| June 14, 2006 | Alan Shane Lunelli vs. Basil Patrick Hayden | 020700297 | Melinda Morgan<br>Richards, Brandt, Miller & Nelson | Price, UT |
| May 25, 2006 | Struve v. Payvandl, et al. | LACV50242 | Jeffrey R. Tronvold<br>Eells & Tronvold Law Office, PLC | Cedar Rapids, IA |
| December 8, 2005 | Alfred Martinez v. Wilson Plaza Associates, L.P. | 00-649-B | Roger S. Braugh, Jr.<br>Sico, White & Braugh L.L.P. | Corpus Christi, TX |
| December 7, 2005 | Steed v. Walmart | 2:03CV00814DB | Jeffrey Oritt<br>Cohne, Rappapart & Segal, P.C. | Salt Lake City, UT |
| August 22, 2005 | Barry Nielsen, et al. v. Holly Mosher Jensen & Claude Pickett | 030100030 | Peter C. Collins<br>Peter C. Collins, L.L.C. | Logan, UT |

**TRIAL TESTIMONIES OF ERIN D. BIGLER, Ph.D. (As of March 14, 2008)**

| Date Testified | Name of Case | Case # | Attorney Name & Law Firm | Court Location |
|---|---|---|---|---|
| July 22, 2005 | Williams v. Espanola Mercantile Co., et al. | CIV 03-01476 DSJ/WDS | R. Daniel Fleck<br>The Spence Law Firm, LLC | Albuquerque, NM |
| July 19, 2005 | Searcy v. Hamburger | 02-Z-2260 (MJW) | Steven A. Shapiro<br>Fleishman & Shapiro, P.C. | Denver, CO |
| June 1, 2005 | Johnson v. Cesko | CV-03-0001 | Frederick J. Harrison<br>Frederick J. Harrison, P.C. | Casper, WY |
| May 27, 2005 | Kolby vs. CSAA | N/A | Richard D. Spotswood<br>Jacobs, Spotswood, Casper & Murphy, LLP | San Francisco, CA |
| March 28, 2005 | Marriage of Salmond | SBFSS 61161 | Donald Haslam<br>Haslam & Perri | San Bernardino, CA |
| March 17, 2005 | Haider Al-Kindi vs. Edwards Bros. Trucking | CV-03-459-E-EJL | Breck Barton<br>Breck Barton & Associates | Pocatello, ID |
| February 23, 2006 | The People of California vs. James Essick | SCN166149 | John Cotsirilos<br>Law Offices of John Cotsirilos | Vista, CA |
| January 12, 2005 | Karen Hagen v. Schmidt Trucking & Patrick McCone | 2:03CV-0411 | Peter C. Collins<br>Law Offices of Peter C. Collins, L.L.C. | Salt Lake City, UT |
| November 17, 2004 | Grace Hogans et al v. United States | #03-C01-T016/T017/T018/T019/T020/T021 and T022 | Michael Archuleta<br>The Michael Archuleta law Firm | San Antonio, TX |
| August 16, September 9, September 29, 2005 | People of the state of California vs. Stuart Alexander | Alameda County Superior Court #139527 | Michael Ogul<br>Alameda County Public Defender | Oakland, CA |
| July 22, 2004 | Esmeralda Gonzalez et al v. Austin Radiological Assocation | GN1-04180 | Mark Guerrero<br>Mithoff & Jacks | Travis County, TX |
| February 20, 2004 | Robin Leigh Tillery and Margaret Ann Tillery vs. REL Motel Inc. | 2003-0266-iv | Don Russo<br>Law Office of Don Russo | Sieverville, TN |
| December 12, 2004 | Probate Case: Estate of Robert J. Owens | 013901596 | Delano S. Findlay<br>Findlay Law LLC | Salt Lake City, UT |