**Stephen L. Simonton**
**Stephen L. Simonton, PC**
**1222 Eleventh Street**
**Cody, WY 82414**
**Phone: 307-587-7010**
**Telefax: 307-587-2746**
**simonton@wavecom.net**
**Wyo. State Bar # 4-1063**
**Attorney for Plaintiffs**

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| **MARTIN CHAPARRO, and** ) | |
| **JAMES GOULD and ERIN GOULD,** ) | |
| **and ERIN GOULD as natural guardian** ) | Civil Action No.  08 CV - 049B |
| **for FRANK GOULD and** ) | |
| **JASMINE GOULD,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| **vs.** ) | |
| ) | |
| **COLORADO CASUALTY INSURANCE** ) | |
| **COMPANY,** ) | |
| ) | |
| **Defendant.** ) | |

### *PLAINTIFFS' DESIGNATION OF ROBIN R. OCKEY, M.D. AS AN EXPERT WITNESS*

The Plaintiffs herewith designate Robin R. Ockey, M.D. as an expert witness.

Dr. Ockey will testify as to his knowledge, background and experience as a physiatrist. Plaintiffs' Exhibit 169 hereto is his curriculum vitae which includes the list of publications.  Plaintiffs' Exhibit 171 is a list of the recent cases in which Dr. Ockey has

1

testified as an expert witness. Plaintiffs' Exhibit 170 is Dr. Ockey's list of charges and fees for deposition and record review. Copies of Dr. Ockey's reports from the IMEs are attached here as, respectively, Plaintiff's Exhibit 33 (report for examination on September 11, 2006) and Exhibit 34 (report for examination on October 24, 2007).  In addition to describing his findings and conclusions from Independent Medical Examinations (IMEs) for the Wyoming Workers' Safety and Compensation Division (which included review of past medical records), Dr. Ockey will be asked to illustrate and explain his findings and opinions with the use of visual aids which may include standard anatomical illustrations and models.  He also may be asked to refer to some of the imaging in the medical records to illustrate his testimony. Plaintiffs may employ a timeline exhibit for use by Dr. Ockey in reviewing the progress of Mr. Gould's treatments. In the course of testimony at trial, Dr. Ockey will be asked to prepare an exhibit to summarize his testimony. This will be on either a flip chart, projection, or combination of them.  Since Plaintiff Jim Gould's care and treatment are ongoing, Dr. Ockey also may be asked to review any additional findings or results from examinations between now and then.  Defendant has requested two additional IMEs of Mr. Gould.  Dr. Ockey may be asked to review and comment on, respond to or rebut the resulting reports if and when provided by Defendant, and may be called for rebuttal testimony at trial.

      Dated: this 16th day of July, 2008.

/s/Stephen L. Simonton
Stephen L. Simonton
Wyo. Bar No. 4-1063
Stephen L. Simonton, PC
simonton@wavecom.net
1222 - 11th Street
Cody, Wyoming 82414
(307) 587-7010
Attorney for Plaintiffs

CERTIFICATE OF SERVICE

I, Stephen L. Simonton, hereby certify that on this 16th day of July, 2008, I served a true and correct copy of the foregoing *Plaintiffs' Designation of Robin R. Ockey, M.d. as an Expert Witness* by filing it with the Clerk of Court using the CM/ECF system which will send notification to counsel for the Defendant at the following e-mail address and also mailed by U.S. Mail:

John A. Coppede, Hickey and Evans
jcoppede@HickeyEvans.com
John M. Walker
jwalker@hickeyevans.com
Howard Victor Scotland, III
hscotland@hickeyevans.com
HICKEY & EVANS, LLP
1800 Carey Ave, Ste 700
PO Box 467
Cheyenne, WY 82003-0467
Ph: (307) 634-1525

/s/Stephen L. Simonton
Stephen L. Simonton
*simonton@wavecom.net*

Z:\GOULD\EXPERTS\OCKEY\042-Ockey Expert Designation.wpd