**Stephen L. Simonton**
**Stephen L. Simonton, PC**
**1222 Eleventh Street**
**Cody, WY 82414**
**Phone: 307-587-7010**
**Telefax: 307-587-2746**
**simonton@wavecom.net**
**Wyo. State Bar # 4-1063**
**Attorney for Plaintiffs**

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF WYOMING**

| | |
|---|---|
| **MARTIN CHAPARRO, and** ) <br> **JAMES GOULD and ERIN GOULD,** ) <br> **and ERIN GOULD as natural guardian** ) <br> **for FRANK GOULD and** ) <br> **JASMINE GOULD,** ) <br> ) <br> **Plaintiffs,** ) <br> ) <br> **vs.** ) <br> ) <br> **COLORADO CASUALTY INSURANCE** ) <br> **COMPANY,** ) <br> ) <br> **Defendant.** ) | **Civil Action No.  08 CV - 049B** |

***PLAINTIFFS' DESIGNATION OF PATRICK J. CAHILL, M.D. AS A TREATING PHYSICIAN WITNESS UNDER USDCtLR 83.6 (d)***

In compliance with USDCtLR 83.6 (d), the Plaintiff's herewith designate Dr. Patrick J. Cahill, M.D., Billings Deaconess Clinic, PO Box 35000, Billings, Montana 59107.

Dr. Cahill will testify as to the examination, treatment and testing of Plaintiff James Gould for injuries that Mr. James Gould suffered in the collision of February 17, 2004.  Dr.

1

Cahill was a treating physician who treated Mr. Gould upon referral from Dr. Biles for evaluation regarding dizziness/vertigo and other post-concussive symptoms. Dr. Cahill will testify from his knowledge, background and experience as a board certified neurologist and upon his clinical examination and evaluation of Mr. Gould's head injury.

Plaintiff's Exhibit 151 hereto is Dr. Cahill's curriculum vitae which includes his list of publications. Plaintiff's Exhibit 152 is Dr. Cahill's list of charges and fees and any special conditions for taking depositions. Plaintiff's Exhibit 153 is a list of recent cases in which Dr. Cahill has testified as an expert witness.

Dr. Cahill's opinions are based upon Mr. Gould's medical records and his own evaluation and testing of Mr. Gould. Dr. Cahill noted that Mr. Gould was experiencing a history of dizziness/vertigo following the motor vehicle accident of February 2004. He noted that Mr. Gould explained a feeling of motion or spinning when in fact he was not moving or spinning and that Mr. Gould becomes disoriented when that happens. Mr. Gould noted bi-frontal headaches. Dr. Cahill diagnosed Mr. Gould as suffering from post concussion syndrome which was impacting him in several ways. He referred Mr. Gould to Dr. Thai for vestibular testing. This designation will serve as a report under the rules.

The billing for examination, evaluation and treatment plan were billed through and paid for by the Wyoming Workers Safety and Compensation Department.

Dr. Cahill may be used as a foundational witness for Dr. Thai, previously referred to in another designation and for Plaintiffs' other designated experts.

Dated: this 16th day of July, 2008.

      /s/Stephen L. Simonton
Stephen L. Simonton
Wyo. Bar No. 4-1063
Stephen L. Simonton, PC
simonton@wavecom.net
1222 - 11th Street
Cody, Wyoming 82414
(307) 587-7010
Attorney for Plaintiffs

CERTIFICATE OF SERVICE

     I, Stephen L. Simonton, hereby certify that on this 16th day of July, 2008, I served a true and correct copy of the foregoing Designation by filing it with the Clerk of Court using the CM/ECF system which will send notification to counsel for the Defendant at the following e-mail address and also mailed by U.S. Mail:

John A. Coppede, Hickey and Evans
jcoppede@HickeyEvans.com
John M. Walker
jwalker@hickeyevans.com
Howard Victor Scotland, III
hscotland@hickeyevans.com
HICKEY & EVANS, LLP
1800 Carey Ave, Ste 700
PO Box 467
Cheyenne, WY 82003-0467
Ph: (307) 634-1525

      /s/Stephen L. Simonton
Stephen L. Simonton
*simonton@wavecom.net*

Z:\GOULD\EXPERTS\CAHILL\053-Cahill Desig as treating doc.wpd