Stephen L. Simonton
Stephen L. Simonton, PC
1222 Eleventh Street
Cody, WY 82414
Phone: 307-587-7010
Telefax: 307-587-2746
simonton@wavecom.net
Wyo. State Bar # 4-1063
Attorney for Plaintiffs

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| MARTIN CHAPARRO, and ) | |
| JAMES GOULD and ERIN GOULD, ) | |
| and ERIN GOULD as natural guardian ) | Civil Action No.  08 CV - 049B |
| for FRANK GOULD and ) | |
| JASMINE GOULD, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | |
| ) | |
| COLORADO CASUALTY INSURANCE ) | |
| COMPANY, ) | |
| ) | |
| Defendant. ) | |

### PLAINTIFFS' DESIGNATION OF JONATHAN H. WOODCOCK, M.D. AS AN EXPERT WITNESS

The Plaintiff James Gould herewith designates Jonathan H. Woodcock, M.D., as an expert witness in the above entitled matter.

Dr. Woodcock will testify as to his knowledge, background, certifications by the American Board of Psychiatry and Neurology, American Society of Neurorehabilitation, the

1

United Council for Neurologic Subspecialties, as well as his experience as Neurologist, Psychiatrist and in Neurorehabilitation. Plaintiffs' Exhibit 174 hereto is his curriculum vitae which includes the list of publications. Plaintiffs' Exhibit 176 is a list of the recent cases in which Dr Woodcock has testified as an expert witness. Plaintiffs' Exhibit 175 is Dr. Woodcock's list of charges and fees for deposition and record review. Plaintiffs' Exhibit 177 is a report on Dr. Woodcock's Opinions and the bases therefor. Dr. Woodcock's opinions will be rendered to a reasonable degree of medical probability in acordance with Wyoming law.

Dated: this 16th day of July, 2008.

/s/Stephen L. Simonton
Stephen L. Simonton
Wyo. Bar No. 4-1063
Stephen L. Simonton, PC
simonton@wavecom.net
1222 - 11th Street
Cody, Wyoming 82414
(307) 587-7010
Attorney for Plaintiffs

CERTIFICATE OF SERVICE

I, Stephen L. Simonton, hereby certify that on this 16th day of July, 2008, I served a true and correct copy of the foregoing Designation by filing it with the Clerk of Court using the CM/ECF system which will send notification to counsel for the Defendant at the following e-mail address and also mailed by U.S. Mail:

John A. Coppede, Hickey and Evans
jcoppede@HickeyEvans.com

2

John M. Walker  
jwalker@hickeyevans.com  
Howard Victor Scotland, III  
hscotland@hickeyevans.com  
HICKEY & EVANS, LLP  
1800 Carey Ave, Ste 700  
PO Box 467  
Cheyenne, WY 82003-0467  
Ph: (307) 634-1525  

        /s/Stephen L. Simonton  
        Stephen L. Simonton  
        *simonton@wavecom.net*

Z:\GOULD\EXPERTS\WOODCOCK\044-Woodcock Expert Designation.wpd