**Stephen L. Simonton**
**Stephen L. Simonton, PC**
**1222 Eleventh Street**
**Cody, WY 82414**
**Phone: 307-587-7010**
**Telefax: 307-587-2746**
**simonton@wavecom.net**
**Wyo. State Bar # 4-1063**
**Attorney for Plaintiffs**

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF WYOMING**

| | |
|---|---|
| **MARTIN CHAPARRO, and** ) | |
| **JAMES GOULD and ERIN GOULD,** ) | |
| **and ERIN GOULD as natural guardian** ) | Civil Action No.  08 CV - 049B |
| **for FRANK GOULD and** ) | |
| **JASMINE GOULD,** ) | |
|                           ) | |
|         **Plaintiffs,** ) | |
|                           ) | |
| **vs.** ) | |
|                           ) | |
| **COLORADO CASUALTY INSURANCE** ) | |
| **COMPANY,** ) | |
|                           ) | |
|         **Defendant.** ) | |

*PLAINTIFFS' DESIGNATION OF ALLEN L. GEE, M.D., Ph. D.*
*AS A TREATING PHYSICIAN WITNESS [USDCtLR 86.3(d)]*

In compliance with USDCtLR 83.6(d), the Plaintiffs herewith designate Allen L. Gee, M.D., Ph.D., neurologist, as a treating physician witness.

Dr. Gee will testify as to his examinations, treatment and testing of Plaintiff James Gould for injuries that Mr. Gould suffered from the collision of February 17, 2004. Dr. Gee

1

will testify to his knowledge, background and experience as a Board Certified Neurologist. He will testify to his examinations and treatments of Mr. Gould and to participating in a plan of care meeting on December 19, 2007, with representatives of the Wyoming Worker's Safety and Compensation Division. Plaintiffs' Exhibit 164 hereto is his curriculum vitae which includes the list of publications. Plaintiffs' Exhibit 165 is Dr. Gee's list of charges and fees for deposition and record review, and any special conditions for the taking of his deposition. Plaintiffs' Exhibit 166 is a list of the recent cases in which Dr. Gee has testified as an expert witness. In addition to testifying to his examinations and treatments of Jim Gould for injuries resulting from the collision of February 17, 2004, Dr. Gee also will discuss his opinions that Mr. Gould is not reasonably employable due to his physical and brain injuries and that Mr. Gould's head injury makes it unlikely he would be retrainable for other types of employment. This opinion was stated in a letter opinion of January 18, 2007, rendered to the Wyoming Worker's Compensation and Safety Division. A copy is attached hereto as Plaintiffs' Exhibit #35.

Dr. Gee's opinions were based on Mr. Gould's medical records and Dr. Gee's own examination, testing, and treatments of Mr. Gould. The voluminous medical records have been supplied to Defendant on several previous occasions and include the records of Dr. Gee's treatment and testing. If any further treatment, testing or examinations are done for Wyoming Worker's Compensation between now and the time of trial, the additional records will be supplied to Defendant and Dr. Gee may be asked to supplement his diagnoses and

opinions, as needed.

Dated: this 16th day of July, 2008.

      /s/Stephen L. Simonton
Stephen L. Simonton
Wyo. Bar No. 4-1063
Stephen L. Simonton, PC
simonton@wavecom.net
1222 - 11th Street
Cody, Wyoming 82414
(307) 587-7010
Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I, Stephen L. Simonton, hereby certify that on this 16th day of July, 2008, I served a true and correct copy of the foregoing Designation by filing it with the Clerk of Court using the CM/ECF system which will send notification to counsel for the Defendant at the following e-mail address and also mailed by U.S. Mail:

John A. Coppede, Hickey and Evans
jcoppede@HickeyEvans.com
John M. Walker
jwalker@-hickeyevans.com
Howard Victor Scotland, III
hscotland@hickeyevans.com
HICKEY & EVANS, LLP
1800 Carey Ave, Ste 700
PO Box 467
Cheyenne, WY 82003-0467
Ph: (307) 634-1525

      /s/Stephen L. Simonton
Stephen L. Simonton
*simonton@wavecom.net*

Z:\GOULD\EXPERTS\GEE\043-Gee Expert Designation.wpd

3