**Stephen L. Simonton**
**Stephen L. Simonton, PC**
**1222 Eleventh Street**
**Cody, WY 82414**
**Phone: 307-587-7010**
**Telefax: 307-587-2746**
**simonton@wavecom.net**
**Wyo. State Bar # 4-1063**

**Mark W. Gifford**
**Gifford & Brinkerhoff**
**243 South Park Street**
**P. O. Box 2508**
**Casper, Wyoming 82602-2508**
**(307) 265-3265**
**mark@giffordbrinkerhoff.com**
**Wyo. State Bar #5-1990**
**Attorney for Plaintiffs**

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| **MARTIN CHAPARRO, and** ) | |
| **JAMES GOULD and ERIN GOULD,** ) | |
| **and ERIN GOULD as natural guardian** ) | **Civil Action No.  08 CV - 049B** |
| **for FRANK GOULD and** ) | |
| **JASMINE GOULD,** ) | |
|   ) | |
|       **Plaintiffs,** ) | |
|   ) | |
|   **vs.** ) | |
|   ) | |
| **COLORADO CASUALTY INSURANCE** ) | |
| **COMPANY,** ) | |
|   ) | |
|       **Defendant.** ) | |

### NOTICE OF TRIAL DEPOSITION OF ERIN D. BIGLER, Ph.D.

***COME NOW*** the Plaintiffs above named, by and through their attorney, Stephen L.

Simonton, P.C., and hereby give notice that Plaintiffs will take the trial deposition of Erin

1

D. Bigler, Ph.D., at Brigham Young University, 1123 Spencer W. Kimball Tower (SWKT), Provo, Utah 84602. The deposition will commence on Tuesday, January 13, 2009, at 10 a.m., and continue until completed.

The deposition will be upon oral examination before a stenographic reporter and will be videotaped to be used for all purposes including trial as permitted by the Federal Rules of Civil Procedure. Per notice given in the Plaintiffs' Memorandum for Final Pretrial Conference, Dr. Bigler will be testifying by videotape at trial.

You are invited to attend and cross-examine.

DATED this 31st day of December, 2008.

/s/ Stephen L. Simonton
Stephen L. Simonton
Wyo. Bar No. 4-1063
Stephen L. Simonton, PC
1222 - 11th Street
Cody, Wyoming 82414
(307) 587-7010
Attorney for Plaintiffs

CERTIFICATE OF SERVICE

I, Stephen L. Simonton, hereby certify that on this 31st day of December, 2008, I served a true and correct copy of the foregoing NOTICE OF DEPOSITION on counsel for the Defendants at the following e-mail address:

John A. Coppede
jcoppede@HickeyEvans.com
John M. Walker

2

jwalker@hickeyevans.com
Howard Victor Scotland, III
hscotland@hickeyevans.com
Richard Bush
tbush@hickeyevans.com
HICKEY & EVANS, LLP
1800 Carey Avenue, Suite 700
P.O. Box 467
Cheyenne, WY 82003-0467
Ph: (307) 634-1525

/s/ Stephen L. Simonton
Stephen L. Simonton
*simonton@wavecom.net*

Z:\GOULD\PLEADINGS-COC\130-Bigler-DepoNotice.wpd